BENJAMIN B. WAGNER
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

THOMAS J. DOYLE SBN 114485
CHAD C. COUCHOT SBN 245455
SCHUERING ZIMMERMAN & DOYLE, LLP
400 University Avenue
Sacramento, California 95825-6502
(916) 56 7-0400
FAX: 568-0400

Attorneys for Defendant and Cross-Complainant
Banner Health

BRUCE G. FAGEL SBN 103674
EDUARDO J. ASCENCIO SBN 182061
Law Offices of Bruce G. Fagel and Associates
100 North Crescent Drive, Suite 360
Beverly Hills, CA 91210
Telephone: (310) 281-8700
Facsimile: (310) 281-5656

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABELLA PALACIO, A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, FACUNDO PALACIO DIAZ; MICAELA PALACIO,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 2:13-CV-01012-JAM-CKD<br>CASE NO. 2:13-CV-02013-MCE-CKD<br><br>**JOINT STATUS REPORT**<br><br>JUDGE: HON JOHN A. MENDEZ |

JOINT STATUS REPORT               1

1  ISABELLA PALACIO, A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM,
2  FACUNDO PALACIO DIAZ; MICAELA PALACIO; FACUNDO PALACIO DIAZ,
3
4                      Plaintiffs,
5            v.
6  BANNER HEALTH, AN ARIZONA CORPORATION, DOING BUSINESS AS BANNER LASSEN MEDICAL CENTER,
7
8                      Defendant.

9  BANNER HEALTH, AN ARIZONA CORPORATION, DOING BUSINESS AS
10 BANNER LASSEN MEDICAL CENTER,
11                     Cross-Complainant,
12           v.
13 UNITED STATES OF AMERICA,
14                     Cross-Defendant.
15

16

17      Defendant the United States, Defendant and Cross-Complainant Banner Health, and Plaintiffs I.

18 P. (a Minor, By and Through Her Guardian Ad Litem, Facundo Palacio Diaz), Micaela Palacio, and

19 Facundo Palacio Diaz respectfully submit the following Joint Status Report.

20      **A.     NATURE OF THE CASE**

21      Plaintiffs filed the first of the two above-captioned actions under the Federal Tort Claims Act

22 (the "FTCA") alleging negligence by Dr. Paul C. Davainis and Dr. Paul W. Holmes in connection with

23 Plaintiff I. P.'s birth. Dr. Davainis and Dr. Holmes are deemed to be federal employees pursuant to the

24 Federally Supported Health Centers Assistance Act, 42 U.S.C. § 233(g)-(n), and so the FTCA provides

25 the exclusive remedy for Plaintiffs' claims.

26      The second above-captioned claim was filed in Lassen County Superior Court against Defendant

27 Banner Health. Banner Health filed a cross-complaint against deemed federal employee Dr. Paul

28 Davainis. The United States removed that action to this Court. Pursuant to the FTCA, the United States

JOINT STATUS REPORT                              2

was substituted as cross-defendant for the claims against Dr. Davainis.  Dkt. 1, 2:13-CV-02013-MCE-CKD.  Because the state-court action concerns the same events as the original FTCA action, the United States filed a notice of related case in both cases.  *Id.*; Dkt. 11, 2:13-CV-01012-JAM-CKD.

The parties submit that, because these two cases involve the same events, it would serve judicial economy to consolidate them.

### B.   SERVICE

The United States has been served and has filed an answer in the first of the above-captioned cases.  Dkt. 9, 2:13-CV-01012-JAM-CKD.  Answers to the state-court complaint and cross-complaint were filed by defendant and cross-defendant in the Lassen County Superior Court prior to removal.

### C.   JOINDER OF ADDITIONAL PARTIES

The parties do not anticipate joinder of additional parties.  The parties submit that, because these two cases involve the same events, it would serve judicial economy to consolidate them.

### D.   AMENDMENT OF PLEADINGS

The parties do not anticipate amendment of the pleadings.

### E.   JURISDICTION AND VENUE

This Court has jurisdiction pursuant to 28 U.S.C. §§ 2674, 1346(b).  Venue is proper in the Eastern District of California under 28 U.S.C. § 1402(b), as the alleged negligence occurred in this district in Lassen County, California.

### F.   ANTICIPATED MOTIONS

The United States may file a motion for summary judgment.  The parties may also, after good faith meet-and-confer efforts, file discovery motions as necessary.

### G.   DISCOVERY

The parties have met and conferred regarding discovery in accordance with Federal Rule of Civil Procedure 26(f).  They propose the discovery deadlines included in the chart below, which sets out the parties' proposed case schedule.

(1) The parties agree to exchange initial disclosures by November 8, 2013.

(2) The parties propose that discovery be conducted in phases with fact discovery preceding expert discovery as reflected in the proposed case-schedule chart below.  The parties do not

JOINT STATUS REPORT                                3

anticipate any electronic discovery other than that some medical records may be stored in electronic format.

(3) The parties do not propose to change the discovery limitations imposed by the Federal Rules of Civil Procedure and Local Rules except as reflected in the parties' proposed schedule.

(4) The parties propose that expert discovery proceed as reflected in the proposed case schedule below.

**H.    FUTURE PROCEEDINGS**

The parties propose the following dates:

| Initial Disclosures | November 8, 2013 |
|---|---|
| Fact Discovery Cut-Off | June 4, 2014 |
| Expert Disclosures | July 9, 2014 |
| Supp. Expert Disclosure | September 5, 2014 |
| Expert Discovery Cut-Off | November 5, 2014 |
| Dispositive Motion Hearing | January 21, 2015 |
| Pre-Trial Conference | March 2015 |
| Trial | May  2015 |

**I.    SPECIAL PROCEDURES**

The parties do not see any need for special procedures at this time.

**J.  ESTIMATED TIME OF TRIAL**

The parties estimate a trial of 15 court days.  Per the FTCA, the trial will be a bench trial.  28 U.S.C. 2402.

**K.  MODIFICATON OF STANDARD PRETRIAL PROCEDURES**

The parties do not see any need for modification of standard pretrial procedures at this time.

**L.  RELATED CASES**

The two above-captioned cases are related, and the parties submit that the two should be consolidated.

JOINT STATUS REPORT                4

**M. SETTLEMENT CONFERENCE**

The parties do not request a settlement conference at this time, but they believe that such a conference and/or private mediation may be productive following further discovery.  The parties plan to request a settlement conference, or to schedule some other ADR process, to occur following expert discovery.

**N. OTHER**

The parties have no other issues to address at this time.

                          Respectfully submitted,

                          BENJAMIN B. WAGNER
                          United States Attorney

Dated:  September 30, 2013        By:   */s/ Victoria L. Boesch*
                                          VICTORIA L. BOESCH
                                          Assistant United States Attorney

                                          Attorneys for Defendant and Cross-Defendant the United States

Dated: September 30, 2013        By:   */s/ Eduardo J. Ascencio* (authorized 9/30/13)
                                            EDUARDO J. ASCENCIO

                                          LAW OFFICE OF BRUCE G. FAGEL & ASSOCIATES
                                           Attorneys for Plaintiffs

Dated: September 30, 2013        By:   */s/ Chad C. Couchot* (authorized 9/30/13)
                                            CHAD C. COUCHOT

                                           SCHUERING ZIMMERMAN & DOYLE, LLP
                                           Attorneys for Defendant and Cross-Complainant Banner Health