1  THOMAS J. DOYLE, Bar No. 114485
   SCHUERING ZIMMERMAN & DOYLE, LLP
2  400 University Avenue
   Sacramento, California 95825-6502
3  (916) 567-0400
   FAX: 568-0400
4

5  Attorneys for Defendant and Cross-Complainant BANNER
   HEALTH dba BANNER LASSEN MEDICAL CENTER
6

7

8                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF CALIFORNIA
9

10 | I.P., a minor, by and through her guardian ad litem, ) NO. 2:13-CV-01012 JAM-CKD
11 | FAGUNDO PALACIO DIAZ; MICAELA PALACIO, )
   |                                                      ) STIPULATION TO CONSOLIDATE RELATED
12 |            Plaintiffs,                               ) CASES; ORDER
   |                                                      )
13 | vs.                                                  )
   |                                                      )
14 | UNITED STATES OF AMERICA,                            )
   |                                                      )
15 |            Defendant.                                )
   |_____ )
16 | ISABELLA PALACIO, a minor, by and through her       ) NO. 2:13-CV-02013 JAM-CKD
   | guardian ad litem, FAGUNDO PALACIO DIAZ,             )
17 | MICAELA PALACIO, FACUNDO PALACIO                     )
   | DIAZ,                                                )
18 |                                                      )
   |            Plaintiffs,                               )
19 |                                                      )
   | vs.                                                  )
20 |                                                      )
   | BANNER HEALTH, an Arizona Corporation, dba           )
21 | BANNER LASSEN MEDICAL CENTER, et al.,                )
   |                                                      )
22 |            Defendants.                               )
   |_____ )
23                                                        )

24

25         Plaintiffs Isabella Palacio, a minor by and through her Guardian Ad Litem, Fagundo Palacio Diaz,

26 Micaela Palacio, and Facundo Palacio Diaz, Defendant Banner Health, an Arizona Corporation, dba Banner

27 Lassen Medical Center, and Defendant United States of America hereby submit the following Stipulation to

28 Consolidate Related Cases:

13cv1012.o.111913.WPD                         1

1  **WHEREAS**, Plaintiffs Isabella Palacio, a minor by and through her Guardian Ad Litem, Fagundo Palacio Diaz, and Micaela Palacio, previously filed an action in this district against the United States of America captioned *Palacio, et. al v. United States of America* E.D. Cal. Case No. 2:13-cv-01012-JAM-CKD;

4  **WHEREAS**, the *Palacio, et. al v. United States of America* action is currently pending and is assigned to the Honorable John A. Mendez;

6  **WHEREAS** the Plaintiffs Isabella Palacio, a minor by and through her Guardian Ad Litem, Fagundo Palacio Diaz, Micaela Palacio, and Facundo Palacio Diaz commenced an action against Defendant Banner Health, an Arizona Corporation, dba Banner Lassen Medical Center in Lassen County Superior Court;

9  **WHEREAS** Defendant Banner Health, an Arizona Corporation, dba Banner Lassen Medical Center in Lassen County Superior Court filed a cross-complaint against Paul Davainis, M.D. in Lassen County Superior Court;

12  **WHEREAS** The United States of America substituted as cross-defendant in place of Paul C. Davains, M.D.;

14  **WHEREAS** Cross-Defendant The United States of America petitioned for removal of the state court action to the U.S. District Court for the Eastern District of California and the action was so removed and captioned *I.P., et al v. Banner Health, et al.*, E.D. Cal. Case No. 2:13-cv-02013-JAM-CKD;

17  **WHEREAS**, the *I.P., et al v. Banner Health* action is currently pending and is assigned to the Honorable John A. Mendez;

19  **WHEREAS**, the *Palacio, et. al v. United States of America* action involves similar parties, similar claims, and a similar questions of fact and law as *the I.P., et al v. Banner Health, et al.*, such that consolidation would promote efficient litigation and judicial economy.

22  **THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the *Palacio, et. al v. United States of America* parties, and the *I.P., et al v. Banner Health* parties, through their respective counsel of record herein, that the *Palacio, et. al v. United States of America,* and the *I.P., et al v. Banner Health* actions be consolidated.

26  Dated: November 18, 2013       **SCHUERING ZIMMERMAN & DOYLE, LLP**

By  /s/ THOMAS J. DOYLE
    THOMAS J. DOYLE

|   |   |
|---|---|
| 1 | Attorneys for Defendant and Cross-Complainant BANNER HEALTH dba BANNER LASSEN MEDICAL CENTER |

Dated:  November 18, 2013         **LAW OFFICES OF BRUCE G. FAGEL AND ASSOCIATES**

By  /s/ EDUARDO JESUS ASCENCIO
BRUCE GARY FAGEL
EDUARDO JESUS ASCENCIO
Attorneys for Plaintiffs ISABELLA PALACIO, a minor by and through her guardian ad litem, FAGUNDO PALACIO DIAZ, MICAELA PALACIO, FACUNDO PALACIO DIAZ

Dated:  November 18, 2013         **BENJAMIN B. WAGNER**
**UNITED STATES ATTORNEY**

By  /s/ VICTORIA L. BOESCH
VICTORIA L. BOESCH
Assistant United States Attorney
Attorneys for Defendant UNITED STATES OF AMERICA

IT IS SO ORDERED.

DATED: 11/19/2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE