BENJAMIN B. WAGNER
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2743
Facsimile:  (916) 554-2900
victoria.boesch@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I. P., a minor, by and through her guardian ad litem, FAGUNDOPALACIO DIAZ, MICAELA PALACIO, FACUNDO PALACIO DIAZ,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>BANNER HEALTH, an Arizona corporation, doing business as BANNER LASSEN MEDICAL CENTER, et al.<br><br>　　　　　　　　　　　Defendants. | CASE NO.   2:13-CV-01012 JAM-CKD<br><br>**STIPULATION AND ORDER FOR INDEPENDENT MEDICAL EXAMINATION PER FEDERAL RULE OF CIVIL PROCEDURE 35**<br><br>Date:　　　May 7, 2014<br>Time:　　　1:00 p.m.<br>Location:　Office of Joseph T. Capell, M.D.<br>　　　　　　5550 N Palm Ave #101<br>　　　　　　Fresno, CA 93704 |
| BANNER HEALTH, an Arizona corporation, doing business as BANNER LASSEN MEDICAL CENTER et al.<br><br>　　　　　　　　　　　Cross-Complainant,<br>vs.<br><br>PAUL C. DAVAINIS, M.D., and ROES 100- 200,<br>　　　　　　　　　　　Cross-Defendants. | |

STIP & ORDER RE IME

Plaintiff's I.P., Facundo Palacio Diaz, and Micaela Palacio and Defendants the United States and Banner Health respectfully submit this stipulation and proposed order for an independent medical examination under Federal Rule of Civil Procedure 35.  The parties hereby stipulate that Plaintiff will appear for an independent medical examination as described below:

|  |  |
|---|---|
| Date/Time: | May 7, 2014 @ 1:00 p.m. |
| Place: | 5550 N Palm Ave #101 |
|  | Fresno, CA 93704 |
| Contact: | Paul McCauley, Office Assistant |
| Phone: | 559-435-0161 |

Manner: Physical examination consisting of well standardized medical tests, including a variety of verbal and written questions, to be determined by the examiners during the examination.

Conditions:  The examination will be conducted in an examination room setting.

The examiners have been provided with copies of plaintiff's Complaint, the parties' Rule 26(a) disclosures and discovery responses, all of the medical records produced to date (including by plaintiff, Defendant and in response to subpoenas served upon third party medical providers), and deposition transcripts.

Persons Conducting the Examination: Joseph Capell, M.D., Physical Medicine and Rehabilitation Physician.  A copy of Dr. Capell's curriculum vitae is attached as <u>Exhibit A</u> to this notice. Also attending the examination will be Tim Sells, Life Care Planner.  A copy of Mr. Sells' curriculum vitae is attached as <u>Exhibit B</u> to this notice.  Also attending the examination will be Linda Olzack, Life Care Planner.  A copy of Ms. Olzack's curriculum vitae is attached as <u>Exhibit C</u> to this notice.  Also attending the examination will be Dr. Kimberly BeDell, Pediatric Physiatrist.  A copy of Ms. BeDell's curriculum vitae is attached as <u>Exhibit D</u> to this notice.  Nurses or other support personnel that are needed to take measurements, notes or otherwise assist with the examination may also be present.

It is estimated that the examination will take two hours.  The examination will not be recorded, but the examiners will take notes.

STIP & ORDER RE IME          1

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: April 29, 2014   By: | */s/ Victoria L. Boesch*<br>VICTORIA L. BOESCH<br>Assistant United States Attorney |
|  | Attorneys for Defendant<br>United States of America |
| Dated: April 29, 2014 | */s/ Thomas Doyle (authorized 4/28/14)*<br>THOMAS DOYLE<br>SCHUERING ZIMMERMAN & DOYLE |
|  | Attorneys for Defendant<br>Banner Health |
| Dated: April 29, 2014 | */s/ Eduardo J. Ascencio (authorized 4/29/14)*<br>EDUARDO J. ASCENCIO<br>LAW OFFICES OF BRUCE G. FAGEL<br>& ASSOCIATES |
|  | Attorneys for Plaintiffs |

**IT IS SO ORDERED.**

**Dated:  May 1, 2014**

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIP & ORDER RE IME                         2