1  BENJAMIN B. WAGNER
   United States Attorney
2  VICTORIA L. BOESCH
   CHI SOO KIM
3  Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone:  (916) 554-2743
5  Facsimile:  (916) 554-2900
   victoria.boesch@usdoj.gov
6
   Attorneys for the United States
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | I. P., a minor, by and through her guardian ad litem, FAGUNDOPALACIO DIAZ, MICAELA PALACIO, FACUNDO PALACIO DIAZ, | CASE NO.   2:13-CV-01012 JAM-CKD |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER MODIFYING SCHEDULING ORDER TO EXTEND TIME FOR EXPERT DISCOVERY** |
| BANNER HEALTH, an Arizona corporation, doing business as BANNER LASSEN MEDICAL CENTER, et al. | |
| Defendants. | |
| BANNER HEALTH, an Arizona corporation, doing business as BANNER LASSEN MEDICAL CENTER et al. | |
| Cross-Complainant, | |
| vs. | |
| PAUL C. DAVAINIS, M.D., and ROES 100- 200, | |
| Cross-Defendants. | |

STIP & [PROPOSED] ORDER RE
EXPERT DISCOVERY EXTENSION

Plaintiffs I.P., Facundo Palacio Diaz, and Micaela Palacio, and Defendants the United States and Banner Health respectfully submit this stipulation and proposed order modifying the scheduling order to allow expert discovery in this case to continue past the current November 5, 2014 discovery cut off.  Good cause exists for such modification because the parties have diligently worked to schedule depositions for the 32 experts in this complex medical malpractice case following supplemental reports disclosed on September 5, 2014.  Despite these efforts, certain depositions remain unscheduled because dates before November 5, 2014 on which both the expert and the attorneys are available could not be found.  Several depositions also remain unscheduled because the experts' opinions are subject to motions to exclude that will be heard on October 29, 2014.  The parties therefore respectfully request that the Court modify the scheduling order to allow expert discovery to continue until **December 15, 2014**.

Thus far, three expert depositions have been taken and 15 are scheduled on or before November 5.  The parties propose to schedule the remaining expert depositions (to the degree motion rulings do not render some such depositions unnecessary) during the November 6 through December 15 timeframe.  Modifying the scheduling order to allow this will not affect the May 2015 trial date, as the **December 15, 2014** proposed cut off is two weeks before dispositive motions are due on December 31, 2014.  The proposed extension will render the parties' joint mid-litigation statement due on December 1, 2014.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: October 7, 2014         */s/Victoria L. Boesch*
VICTORIA L. BOESCH
Assistant United States Attorney

Attorneys for Defendant
United States of America

Dated: October 7, 2014         */s/ Thomas Doyle (authorized 10/7/14)*
THOMAS DOYLE
SCHUERING ZIMMERMAN & DOYLE

STIP & [PROPOSED] ORDER RE
EXPERT DISCOVERY EXTENSION

1

|   |   |   |
|---|---|---|
| 1 |   | Attorneys for Defendant |
| 2 |   | Banner Health |

Dated: October 7, 2014                */s/Bruce G. Fagel (authorized 10/7/14)*
                                      BRUCE G. FAGEL
                                      LAW OFFICES OF BRUCE G. FAGEL
                                      & ASSOCIATES

                                      Attorneys for Plaintiffs

**IT IS SO ORDERED.**


DATED: 10/7/2014


                                      /s/ John A. Mendez
                                      JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE

STIP & [PROPOSED] ORDER RE
EXPERT DISCOVERY EXTENSION

2