BENJAMIN B. WAGNER
United States Attorney
VICTORIA L. BOESCH
CHI SOO KIM
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
victoria.boesch@usdoj.gov
chi.soo.kim@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.P., A MINOR, BY ANDTHROUGH HER GUARDIAN AD LITEM, FACUNDO PALACIO DIAZ; MICAELA PALACIO,<br><br>           Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | CASE NO.   2:13-CV-01012 JAM-CKD<br><br>**UNITED STATES' NOTICE OF MOTION AND MOTION TO EXCLUDE PLAINTIFFS' LIFE EXPECTANCY EXPERT AND REPORTS**<br><br>Date:   October 29, 2014<br>Time:   10:00 a.m.<br>Judge: Honorable Carolyn K. Delaney<br>Crtrm: 24, 8th Floor |
| I.P., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, FACUNDO PALACIO DIAZ; MICAELA PALACIO,<br><br>           Plaintiffs,<br><br>    vs.<br><br>BANNER HEALTH, AN ARIZONA CORPORATION, doing business as BANNER LASSEN MEDICAL CENTER; DOES 100-200,<br><br>           Defendants. | |

**NOTICE OF MOTION AND MOTION**

PLEASE TAKE NOTICE that, on October 29, 2014, at 10:00 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Carolyn K. Delaney, at 501 I Street, Courtroom 24, 8th Floor, Sacramento, California, Defendant United States, will and does move to exclude

Plaintiffs' life expectancy expert, Dr. Carl Nichols, and his expert reports.  The Court should exclude the opinions and reports of Dr. Nichols because his reports fall far below Rule 26(a)(2)(B)'s requirement that retained expert reports be sufficiently detailed and complete, and because they do not meet the requirements of Federal Rules of Evidence 702 and 403, and *Daubert*.

The motion is based on this notice and the accompanying memorandum of points and authorities and any declarations and exhibits filed in support of the motion, together with such oral and/or documentary evidence as may be presented at the hearing on this motion.

Respectfully submitted,

Dated:  October 8, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Chi Soo Kim*
CHI SOO KIM

Assistant United States Attorney
Attorneys for Defendant United States

UNITED STATES' NOTICE OF MOTION AND MOTION TO EXCLUDE
PLAINTIFFS' LIFE EXPECTANCY EXPERT AND REPORTS
*Palacio v. United States*, Case No. 2:13-cv-01012 JAM CKD

2