BENJAMIN B. WAGNER
United States Attorney
VICTORIA L. BOESCH
CHI SOO KIM
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900
victoria.boesch@usdoj.gov
chi.soo.kim@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.P., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, FACUNDO PALACIO DIAZ; MICAELA PALACIO,<br><br>     Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | CASE NO.   2:13-CV-01012 JAM-CKD<br><br>**DECLARATION OF CHI SOO KIM** |
| I.P., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, FACUNDO PALACIO DIAZ; MICAELA PALACIO,<br><br>     Plaintiffs,<br>vs.<br><br>BANNER HEALTH, AN ARIZONA CORPORATION, doing business as BANNER LASSEN MEDICAL CENTER; DOES 100-200,<br><br>     Defendants. | |

I, Chi Soo Kim, declare as follows:

1.  I am an Assistant United States Attorney for the Eastern District of California and

have been assigned to represent the United States in *I.P. v. United States*, No. 2:13-CV-01012

JAM-CKD.  As such, I have personal knowledge of the following matters and could testify to them if called as a witness.

2.    Attached as **Exhibit A** is a true and correct copy of the June 25, 2014 Report of Carl Nichols, MD, along with Dr. Nichols' curriculum vitae and prior testimony list.

3.    Attached as **Exhibit B** is a true and correct copy of the August 26, 2014 Rebuttal Report of Carl Nichols, MD.

4.    In their Initial Disclosure of Expert Witnesses dated July 9, 2014, Plaintiffs disclosed Dr. Nichols' hourly rate as $450 per hour for deposition testimony.

5.    Attached as **Exhibit C** is a true and correct copy of the July 7, 2014 Report of Ira Lott, MD.  Dr. Lott's curriculum vitae and prior testimony list are not included.

6.    Attached as **Exhibit D** is a true and correct copy of the August 27, 2014 Rebuttal Report of Ira Lott, MD.

7.    Attached as **Exhibit E** is a true and correct copy of the September 1, 2014 Report of Steven Day, PhD.  Dr. Day's curriculum vitae and prior testimony list are not included.

8.    Attached as **Exhibit F** is a true and correct copy of the September 9, 2014 Supplemental Report of Steven Day, PhD.

9.    Attached as **Exhibit G** is a true and correct copy of an excerpt from the transcript of the October 6, 2014 Deposition of Steven Day, PhD.

10.   Attached as **Exhibit H** is a true and correct copy of the October 2, 2013 Report of Donald Olson, MD.  Dr. Olson's curriculum vitae and prior testimony list are not included.

11.   Attached as **Exhibit I** is a true and correct copy of the August 27, 2014 Rebuttal Report of Donald Olson, MD.

Executed at Sacramento, California, on October 8, 2014.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

       ___/s/ Chi Soo Kim_____
       Chi Soo Kim