BENJAMIN B. WAGNER
United States Attorney
VICTORIA L. BOESCH
CHI SOO KIM
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
victoria.boesch@usdoj.gov
chi.soo.kim@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I. P., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, FACUNDO PALACIO DIAZ; MICAELA PALACIO,<br><br>                    Plaintiffs,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | CASE NO.  2:13-CV-01012 JAM-CKD<br><br>**UNITED STATES' NOTICE OF MOTION AND MOTION TO EXCLUDE PLAINTIFFS' EXPERTS DR. ALBERT J. PHILLIPS AND DR. FRANK A. MANNING AND STRIKE THEIR REPORTS**<br><br>Date:   October 29, 2014<br>Time:  10:00 a.m.<br>Judge: Honorable Carolyn K. Delaney<br>Crtrm: 24, 8th Floor |
| I. P., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, FACUNDO PALACIO DIAZ; MICAELA PALACIO,<br><br>                    Plaintiffs,<br>vs.<br><br>BANNER HEALTH, AN ARIZONA CORPORATION, doing business as BANNER LASSEN MEDICAL CENTER; DOES 100-200,<br><br>                    Defendants. | |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that, on October 29, 2014, at 10:00 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Carolyn K. Delaney, at 501 I Street, Courtroom 24, 8th Floor, Sacramento, California, Defendant the United States of America, will and does move to exclude testimony by Plaintiffs' experts Dr. Albert J. Phillips and Dr. Frank A. Manning and to strike their expert reports.  The Court should exclude Phillips' and Manning's opinions and strike their reports because (1) their nearly identical reports duplicate large portions of yet a third expert report (Dr. Richard H. Paul) and are therefore unnecessarily cumulative, (2) the verbatim similarities between the two reports (and between them and Paul's third report) demonstrate that Manning and Phillips did not prepare their reports as required by Rule 26(a)(2)(B), and (3) their failure to prepare their own reports shows a lack of independence that renders their opinions unreliable.  These three independently adequate reasons support striking the reports and precluding Manning and Phillips from testifying.

The motion is based on this notice and the accompanying memorandum of points and authorities and any declarations and exhibits filed in support of the motion, and the Court's records together with such oral and/or documentary evidence as may be presented at the hearing on this motion.

Respectfully submitted,

Dated:  October 8, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Victoria L. Boesch*
VICTORIA L. BOESCH
Assistant United States Attorney

Attorneys for Defendant United States