BENJAMIN B. WAGNER
United States Attorney
VICTORIA L. BOESCH
CHI SOO KIM
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
victoria.boesch@usdoj.gov
chi.soo.kim@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I. P., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, FACUNDO PALACIO DIAZ; MICAELA PALACIO,<br><br>                                Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                                Defendant. | CASE NO.   2:13-CV-01012 JAM-CKD<br><br>**VICTORIA L. BOESCH DECLARATION SUPPORTING UNITED STATES' MOTION TO EXCLUDE PLAINTIFFS' EXPERTS DR. ALBERT J. PHILLIPS AND DR. FRANK A. MANNING AND STRIKE THEIR REPORTS**<br><br>Date:     October 29, 2014<br>Time:    10:00 a.m.<br>Judge:   Honorable Carolyn K. Delaney<br>Crtrm:   24, 8th Floor |
| I. P., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, FACUNDO PALACIO DIAZ; MICAELA PALACIO,<br><br>                                Plaintiffs,<br>vs.<br><br>BANNER HEALTH, AN ARIZONA CORPORATION, doing business as BANNER LASSEN MEDICAL CENTER; DOES 100-200,<br><br>                                Defendants. | |

I, VICTORIA L. BOESCH, hereby declare as follows:

1. I am an Assistant United States Attorney, and I represent the United States in the above-captioned civil action.

2. Attached as Exhibit A is the expert report of Dr. Richard H. Paul that I received with Plaintiffs' initial expert disclosures dated July 9, 2014.  The attached copy includes highlighting applied by my office to indicate text that also appears in the expert reports of Dr. Frank A. Manning and Dr. Albert J. Phillips.

3. Attached as Exhibit B is the expert report of Dr. Frank A. Manning that I received with Plaintiffs' initial expert disclosures dated July 9, 2014.  The attached copy includes highlighting applied by my office to indicate text that also appears in the expert report of Dr. Albert J. Phillips.

4. Attached as Exhibit C is the expert report of Dr. Albert J. Phillips that I received with Plaintiffs' initial expert disclosures dated July 9, 2014.  The attached copy includes highlighting applied by my office to indicate text that also appears in the expert report of Dr. Frank A. Manning.

5. Attached as Exhibit D is the expert report of Dr. Maurice Druzin disclosed with the United States' initial expert disclosures July 9, 2014.

6. Attached as Exhibit E is the curriculum vitae of Dr. Maurice Druzin disclosed with the United States' initial expert disclosures July 9, 2014.

7. Attached as Exhibit F is the expert report of Dr. Daljeet S. Rai disclosed with the United States' initial expert disclosures July 9, 2014.

8. Attached as Exhibit G is the curriculum vitae of Dr. Daljeet S. Rai disclosed with the United States' initial expert disclosures July 9, 2014.

9. Attached as Exhibit H is the expert report of Dr. Michael P. Nageotte disclosed with the United States' supplemental expert disclosures September 5, 2014.

10. Attached as Exhibit I is the curriculum vitae of Dr. Michael P. Nageotte disclosed with the United States' supplemental expert disclosures September 5, 2014.

11. Attached as Exhibit J is the expert report of Laura R. Mahlmeister that I received with Plaintiffs' initial expert disclosures dated July 9, 2014.

12. Attached as Exhibit K is the expert report of Tracy Weeber that I received with Banner's

1 | initial expert disclosures dated July 9, 2014.

2 |     13.    Attached as Exhibit L is the expert report of Dr. Michael Ross that I received with Banner's initial expert disclosures dated July 9, 2014.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 8th day of October, 2014.

                            /s/Victoria L. Boesch___
                            VICTORIA L. BOESCH
                            Assistant United States Attorney