BENJAMIN B. WAGNER
United States Attorney
VICTORIA L. BOESCH
CHI SOO KIM
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
victoria.boesch@usdoj.gov
chi.soo.kim@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I. P., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, FACUNDO PALACIO DIAZ; MICAELA PALACIO,<br><br>                                Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                                Defendant. | CASE NO.   2:13-CV-01012 JAM-CKD<br><br>VICTORIA L. BOESCH DECLARATION SUPPORTING UNITED STATES' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE REBUTTAL EVIDENCE FROM EXPERTS TIM SELLS AND COHEN VOLK<br><br>Date:     November 19, 2014<br>Time:    9:30 a.m.<br>Judge:   Hon. John A. Mendez<br>Ctrm.:   6, 14th Floor |
| I. P., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, FACUNDO PALACIO DIAZ; MICAELA PALACIO,<br><br>                                Plaintiffs,<br><br>vs.<br><br>BANNER HEALTH, AN ARIZONA CORPORATION, doing business as BANNER LASSEN MEDICAL CENTER; DOES 100-200,<br><br>                                Defendants. | |

I, VICTORIA L. BOESCH, hereby declare as follows:

1. I am an Assistant United States Attorney, and I represent the United States in the above-captioned civil action.

2. Attached as Exhibit A is the United States' July 9, 2014 initial expert designations pleading for this case, without the exhibits (expert reports) that were attached to that designation.

3. Attached as Exhibit B is the initial report by Tim Sells that was attached to the United States' July 9, 2014 initial expert designations.

4. Attached as Exhibit C is the initial report by Cohen Volk Economic Consulting Group that was attached to the United States' July 9, 2014 initial expert designations.

5. Attached as Exhibit D is the report by Dr. Joseph Capell that was attached to the United States' July 9, 2014 initial expert designations.

6. During the two months between the July 9, 2014 initial expert disclosures and the September 5, 2014 supplemental/rebuttal disclosures, Plaintiffs' counsel did not raise any concerns with me regarding their life-care planner and economist not having an opportunity to provide written reports responding to defense reports rebutting Plaintiffs' life-care plan and corresponding economic analysis.  If Plaintiffs' counsel had raised such a concern, I would have met and conferred with them in an attempt to resolve it.

7. Attached as Exhibit E is the United States' September 5, 2014 supplemental/rebuttal expert designations pleading for this case, without the exhibits (expert reports) that were attached to that designation.

8. Attached as Exhibit F is the rebuttal report by Tim Sells that was attached to the United States' September 5, 2014 supplemental/rebuttal expert designations.

9. Attached as Exhibit G is the rebuttal report by Cohen Volk Economic Consulting Group that was attached to the United States' September 5, 2014 supplemental/rebuttal expert designations.

VLB DEC ISO US OPP TO P MTN TO EXCLUDE SELLS
& COHEN VOLK

10. Attached as Exhibit H is an excerpt from the deposition transcript for the October 9, 2014 deposition of Plaintiffs' life-care planner Karen Preston.

11. Attached as Exhibit I is an excerpt from the deposition transcript for the October 21, 2014 deposition of Plaintiffs' economist Peter Formuzis.

12. Attached as Exhibit J is the initial report by life-care planner Karen Preston received by the United States from Plaintiffs with Plaintiffs' initial expert disclosures.

13. Attached as Exhibit K is the initial report by Dr. Ira Lott received by the United States from Plaintiffs with Plaintiffs' initial expert disclosures.

14. Attached as Exhibit L is the rebuttal report by Dr. Ira Lott received by the United States from Plaintiffs with Plaintiffs' supplemental/rebuttal expert disclosures.

15. Attached as Exhibit M is an excerpt from the deposition transcript for the October 23, 2014 deposition of Plaintiffs' expert Dr. Ira Lott.

16. Attached as Exhibit N is the initial report by economist Peter Formuzis received by the United States from Plaintiffs with Plaintiffs' initial expert disclosures.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 5th day of November, 2014.

*/s/Victoria L. Boesch*
VICTORIA L. BOESCH
Assistant United States Attorney