THOMAS J. DOYLE, BAR NO. 114485
SCHUERING ZIMMERMAN & DOYLE, LLP
400 University Avenue
Sacramento, California  95825-6502
(916) 567-0400
FAX:  568-0400

Attorneys for Defendant and Cross-Complainant
BANNER HEALTH dba BANNER LASSEN MEDICAL
CENTER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.P., a minor, by and through her guardian ad litem, FACUNDO PALACIO DIAZ, MICAELA PALACIO, FACUNDO PALACIO DIAZ,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | NO. 2:13-CV-01012 JAM-CKD<br>Consolidated w/ 2:13-CV-02013 JAM-CKD<br><br>DECLARATION OF THOMAS J. DOYLE IN SUPPORT OF OPPOSITION TO MOTION TO EXCLUDE DAMAGES EXPERTS<br><br>DATE:　　　November 19, 2014<br>TIME:　　　9:30 a.m.<br>CRTRM:　　6, 14th Floor<br>JUDGE:　　Hon. John A. Mendez |

I, THOMAS J. DOYLE, declare:

1.　　I am an attorney at law licensed to practice in the State of California and I am admitted to practice in the United States District Court for the Eastern District of California.  I am a partner in the law firm of Schuering Zimmerman & Doyle, LLP, attorneys of record for Defendant and Cross-Complainant BANNER HEALTH dba BANNER LASSEN MEDICAL CENTER.

2.　　A true and correct copy of the Court's Status (Pre-trial Scheduling) Order filed October 3, 2013, is attached hereto as Exhibit A.

3.　　A true and correct copy of Banner Lassen Medical Center's Disclosure of expert witnesses dated July 9, 2014, (without attachments)  is attached hereto as Exhibit B.

4.　　A true and correct copy Banner Lassen Medical Center's Disclosure of expert

1 witnesses dated September 4, 2014, (without attachments) is attached hereto as Exhibit
2 C.
3     5. A true and correct copy of Linda Olzack's Cost Comparison Report and Life
4 Care Plan is attached hereto as Exhibit D.
5     6. A true and correct copy of Constantine Boukidis' report is attached hereto
6 as Exhibit E.
7     7. A true and correct copy of the pertinent portions of the transcript of Karen
8 Preston's deposition is attached hereto as Exhibit F.
9     8. A true and correct copy of the pertinent portions of the transcript of Peter
10 Formuzis, Ph.D.'s deposition is attached hereto as Exhibit G.
11     I declare under penalty of perjury under the laws of the State of California that the
12 foregoing is true and correct, and if called to testify, I could competently do so. Executed
13 this 5th day of November, 2014, at Sacramento, California.

                                            /s/ THOMAS J. DOYLE
                                               THOMAS J. DOYLE