BENJAMIN B. WAGNER
United States Attorney
VICTORIA L. BOESCH
CHI SOO KIM
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
victoria.boesch@usdoj.gov
chi.soo.kim@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| I. P., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, FACUNDO PALACIO DIAZ; MICAELA PALACIO,<br><br>                          Plaintiffs,<br><br>                 v.<br><br>UNITED STATES OF AMERICA,<br><br>                          Defendant. | CASE NO.   2:13-CV-01012 JAM-CKD<br><br>VICTORIA L. BOESCH DECLARATION SUPPORTING UNITED STATE'S OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE EXPERT DR. MICHAEL PATRICK NAGEOTTE<br><br>Date:      November 19, 2014<br>Time:     9:30 a.m.<br>Judge:    Hon. John A. Mendez<br>Ctrm.:    6, 14th Floor |
| I. P., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, FACUNDO PALACIO DIAZ; MICAELA PALACIO,<br><br>                          Plaintiffs,<br><br>vs.<br><br>BANNER HEALTH, AN ARIZONA CORPORATION, doing business as BANNER LASSEN MEDICAL CENTER; DOES 100-200,<br><br>                          Defendants. |  |

I, VICTORIA L. BOESCH, hereby declare as follows:

1.     I am an Assistant United States Attorney, and I represent the United States in the above-captioned civil action.

2.     Attached as Exhibit 1 is a rebuttal report by Dr. Maurice Druzin disclosed by the United States with its September 5, 2014 supplemental/rebuttal disclosures in this case.

3.     Attached as Exhibit 2 is a rebuttal report by Dr. Michael Nageotte disclosed by the United States with its September 5, 2014 supplemental/rebuttal disclosures in this case.

4.     Attached as Exhibit 3 is Dr. Michael Nageotte's curriculum vitae.

5.     Attached as Exhibit 4 is the United States' September 5, 2014 supplemental/rebuttal expert designations pleading for this case, without the exhibits (expert reports) that were attached to that designation.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 5th day of November, 2014.

/s/Victoria L. Boesch
VICTORIA L. BOESCH
Assistant United States Attorney

VLB DEC ISO US OPP TO P MTN TO EXCLUDE
EXPERT NAGEOTTE