BENJAMIN B. WAGNER
United States Attorney
VICTORIA L. BOESCH
CHI SOO KIM
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
victoria.boesch@usdoj.gov
chi.soo.kim@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I. P., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, FACUNDO PALACIO DIAZ; MICAELA PALACIO,<br><br>                         Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                         Defendant. | CASE NO.   2:13-CV-01012 JAM-CKD<br><br>**VICTORIA L. BOESCH DECLARATION SUPPORTING UNITED STATES' REPLY SUPPORTING MOTION TO EXCLUDE PLAINTIFFS' EXPERTS DR. ALBERT J. PHILLIPS AND DR. FRANK A. MANNING AND STRIKE THEIR REPORTS**<br><br>Date:      November 19, 2014<br>Time:     9:30 a.m.<br>Judge:    Hon. John A. Mendez<br>Ctrm.:    6, 14th Floor |
| I. P., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, FACUNDO PALACIO DIAZ; MICAELA PALACIO,<br><br>                         Plaintiffs,<br><br>vs.<br><br>BANNER HEALTH, AN ARIZONA CORPORATION, doing business as BANNER LASSEN MEDICAL CENTER; DOES 100-200,<br><br>                         Defendants. | |

I, VICTORIA L. BOESCH, hereby declare as follows:

1. I am an Assistant United States Attorney, and I represent the United States in the above-captioned civil action.

2. On October 3, 2014, prior to the deposition of Plaintiffs' OB/GYN and Maternal Fetal medicine specialist Dr. Paul, I sent Plaintiffs' counsel the letter attached as Exhibit M. The letter informed Plaintiffs that the United States intended to file a motion to exclude Plaintiffs' OB/GYNs Dr. Manning and Dr. Phillips and to notice that motion for the same date (October 29) on which Plaintiffs had noticed two motions to exclude United States experts. Plaintiffs' motions included one to exclude United States OB/GYN and Maternal Fetal medicine specialist Dr. Nageotte as improper supplementation and cumulative. The letter explains that noticing the Manning/Phillips motion for the same date was intended to conserve the resources of the parties and the Court by having similar issues decided together.

3. That morning, prior to Paul's deposition, I spoke to Plaintiffs' counsel Bruce Fagel by phone. During those discussions, Mr. Fagel told me that he would not allow Paul to testify at deposition regarding Dr. Davainis unless the United States agreed not to bring the Manning/Phillips motion to exclude. He stated that allowing Paul to testify at deposition on Dr. Davainis in light of the upcoming Manning/Phillips motion would, in his view, allow the United States to choose Plaintiffs' experts. So, the Paul deposition proceeded with Paul conditionally withdrawn as a Davainis standard-of-care expert pending the outcome of the United States' Manning/Phillips motion.

4. Attached as Exhibit N is an excerpt from the October 3, 2014 Paul deposition transcript in which counsel stated for the record that Plaintiffs' counsel had conditionally withdrawn Paul on the issue of Davainis pending outcome of the Manning/Phillips motion. Paul testified regarding the nursing standard of care and fetal heart rate interpretation only, with Plaintiffs' counsel agreeing to re-produce Paul for deposition regarding Davainis if Plaintiffs wished to offer Paul on that issue in light of the Manning/Phillips motion outcome.

5. A further deposition of Paul has been scheduled (pending the outcome of the United States' Manning/Phillips motion) for December 1, 2014, to ensure that the parties can accomplish such a deposition before the discovery cut-off (December 15).

1  I swear under penalty of perjury that the foregoing is true and correct to the best of my
2  knowledge and belief.
3  Executed this 12th day of November, 2014.

*/s/Victoria L. Boesch*
VICTORIA L. BOESCH
Assistant United States Attorney