

**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

*Benjamin B. Wagner*
*United States Attorney*

_____

501 I Street, Suite 10-100      Phone  916/554-2700
Sacramento, CA 95814            Fax    916/554-2900
                                TTD    916/554-2855

October 3, 2014

<u>VIA EMAIL ONLY</u>
Eduardo Ascencio
Law Offices of Bruce G. Fagel & Associates
100 North Crescent Drive Suite 360
Beverly Hills, CA 90210
eduardoascencio@fagellaw.com

Re:  <u>Palacio, et al. v. United States of America</u>
     2:13-cv-01012-JAM-CKD
     United States District Court, Eastern District of California

Dear Mr. Ascensio,

    Plaintiffs have moved to exclude certain of Defendants' experts, and those motions are currently scheduled for hearing on October 29, 2014.  Because we believe it will conserve resources of the Court, the parties, and the experts to have similar issues decided together, the United States will be moving to exclude Plaintiffs' cumulative experts and noticing that motion for the same hearing date as Plaintiffs' motion to exclude.  For this reason, the depositions for Dr. Frank Manning and Dr. Albert Phillips will be canceled.  Like Plaintiffs, we decline to take the depositions of experts subject to a motion to strike.

                        Sincerely,

                        BENJAMIN B. WAGNER
                        United States Attorney

           By:    <u>/s/ Victoria L. Boesch</u>
                  VICTORIA L. BOESCH

                  Assistant United States Attorney

cc:   Thomas Doyle