BENJAMIN B. WAGNER
United States Attorney
VICTORIA L. BOESCH
CHI SOO KIM
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
victoria.boesch@usdoj.gov
chi.soo.kim@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.P., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, FACUNDO PALACIO DIAZ; MICAELA PALACIO,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | CASE NO.  2:13-CV-01012 JAM-CKD<br><br>**DECLARATION OF STEVEN DAY, PHD** |
| I.P., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, FACUNDO PALACIO DIAZ; MICAELA PALACIO,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>BANNER HEALTH, AN ARIZONA CORPORATION, doing business as BANNER LASSEN MEDICAL CENTER; DOES 100-200,<br><br>　　　　　　Defendants. | |

I, Steven Day, declare as follows:

1.　　I am a Researcher and Consultant for my company, Mortality Research & Consulting, Inc. and have been retained by the United States as a life expectancy expert in this

case. I earned a PhD in applied statistics, with substantive field epidemiology, from the University of California at Riverside in 2001. Prior to 2011, I worked for nearly 15 years as a researcher and as an independent professional consultant on issues related to life expectancy and other biostatistical topics with Strauss & Shavelle, Inc./The Life Expectancy Project. As such, I have personal knowledge of the following matters and could testify to them if called as a witness.

2. I have reviewed the reports from Dr. Carl Nichols dated June 25, 2014 and August 26, 2014, providing a life expectancy opinion of 36.9 additional years for I.P. *See* Declaration of Chi Soo Kim, Exh. A (6/25/2014 Report of Carl Nichols, MD) and Exh. B (8/26/2014 Report of Carl Nichols, MD) (Dkt 41-3 at 1-9). His June 25, 2014 report includes the following statement: "These calculations are based upon data in the medical literature, especially from Dr. Shavelle and his group."

3. There is extensive medical literature addressing long-term survival, mortality, and life expectancy in cerebral palsy. For example, a search on PubMed.gov (a standard and widely used search engine for medical literature) using the phrase "cerebral palsy long-term survival" returns 316 results; the same search on google scholar (another commonly used search engine) returns tens of thousands of results. The literature on this subject documents and quantifies the impact of various specifics about I.P.'s medical condition on survival and life expectancy, including such factors as gastronomy tube dependency, level of gross motor functioning, presence of seizure activity, and others. This literature spans decades, involves researchers/ authors across different countries, published in a variety of formats, including articles in medical journals and chapters/ articles in medical textbooks. There are potentially thousands of articles/ chapters of "medical literature" to which Dr. Nichols may be referring.

4. In addition, there are well over a hundred publications from Strauss & Shavelle, Inc./The Life Expectancy Project of David Strauss, Robert Shavelle, and Jordan Brooks. I have co-authored publications with these and other individuals associated with The Life Expectancy Project, including Dr. Shavelle, and worked directly with the principle researchers there for approximately 15 years.

5. Much of the data used by the Life Expectancy Project is not public and is not widely available. For example, the Life Expectancy Project has analyzed and used data collected and maintained by the State of California Department of Developmental Services, for which permission is required to use and access. The Life Expectancy Project has also used a number of databases that are publicly available such as the Cardiovascular Health Study (CHS), the Health and Retirement Study (HRS), various versions of the National Health and Nutrition Examination Survey (NHANES) and the United States Renal Data System (USRDS). The Life Expectancy Project or Strauss & Shavelle, Incorporated also has had throughout their history various proprietary products, including products that calculate life expectancy, that are also not public and are not widely used or widely known.

6. Dr. Nichols' reports do not sufficiently identify the data upon which his life expectancy calculations are based. I cannot tell what medical literature, which publication(s) of Dr. Shavelle and/or The Life Expectancy Project, and what data Dr. Nichols has relied upon for his opinion.

7. Dr. Nichols' reports do not describe or identify any methodology he used to calculate his life expectancy opinion. The precision of the figure Dr. Nichols reports (36.9 additional years) suggests that one or more life table calculations may have been involved, but his reports do not describe how he calculated this life expectancy figure.

8. For the reasons described above and in my report dated September 1, 2014, my ability to analyze and respond to Dr. Nichols' life expectancy opinion is very limited. *See* Kim Decl., Exh. F (9/1/2014 Report of Steven Day, PhD) (Dkt 41-3 at 40-42).

Executed at City of Industry, California, on November 11, 2014. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*[signature]*
Steven Day, PhD

Declaration of Steven Day, PhD                     3