BENJAMIN B. WAGNER
United States Attorney
VICTORIA L. BOESCH
CHI SOO KIM
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
victoria.boesch@usdoj.gov
chi.soo.kim@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.P., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, FACUNDO PALACIO DIAZ; MICAELA PALACIO,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 2:13-CV-01012 JAM-CKD<br><br>**DECLARATION OF VICTORIA L. BOESCH SUPPORTING UNITED STATES' REPLY SUPPORTING MOTION TO EXCLUDE PLAINTIFFS' LIFE EXPECTANCY EXPERT AND REPORTS** |
| I.P., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, FACUNDO PALACIO DIAZ; MICAELA PALACIO,<br><br>Plaintiffs,<br><br>vs.<br><br>BANNER HEALTH, AN ARIZONA CORPORATION, doing business as BANNER LASSEN MEDICAL CENTER; DOES 100-200,<br><br>Defendants. | |

I, VICTORIA L. BOESCH, declare as follows:

1. I am an Assistant United States Attorney for the Eastern District of California and I represent the United States in the above-captioned case.

DECLARATION OF VICTORIA L. BOESCH                1

2. I have personal knowledge of the following matters. If called as a witness, I could and would competently testify thereto.

3. To meet the December 15 expert discovery cut-off, and due to the logistical and practical difficulty of securing dates and coordinating schedules, the parties agreed to tentatively schedule the depositions of the eight experts subject to the parties' expert-exclusion motions on dates after the November 19 hearing on those motions and up to the December 15 expert discovery cut-off. Attached as **Exhibit 1** is an October 12, 2014 email that I received from Plaintiffs' counsel Bruce Fagel proposing that we do so.

4. Scheduling the 32 expert depositions in this case has required coordinating the schedules of four parties: the expert (located in and outside of California), counsel for Plaintiffs (located in Los Angeles), counsel for the United States (located in Sacramento), and counsel for Defendant Banner Hospital (located in Sacramento).

5. As reflected in Exhibit 1, the parties have scheduled the depositions of experts subject to motions to exclude with the understanding that those depositions will go forward only if the Court denies the motion to exclude that expert. The purpose of such scheduling was to allow the parties to comply with the discovery cut-off for experts that the Court declines to exclude.

Executed at Sacramento, California, on November 12, 2014. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                           */s/ Victoria L. Boesch*
                                           Victoria L. Boesch

# **EXHIBIT 1**

**Boesch, Victoria (USACAE)**

| | |
|---|---|
| **From:** | Bruce Fagel <brucefagel@fagellaw.com> |
| **Sent:** | Sunday, October 12, 2014 4:33 PM |
| **To:** | Boesch, Victoria (USACAE) |
| **Cc:** | Angie |
| **Subject:** | Palacio v. U.S.A. |

Since the Court ordered us to re-file our motions before Judge Mendez and that hearing is now scheduled for Nov. 19, 2014, I am concerned that if we wait until then to attempt to schedule the deposition of those witnesses affected by the motions, there may not be time to take those depositions prior to Dec. 15, which is the new date by which we need to complete expert discovery – there I will have my office offer dates now for the depositions of Drs. Nichols, Phillips, and Manning for dates between Nov. 19 and Dec. 15 and I would request that your office do the same for your experts who are the subject of plaintiff's motions.

Bruce G. Fagel, M.D., J.D.
LAW OFFICES OF BRUCE G. FAGEL & ASSOCIATES
100 North Crescent Drive, Suite 360
Beverly Hills, CA 90210
Telephone:  (310) 281-8700
Facsimile:  (310) 281-5656
e-mail:  brucefagel@fagellaw.com

Confidentiality Notice: This message and any attachments hereto may contain confidential and privileged communications or information and/or attorney client communications or work-product protected by law. The information contained herein is transmitted for the sole use of the intended recipient(s). If you are not the intended recipient or designated agent of the recipient of such information, you are hereby notified that any use, dissemination, copying or retention of this e-mail or the information contained herein is strictly prohibited and may subject you to penalties under federal and/or state law. If you received this e-mail in error, please notify the sender immediately and permanently delete this e-mail.