BENJAMIN B. WAGNER
United States Attorney
VICTORIA L. BOESCH
CHI SOO KIM
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.P., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, FACUNDO PALACIO DIAZ; MICAELA PALACIO,<br><br>                    Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | CASE NO.   2:13-CV-01012 JAM-CKD<br><br>**STIPULATION AND ORDER TO MODIFY THE AMENDED PRETRIAL CONFERENCE ORDER REGARDING TRIAL WITNESSES**<br><br>Judge: Hon. John A. Mendez<br>Crtrm: 6, 14th floor<br><br>**TRIAL DATE:  MAY 26, 2015** |
| I.P., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, FACUNDO PALACIO DIAZ; MICAELA PALACIO,<br><br>                    Plaintiffs,<br><br>vs.<br><br>BANNER HEALTH, AN ARIZONA CORPORATION, doing business as BANNER LASSEN MEDICAL CENTER; DOES 100-200,<br><br>                    Defendants. | |

   Plaintiffs and the United States respectfully request modification of the Court's Amended Pretrial Conference Order (Dkt. 77) regarding trial witnesses for good cause.  The United States has been informed that Plaintiffs and Banner recently settled their claims, that Banner is withdrawing its

STIPULATION AND [PROPOSED] ORDER TO MODIFY THE AMENDED PRETRIAL CONFERENCE ORDER
REGARDING TRIAL WITNESSES                                    1

expert witnesses, and that Plaintiffs are withdrawing some of their experts. During meet and confer discussions, the parties reached certain agreements as reflected below.

**A.      Neither Plaintiffs Nor the United States Will Offer Neuroradiologist Testimony at Trial**

Plaintiffs and the United States stipulate to the following:

1. Neuroradiologists analyzing the May 1, 2012 ultrasound and the May 7, 2012 MRI of I.P.'s brain concluded that those images are consistent with I.P. having experienced hypoxic ischemic injury of the acute profound pattern.

2. A hypoxic ischemic injury of the acute profound pattern results from a near-total cessation of oxygenated blood reaching the fetus for a short amount of time, typically 10 to 20 minutes.

3. These imaging results are consistent with I.P. having experienced a sentinel event such as a cord compression occurring within the last 15 to 20 minutes prior to birth.

As a result of this stipulation, Plaintiffs withdraw their expert witnesses Dr. Patrick Barnes and Dr. Jerome Barakos and the United States withdraws it expert witness Dr. Gordon Sze.

**B.      Plaintiffs Withdraw Three Other Witnesses**

Plaintiffs will present only one neonatologist, Dr. William Rhine, at trial and withdraw neonatologist Dr. Michael Sherman. Plaintiffs also withdraw Maternal Fetal Medicine Dr. Richard H. Paul and Nurse Laura Mahlmeister.

**CONCLUSION**

The parties respectfully request modification of the Court's Amended Pretrial Conference Order to reflect the parties' Neuroradiology stipulation and the withdrawal of experts Dr. Barnes, Dr. Barakos, Dr. Sze, Dr. Sherman, Dr. Paul, and Nurse Mahlmeister.

Respectfully submitted,

Dated: April 15, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Victoria L. Boesch*

VICTORIA L. BOESCH
Assistant United States Attorney

Attorneys for Defendant United States

Dated: April 15, 2015

*/s/ Bruce G. Fagel (authorized 4/15/15)*
BRUCE G. FAGEL
LAW OFFICES OF BRUCE G. FAGEL
& ASSOCIATES

Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED: 4/16/2015                         /s/ John A. Mendez_____

JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER TO MODIFY THE AMENDED PRETRIAL CONFERENCE ORDER
REGARDING TRIAL WITNESSES                 3