THOMAS J. DOYLE, BAR No. 114485
SCHUERING ZIMMERMAN & DOYLE, LLP
400 University Avenue
Sacramento, CA 95825
(916) 567-0400
Fax:  568-0400

Attorneys for Defendant and Cross-Complainant
BANNER HEALTH dba BANNER LASSEN MEDICAL CENTER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.P., a minor, by and through her guardian ad litem, FACUNDO PALACIO DIAZ, MICAELA PALACIO, FACUNDO PALACIO DIAZ,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No.: 2:13-CV-01012 JAM-CKD<br>Consolidated w/ 2:13-CV-02013 JAM-CKD<br><br>**STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL**<br>**[FRCP 41(a)]** |

Plaintiffs I.P., a minor, by and through her guardian ad litem, FACUNDO PALACIO  DIAZ, MICAELA PALACIO and FACUNDO PALACIO DIAZ, Defendant and Cross-Complainant BANNER HEALTH dba BANNER LASSEN MEDICAL CENTER and Defendant UNITED STATES OF AMERICA hereby stipulate under Federal Rule of Civil Procedure 41(a)(1) that the portion of this action removed from the Lassen County Superior Court, Case No. 56180 (complaint *Palacio v. Banner Health* and cross-complaint *Banner Health v. Davainis*) be dismissed with prejudice, with each party bearing their own attorney's fees and costs.  This stipulation and order does not include the Federal Tort Claims Act complaint by

plaintiffs I.P., a minor by and through her guardian ad litem, FACUNDO PALACIO DIAZ and MICAELA PALACIO against the United States of America which is still pending and is set to begin trial on September 24, 2015.

Dated: 7/27/2015         LAW OFFICES OF BRUCE G. FAGEL & ASSOCIATES


By: _/s/_____
   Bruce G. Fagel, Esq.
   100 N. Crescent Dr., Ste. 360
   Beverly Hills, CA 90210
   Attorneys for Plaintiffs


Dated: 8/1/2015          SCHUERING ZIMMERMAN & DOYLE, LLP


By: /s/_____
   Thomas J. Doyle, Esq.
   400 University Avenue
   Sacramento, California  95825-6502
   Attorneys for Defendant BANNER
   HEALTH dba BANNER LASSEN
   MEDICAL CENTER

Dated: 8/10/2015                           BENJAMIN B. WAGNER
                                           United State Attorney


                              By: __/s/_____
                                  Victoria Boesch
                                  Assistant United States Attorney
                                  Attorneys for Defendant UNITED
                                  STATES OF AMERICA

ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1) IT IS ORDERED THAT the portion of this action removed from the Lassen County Superior Court, Case No. 56180 (complaint *Palacio v. Banner Health* and cross-complaint *Banner Health v. Davainis*) be, and hereby is dismissed with prejudice, with each party bearing their own attorney's fees and costs.

IT IS FURTHER ORDERED THAT this order does not include the Federal Tort Claims Act complaint by plaintiffs I.P., a minor by and through her guardian ad litem, FACUNDO PALACIO DIAZ and MICAELA PALACIO against the United States of America which is still pending and is set for trial on September 24, 2015.

Dated: 8/19/2015

                              /s/ John A. Mendez_____
                              John A. Mendez
                              UNITED STATES DISTRICT COURT JUDGE