BENJAMIN B. WAGNER
United States Attorney
VICTORIA L. BOESCH
CHI SOO KIM
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900
victoria.boesch@usdoj.gov
chi.soo.kim@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I. P., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, FACUNDO PALACIO DIAZ; MICAELA PALACIO,<br><br>                              Plaintiffs,<br><br>                    v.<br><br>UNITED STATES OF AMERICA,<br><br>                              Defendant. | CASE NO.   2:13-CV-01012 JAM-CKD<br><br>**JOINT STIPULATION AND ORDER REGARDING PERIODIC-PAYMENT BRIEFING**<br><br>**JUDGE:    HON. JOHN A. MENDEZ**<br>**CTRM.:     6, 14th Floor** |

        Defendant the United States and Plaintiffs I.P. and Micaela Palacio respectfully submit the

following Joint Stipulation and Proposed Order regarding the schedule for briefing about California's

periodic-payment statute ordered by the Court in its October 29, 2015 order.  Dkt. 155 at 29.  The parties

request that the due date for those briefs be moved from Monday November 9, 2015, to Monday

**November 16, 2015**.  The additional week will allow time for the United States' counsel to consult with

Department of Justice personnel in the District of Columbia regarding the interaction of state and federal

law under these circumstances.

1

                            Respectfully submitted,

2

                            BENJAMIN B. WAGNER
                            United States Attorney

3

Dated:  November 2, 2015      By:    */s/ Victoria L. Boesch*

4

                            VICTORIA L. BOESCH
                            Assistant United States Attorney

5

6

7

8

                            LAW OFFICE OF BRUCE G. FAGEL & ASSOCIATES

9

Dated:  November 2, 2015      By:    */s/ Bruce G. Fagel (authorized on 11/2/15)*

10

                            BRUCE G. FAGEL
                            Attorneys for Plaintiffs

11

12

13

       **IT IS SO ORDERED.**

14

15

DATED: 11/2/2015

                            /s/ John A. Mendez_____

16

                            HON. JOHN A. MENDEZ
                            UNITED STATES DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28