BENJAMIN B. WAGNER
United States Attorney
VICTORIA L. BOESCH
CHI SOO KIM
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
victoria.boesch@usdoj.gov
chi.soo.kim@usdoj.gov

Attorneys for the United States



FILED
NOV 13 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

I. P., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, FACUNDO PALACIO DIAZ; MICAELA PALACIO,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

CASE NO. 2:13-CV-01012 JAM-CKD

**ORDER ADOPTING FINDINGS OF FACT AND CONCLUSIONS OF LAW AS TO DR. PAUL HOLMES AND GRANTING PARTIAL JUDGMENT FOR THE UNITED STATES (Fed. R. Civ. P. 52(c))**

[PROPOSED] ORDER ADOPTING FINDINGS OF FACT AND CONCLUSIONS OF LAW AS TO DR. PAUL HOLMES AND GRANTING PARTIAL JUDGMENT FOR THE UNITED STATES (FED. R. CIV. P. 52(C))

A bench trial in this Federal Tort Claims Act action began on September 24, 2015. Plaintiffs Micaela Palacio and I.P. rested on October 5, 2015. After Plaintiffs rested, the United States made an oral motion for judgment on partial findings on all claims related to Dr. Paul Holmes pursuant to Federal Rule of Civil Procedure 52(c). The Court heard argument on the motion and orally granted the motion. The United States filed proposed findings of fact and conclusions of law as to all claims related to Dr. Holmes. [Docket No. 153] Plaintiffs did not file proposed findings of fact or conclusions of law as to their claims related to Dr. Holmes. Having carefully reviewed the evidence and the arguments of counsel, the Court adopts the United States' proposed findings of fact and conclusions of law as to all claims related to Dr. Holmes pursuant to Rule 52 of the Federal Rules of Civil Procedure and the Court grants the United States judgment on partial findings as to all claims related to Dr. Holmes pursuant to Rule 52(c).

The Clerk of the Court is directed to enter partial judgment for the United States as to all claims related to Dr. Paul Holmes.

**IT IS SO ORDERED.**

DATED: 11-13-2015

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE