UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Micaela Palacio et al , <br><br>          Plaintiff, <br><br>     v. <br><br> United States of America, <br><br>          Defendant. | Case No.  2:13-cv-1012 JAM CKD <br><br> **PARTIAL JUDGMENT** |

**IT IS ORDERED AND ADJUDGED that** partial judgment is hereby ENTERED for the United States as to all claims related to Dr. Paul Holmes pursuant to Order signed by Judge John A. Mendez on 11/13/2015.

Date: November 16, 2015                                MARIANNE MATHERLY, CLERK
                                                          By: /s/  A. Kastilahn
                                                          Deputy Clerk