Bruce G. Fagel, (103674)
LAW OFFICES OF BRUCE G. FAGEL &
ASSOCIATES
100 North Crescent Drive, Suite 360
Beverly Hills, California 90210
Tel: (310) 281-8700
Fax: (310) 281-5656
E-Mail: BruceFagel@fagellaw.com

Attorneys for Plaintiffs

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.P., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, FACUNDO PALACIO DIAZ, MICAELA PALACIO,<br><br>    Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:13-cv-01012 JAM -CKD<br><br>**PLAINTIFFS' POST TRIAL MEMORANDUM REGARDING THE APPLICABILITY OF CA CODE OF CIVIL PROCEDURE SECTION 667.7**<br><br>Courtroom 6, 14th floor<br>Judge: Hon. John A. Mendez |

    The Court in its Findings of Fact and Conclusions of Law entered on October 29, 2015 (Doc. 155), ordered Defendant to pay I.P., born April 30, 2012, (through her guardian ad litem Facundo Palacio Diaz), $9,359,305 in economic and noneconomic damages and to pay Micaela Palacio $250,000 in noneconomic damages. The Court found that I.P. would have 20 additional years of life expectancy to 23 years of age or to approximately April 30, 2035 (Page 21 of Doc. 155).

    Defendant stated its intent to invoke California Periodic Payment statute (Code of Civil Procedure section 667.7). Accordingly, the Court ordered the parties to prepare briefs with

Law Offices
of
Bruce G. Fagel
&
Associates

1    respect to the propriety of applying section 667.7, and how

2    periodic payments would affect final judgment.

3                 **I. SECTION 667.7 IS NOT APPLICABLE IN THIS CASE**

4         California Code of Civil Procedure Sec. 667.7 makes medical

5    malpractice cases unique among all other types of personal injury

6    actions, because the trier of fact must award all future damages

7    in present cash value [CACI 3904 A].

8         Under Sec. 667.7, in medical malpractice cases only, any

9    award for more than $50,000 in future damages can be paid in

10   future periodic payments, certain of which payments stop upon the

11   death of the plaintiff. The judgment must specify the "recipient

12   or recipients of the payments, and the number of payments or the

13   period of time over which payments shall be made." (§ 667.7,

14   subd. (b)(1); Hrimnak v. Watkins (1995) 38 Cal.App.4th 964,973-

15   974.)

16        In structuring a periodic payment schedule under section

17   667.7, a trial court is "guided by the evidence of future

18   damages" introduced at trial. The fundamental goal is to attempt

19   to match losses with compensation "to ensure that money paid to

20   an injured plaintiff will in fact be available when the plaintiff

21   incurs the anticipated expenses or losses in the future."

22   (Salgado v. County of Los Angeles (1998) 19 Cal.4th 629,639; see

23   Id. At p. 640 ["the fundamental goal is to match losses with

24   compensation as the losses occur"].

25        The MICRA statute, section 667.7 subd.(f) provides "it is

26   the intent of the legislature . . . to provide compensation

27   sufficient to meet the needs of an injured plaintiff for whatever

28   period is necessary . . ." (Emphasis added.)

Law Offices
*of*
Bruce G. Fagel
&
Associates

Plaintiffs' Post Trial Memorandum Re C.C.P. § 667.7

**(a) <u>Micaela Palacio - $250,000 Award of Non-Economic</u>**

**<u>Damages Is Not Subject to Periodic Payments</u>**

The noneconomic damages of $250,000, payable to Micaela Palacio (Doc. 155, p. 26), are not subject to § 667.7. In <u>Salgado v. County of Los Angeles</u> (1998) 19 Cal.4th 629, the Supreme Court held "the [jury] should be instructed expressly that they are to assume that an award of future [noneconomic] damages is a present value sum, i.e., they are to determine the amount in current dollars paid at the time of judgment that will compensate a plaintiff for future pain and suffering." (*id.* At pp. 646-647.)

Since these damages have been awarded in present value terms, it would not be appropriate to then pay these damages periodically over time, as that would require a gross determination of those damages, in "the amount that the capped award would have yielded if invested prudently at the time of judgment." (*id.* At p. 640). The <u>Salgado</u> Court found that it was error by the trial court to periodicize the noneconomic damages which were in present cash value terms, over the plaintiff's lifetime without any inflation factor, such that the defendant received a windfall.

Since periodic payments must be based on the gross value of future damages (see <u>Salgado v. County of Los Angeles</u>, supra, 19 Cal.4th at p. 639), it is necessary to obtain a gross value determination by the jury. (<u>Hrimnak v. Watkins</u> (1995) 38 Cal.App.4th 964, at pp. 976-979.)

**(b) <u>The Noneconomic Damage Award of $250,000 to I.P., Is</u>**

**<u>Also Not Subject to Periodic Payments</u>**

The court awarded I.P. $250,000 in noneconomic damages (Doc.

Law Offices
*of*
Bruce G. Fagel
&
Associates

155, p. 26). There was no offset for the settlement with Banner Health (Doc. 155, p. 27). For the same reasons that the non-economic damages for Micaela Palacio were not subject to § 667.7, the noneconomic damages of I.P. are also not subject to periodic payments.

**(c) I.P. Lost Earnings of $967,796 Are Not Subject to Periodic Payments**

The Court awarded $967,796 in present cash value for I.P. lost earnings. (Doc. 155, p. 24). The [jury] is permitted to award damages for earning capacity that has been lost because the plaintiff's life expectancy has been shortened by the defendant's negligence. (Fein v. Permanente Medical Group (1985) 38 Cal.3d 137, 153-154.) Fein held that lost years earnings are not subject to periodic payments and the present value of these earnings must be paid in one lump sum. (*Id.* At pp. 156-157.)

**(d) I.P. Past Medical Expense Award of $87,521 is Not Subject to Periodic Payments**

Since Code of Civil Procedure Section 667.7 applies only to future damages, the past medical expense award of $87,521 (Doc. 155, p. 28) is not subject to periodic payments.

**(e) The Government Is Not Entitled to Periodic Payments for the Remaining Awards of $7,753,349 for 24 Hr. Lvn Care and Other Future Medical Expenses of $544,139, Less Offset of $243,500, to I.P. Because that Would Subject the United States to A Continuing Obligation, Which is Prohibited**

As shown above, the sum of $1,555,317, which includes the two noneconomic damage awards ($500,000), the past medical

Law Offices
*of*
Bruce G. Fagel
&
Associates

expenses of $87,521, and the lost earnings of $967,796 are not subject to the periodic payment provisions of Section 667.7, or to a reversionary trust. The Government waived their right to a reversionary trust in this case (Second Stipulation and Order Regarding Damages -Doc 131, page 4, paragraph M):

> "In the event of a liability finding and imposition of judgment against the United States, the United States will not request that the Court impose a reversionary trust that pays medical expenses only as they are incurred in structuring the damages payment."

———————

In a Reversionary Trust any sums not used by the injured plaintiff for her care returns to the government upon the death of the plaintiff.

*Cibula v. United States* (4th Circuit 2012) 664 F.3d 428, involved a similar medical malpractice action for birth injuries related to the medical care Mrs. Cibula received while she was pregnant and the subsequent birth of her son who had developed cerebral palsy in California.

The case was filed in the Eastern District of Virginia, brought after the negligence of Government doctors in California caused significant and irreversible brain damage to J.C. J.C.'s parents brought a Federal Tort Claims Act (FTCA), 28 U.S.C. 2674, suit against the United States.

The District Court found negligence of the Government doctors in California caused significant and irreversible brain damage to J.C., and also damages to his parents, Andrew and Jennifer Cibula. Following a bench trial, the district court found the United States liable for J.C.'s damages and awarded the Cibulas $2,704,800 for past care costs, $250,000 for J.C.'s pain

Law Offices
*of*
Bruce G. Fagel
&
Associates

1  and suffering, $250,000 for Mrs. Cibula's pain and suffering,

2  $2,360,771 for J.C.'s lost future earnings; and, most relevant to

3  the appeal, $22,823,718 for J.C.'s future care costs.

4  Cibula vs. United States, *supra* at p. 430.

5      The District Court held that it could not provide the

6  government with a reversionary interest in the future care award

7  that "would comply with" both the FTCA and California law. The

8  United States appealed.

9      The Cibula Court held that because granting the government a

10  reversionary interest in J.C.'s future care award eliminated the

11  potential for a windfall without in any way rendering the award

12  less sufficient compensation for J.C., the court found such a

13  remedy approximated Cal. Civ. Proc. Code 667.7 in a manner that

14  was consistent with the FTCA. Accordingly, the court remanded the

15  case with instructions for the district court to fashion such a

16  remedy. The court affirmed in all other respects.

17      In the opinion, the Court quoted extensively from Salgado

18  vs. County of Los Angeles (1998) 19 Cal.4th 629 at pp. 431-433

19  permitting a defendant to elect to pay any judgment periodically

20  instead of in a lump sum. However, because courts cannot subject

21  the United States to continuing obligations like periodic

22  payments (Hull vs. United States, 971 F.2d 1499, 1505 (10th

23  Cir.1992), the Cibula Court stated the FTCA "permits courts to

24  craft remedies that 'approximate' state periodic payment statutes

25  including reversionary trusts." (Cibula, supra at p. 433).

26  (Citations omitted). (Emphasis added).

27      Thus, Section 667.7 is not available to the Government for

28  the future medical payments, as this would be a continuing

obligation violating Hull, *supra*.  Also, since the Government has

Law Offices
*of*
Bruce G. Fagel
&
Associates

waived their right to a reversionary trust, this option is also not available to them. This leaves the Government with two possible choices - - they can pay the judgment in a lump sum, or purchase an annuity that relieves the government of a continuing obligation.

There are abundant cases in medical malpractice actions involving the United States where the Government elected, as part of a settlement, to purchase an annuity to fund the stream of payments necessary to care for an injured plaintiff.[1]

**(f) The First $50,000 of Any Future Damages**

**Judgment Is Not Subject to Section 667.7**

Section 667.7 provides in relevant part:"(a)In any action for injury or damages against a provider of health care services, a superior court shall, at the request of either party, enter a judgment ordering that money damages or its equivalent for future damages of the judgment creditor be paid *in whole or in part* by periodic payments rather than by a lump-sum payment *if the award equals or exceeds fifty thousand dollars ($50,000) in future damages.*" California s<u>Code of Civil Procedure</u> § 667.7.

The statute, by its own terms, excludes the first $50,000 of

[1]/ In <u>Atkins vs. Strayhorn</u> (1990) 223 Cal.App 3d 1380, a medical malpractice action, the jury found the plaintiff's life expectancy to be six years. The Trial Court stated the jury's finding of life expectancy was only "advisory." The Court of Appeal upheld the court's ruling saying it was well within the trial court's discretion. The <u>Atkins</u> Court further stated:
"In structuring a periodic payment schedule, a trial court is simply "guided," not bound, by the evidence of future damages introduced at trial. (See American Bank & Trust Co. v. Community Hospital, (1984) 36 Cal.3d 359,at p. 377.) Nowhere in the statutory scheme or legislative history is the court's periodic payment schedule necessarily dependent on, nor must it directly correspond to, a plaintiff's life expectancy. Instead, life expectancy is one of several factors for the court to consider in structuring a periodic payment schedule "for whatever period is necessary." (Code Civ. Proc.,§ 667.7, subd. (f).)"[*Id.* 223 Cal.App.3d 1397-1398.]

Law Offices
*of*
Bruce G. Fagel
&
Associates

Plaintiffs' Post Trial Memorandum Re C.C.P. § 667.7

1  any future damages from its provisions. Even so, the statute

2  gives the Court the discretion to order payment "in whole or in

3  part" by periodic payments. A plaintiff who received an award of

4  less than $50,000, would not be subjected to periodic payments at

5  all. Equitable symmetry would at least suggest that the first

6  $50,000 of I.P.'s future damages should be paid periodically.

7  **II. ATTORNEY FEES AND COSTS SHOULD BE EXCLUDED FROM**

8  **PERIODIC PAYMENTS.**

9  The attorney fee for FTCA cases is set by statute, 28 United

10  States Code § 2678. Business and Professions Code section 6146,

11  regarding attorney fees in medical malpractice actions does not

12  apply. Rather the federal statute applies. (Jackson v. United

13  States (9th Cir. 1989) 881 F.2d 707,713.)

14  28 USC 2678 provides that the plaintiff's attorney may

15  charge 25 percent of any judgment entered in any litigated case

16  and 20 percent of any award or settlement made by an

17  administrative agency. Here, this matter proceeded through

18  extensive discovery and trial. The plaintiffs and the Guardian *ad*

19  *litem* have agreed to 25% as the attorney fee.

20  In Holt v. Regents of University of California (1999) 73

21  Cal.App.4th, the jury awarded $1,745,904 for future medical

22  expenses, which was less than the plaintiff sought. After

23  accounting for immediate rehabilitation expenses, attorney's

24  fees, and litigation expenses, the court then ordered periodic

25  payment of the future expenses. Similarly, a periodic-payment

26  judgment must include enough up-front cash to cover the

27  plaintiffs' attorney's fees and nonrecoverable costs. (Salgado v.

28  County of Los Angeles (1998) 19 Cal.4th 629,651). This is not to

say the judgment must, or should, specify the attorney fee and

Law Offices
*of*
Bruce G. Fagel
&
Associates

8

nonrecoverable costs, rather the judgment need only include enough up-front cash to cover these items owed by the plaintiff. See Nguyen v. Los Angeles County/Harbor UCLA Medical Center (1995) 40 Cal.App.4th 1433, 1442).

**III. Amounts Not Subject to Periodic Payments**

| Item | Description | Amount |
|------|-------------|--------|
| Loss of Earnings | IP | $   967,796 |
| Medi-Cal | Lien IP | $    87,521 |
| Noneconomic damage | IP | $   250,000 |
| Total | | $1,305,317 |

| Attorney Fees | There is a 25% attorney fee applicable. |
|---------------|------------------------------------------|

**IV. Amounts Subject to Periodic Payments**

| Item | Description | Amount |
|------|-------------|--------|
| LVN Agency Care | IP | $7,753,349 |
| Other Future Care | IP | $544,139 or $484,139, if first $50,000 is paid up-front |

| Attorney Fees | There is a 25% attorney fee applicable to each, separate from any attorney fee on those damages not subject to periodic payments. |
|---------------|------------------------------------------------------------------------------------------------------------------------------------|

**V. Periodic Payment Schedules**

(a) LVN Agency Care: Attached as Exhibit "A" is a schedule of periodic payments prepared by economist, Peter Formuzis, with respect to the LVN Agency Care of $7,753,349, with a reduction of 25% for the attorney fee. Therefore 75% of the $7,753,349 LVN Agency Care, or $5,815,011 can be placed in periodic payments over the child's life expectancy of 20 years. These periodic payments will have a future value of $9,544,090. The monthly

Law Offices
*of*
Bruce G. Fagel
&
Associates

9

payments beginning in 2015 will be $26,708, increasing to $56,271 per month in 2035. The payments increase at 4% per year.

(b) Other Future Care: 75% of $544,139 for Other Future Care is shown in Table "B". The monthly payments over the child's life expectancy of 20 years will be $1,874 in 2015, increasing to $3,949 per month in 2035. The future value is $669,806.

(c) Table "C" is also Other Future Care at 75% of $494,139 (includes requested reduction of the first $50,000 in future damages). This schedule will pay $1,702 per month beginning in 2015 and increase to $3,586 per month in 2035. The future value is $608,277.

Respectfully submitted,

DATED: November 11, 2015    Law Offices of Bruce G. Fagel and Associates

By: /s/ Bruce G. Fagel

Bruce G. Fagel
Attorneys for Plaintiffs

Law Offices
*of*
Bruce G. Fagel
&
Associates

Plaintiffs' Post Trial Memorandum Re C.C.P. § 667.7

# EXHIBIT "A"

**HOME NURSING CARE: LVN LEVEL**
**PERIODIC PAYMENT SCHEDULE**

| | |
|---|---|
| PRESENT VALUE: | $7,753,349 |
| INITIAL ANNUAL COST: | $427,343 |
| LIFE EXPECTANCY: | 20.0 YEARS |
| ANNUAL GROWTH RATE: | 4.00% |
| FUTURE VALUE: | $9,544,090 |

| DATE | PAYMENT | |
|---|---|---|
| 11/01/2015 | $26,708.94 | = $427,343 / 12 x 75.0% |
| 12/01/2015 | $26,708.94 | |
| 01/01/2016 | $26,708.94 | |
| 02/01/2016 | $26,708.94 | |
| 03/01/2016 | $26,708.94 | |
| 04/01/2016 | $26,708.94 | |
| 05/01/2016 | $26,708.94 | |
| 06/01/2016 | $26,708.94 | |
| 07/01/2016 | $26,708.94 | |
| 08/01/2016 | $26,708.94 | |
| 09/01/2016 | $26,708.94 | |
| 10/01/2016 | $26,708.94 | |
| 11/01/2016 | $27,777.30 | |
| 12/01/2016 | $27,777.30 | |
| 01/01/2017 | $27,777.30 | |
| 02/01/2017 | $27,777.30 | |
| 03/01/2017 | $27,777.30 | |
| 04/01/2017 | $27,777.30 | |
| 05/01/2017 | $27,777.30 | |
| 06/01/2017 | $27,777.30 | |
| 07/01/2017 | $27,777.30 | |
| 08/01/2017 | $27,777.30 | |
| 09/01/2017 | $27,777.30 | |
| 10/01/2017 | $27,777.30 | |
| 11/01/2017 | $28,888.39 | |
| 12/01/2017 | $28,888.39 | |
| 01/01/2018 | $28,888.39 | |
| 02/01/2018 | $28,888.39 | |
| 03/01/2018 | $28,888.39 | |
| 04/01/2018 | $28,888.39 | |
| 05/01/2018 | $28,888.39 | |
| 06/01/2018 | $28,888.39 | |
| 07/01/2018 | $28,888.39 | |
| 08/01/2018 | $28,888.39 | |
| 09/01/2018 | $28,888.39 | |
| 10/01/2018 | $28,888.39 | |
| 11/01/2018 | $30,043.92 | |
| 12/01/2018 | $30,043.92 | |
| 01/01/2019 | $30,043.92 | |
| 02/01/2019 | $30,043.92 | |
| 03/01/2019 | $30,043.92 | |
| 04/01/2019 | $30,043.92 | |
| 05/01/2019 | $30,043.92 | |
| 06/01/2019 | $30,043.92 | |
| 07/01/2019 | $30,043.92 | |
| 08/01/2019 | $30,043.92 | |
| 09/01/2019 | $30,043.92 | |
| 10/01/2019 | $30,043.92 | |
| 11/01/2019 | $31,245.68 | |
| 12/01/2019 | $31,245.68 | |
| 01/01/2020 | $31,245.68 | |
| 02/01/2020 | $31,245.68 | |
| 03/01/2020 | $31,245.68 | |
| 04/01/2020 | $31,245.68 | |
| 05/01/2020 | $31,245.68 | |

| DATE | PAYMENT |
|------|---------|
| 06/01/2020 | $31,245.68 |
| 07/01/2020 | $31,245.68 |
| 08/01/2020 | $31,245.68 |
| 09/01/2020 | $31,245.68 |
| 10/01/2020 | $31,245.68 |
| 11/01/2020 | $32,495.51 |
| 12/01/2020 | $32,495.51 |
| 01/01/2021 | $32,495.51 |
| 02/01/2021 | $32,495.51 |
| 03/01/2021 | $32,495.51 |
| 04/01/2021 | $32,495.51 |
| 05/01/2021 | $32,495.51 |
| 06/01/2021 | $32,495.51 |
| 07/01/2021 | $32,495.51 |
| 08/01/2021 | $32,495.51 |
| 09/01/2021 | $32,495.51 |
| 10/01/2021 | $32,495.51 |
| 11/01/2021 | $33,795.33 |
| 12/01/2021 | $33,795.33 |
| 01/01/2022 | $33,795.33 |
| 02/01/2022 | $33,795.33 |
| 03/01/2022 | $33,795.33 |
| 04/01/2022 | $33,795.33 |
| 05/01/2022 | $33,795.33 |
| 06/01/2022 | $33,795.33 |
| 07/01/2022 | $33,795.33 |
| 08/01/2022 | $33,795.33 |
| 09/01/2022 | $33,795.33 |
| 10/01/2022 | $33,795.33 |
| 11/01/2022 | $35,147.14 |
| 12/01/2022 | $35,147.14 |
| 01/01/2023 | $35,147.14 |
| 02/01/2023 | $35,147.14 |
| 03/01/2023 | $35,147.14 |
| 04/01/2023 | $35,147.14 |
| 05/01/2023 | $35,147.14 |
| 06/01/2023 | $35,147.14 |
| 07/01/2023 | $35,147.14 |
| 08/01/2023 | $35,147.14 |
| 09/01/2023 | $35,147.14 |
| 10/01/2023 | $35,147.14 |
| 11/01/2023 | $36,553.03 |
| 12/01/2023 | $36,553.03 |
| 01/01/2024 | $36,553.03 |
| 02/01/2024 | $36,553.03 |
| 03/01/2024 | $36,553.03 |
| 04/01/2024 | $36,553.03 |
| 05/01/2024 | $36,553.03 |
| 06/01/2024 | $36,553.03 |
| 07/01/2024 | $36,553.03 |
| 08/01/2024 | $36,553.03 |
| 09/01/2024 | $36,553.03 |
| 10/01/2024 | $36,553.03 |
| 11/01/2024 | $38,015.15 |
| 12/01/2024 | $38,015.15 |
| 01/01/2025 | $38,015.15 |
| 02/01/2025 | $38,015.15 |
| 03/01/2025 | $38,015.15 |
| 04/01/2025 | $38,015.15 |
| 05/01/2025 | $38,015.15 |
| 06/01/2025 | $38,015.15 |
| 07/01/2025 | $38,015.15 |
| 08/01/2025 | $38,015.15 |
| 09/01/2025 | $38,015.15 |

| DATE | PAYMENT |
|------|---------|
| 10/01/2025 | $38,015.15 |
| 11/01/2025 | $39,535.75 |
| 12/01/2025 | $39,535.75 |
| 01/01/2026 | $39,535.75 |
| 02/01/2026 | $39,535.75 |
| 03/01/2026 | $39,535.75 |
| 04/01/2026 | $39,535.75 |
| 05/01/2026 | $39,535.75 |
| 06/01/2026 | $39,535.75 |
| 07/01/2026 | $39,535.75 |
| 08/01/2026 | $39,535.75 |
| 09/01/2026 | $39,535.75 |
| 10/01/2026 | $39,535.75 |
| 11/01/2026 | $41,117.18 |
| 12/01/2026 | $41,117.18 |
| 01/01/2027 | $41,117.18 |
| 02/01/2027 | $41,117.18 |
| 03/01/2027 | $41,117.18 |
| 04/01/2027 | $41,117.18 |
| 05/01/2027 | $41,117.18 |
| 06/01/2027 | $41,117.18 |
| 07/01/2027 | $41,117.18 |
| 08/01/2027 | $41,117.18 |
| 09/01/2027 | $41,117.18 |
| 10/01/2027 | $41,117.18 |
| 11/01/2027 | $42,761.87 |
| 12/01/2027 | $42,761.87 |
| 01/01/2028 | $42,761.87 |
| 02/01/2028 | $42,761.87 |
| 03/01/2028 | $42,761.87 |
| 04/01/2028 | $42,761.87 |
| 05/01/2028 | $42,761.87 |
| 06/01/2028 | $42,761.87 |
| 07/01/2028 | $42,761.87 |
| 08/01/2028 | $42,761.87 |
| 09/01/2028 | $42,761.87 |
| 10/01/2028 | $42,761.87 |
| 11/01/2028 | $44,472.34 |
| 12/01/2028 | $44,472.34 |
| 01/01/2029 | $44,472.34 |
| 02/01/2029 | $44,472.34 |
| 03/01/2029 | $44,472.34 |
| 04/01/2029 | $44,472.34 |
| 05/01/2029 | $44,472.34 |
| 06/01/2029 | $44,472.34 |
| 07/01/2029 | $44,472.34 |
| 08/01/2029 | $44,472.34 |
| 09/01/2029 | $44,472.34 |
| 10/01/2029 | $44,472.34 |
| 11/01/2029 | $46,251.24 |
| 12/01/2029 | $46,251.24 |
| 01/01/2030 | $46,251.24 |
| 02/01/2030 | $46,251.24 |
| 03/01/2030 | $46,251.24 |
| 04/01/2030 | $46,251.24 |
| 05/01/2030 | $46,251.24 |
| 06/01/2030 | $46,251.24 |
| 07/01/2030 | $46,251.24 |
| 08/01/2030 | $46,251.24 |
| 09/01/2030 | $46,251.24 |
| 10/01/2030 | $46,251.24 |
| 11/01/2030 | $48,101.29 |
| 12/01/2030 | $48,101.29 |
| 01/01/2031 | $48,101.29 |

| DATE | PAYMENT |
|------|---------|
| 02/01/2031 | $48,101.29 |
| 03/01/2031 | $48,101.29 |
| 04/01/2031 | $48,101.29 |
| 05/01/2031 | $48,101.29 |
| 06/01/2031 | $48,101.29 |
| 07/01/2031 | $48,101.29 |
| 08/01/2031 | $48,101.29 |
| 09/01/2031 | $48,101.29 |
| 10/01/2031 | $48,101.29 |
| 11/01/2031 | $50,025.34 |
| 12/01/2031 | $50,025.34 |
| 01/01/2032 | $50,025.34 |
| 02/01/2032 | $50,025.34 |
| 03/01/2032 | $50,025.34 |
| 04/01/2032 | $50,025.34 |
| 05/01/2032 | $50,025.34 |
| 06/01/2032 | $50,025.34 |
| 07/01/2032 | $50,025.34 |
| 08/01/2032 | $50,025.34 |
| 09/01/2032 | $50,025.34 |
| 10/01/2032 | $50,025.34 |
| 11/01/2032 | $52,026.35 |
| 12/01/2032 | $52,026.35 |
| 01/01/2033 | $52,026.35 |
| 02/01/2033 | $52,026.35 |
| 03/01/2033 | $52,026.35 |
| 04/01/2033 | $52,026.35 |
| 05/01/2033 | $52,026.35 |
| 06/01/2033 | $52,026.35 |
| 07/01/2033 | $52,026.35 |
| 08/01/2033 | $52,026.35 |
| 09/01/2033 | $52,026.35 |
| 10/01/2033 | $52,026.35 |
| 11/01/2033 | $54,107.41 |
| 12/01/2033 | $54,107.41 |
| 01/01/2034 | $54,107.41 |
| 02/01/2034 | $54,107.41 |
| 03/01/2034 | $54,107.41 |
| 04/01/2034 | $54,107.41 |
| 05/01/2034 | $54,107.41 |
| 06/01/2034 | $54,107.41 |
| 07/01/2034 | $54,107.41 |
| 08/01/2034 | $54,107.41 |
| 09/01/2034 | $54,107.41 |
| 10/01/2034 | $54,107.41 |
| 11/01/2034 | $56,271.70 |
| 12/01/2034 | $56,271.70 |
| 01/01/2035 | $56,271.70 |
| 02/01/2035 | $56,271.70 |
| 03/01/2035 | $56,271.70 |
| 04/01/2035 | $56,271.70 |
| 05/01/2035 | $56,271.70 |
| 06/01/2035 | $56,271.70 |
| 07/01/2035 | $56,271.70 |
| 08/01/2035 | $56,271.70 |
| 09/01/2035 | $56,271.70 |
| 10/01/2035 | $56,271.70 |

# EXHIBIT "B"

**OTHER FUTURE CARE COSTS**
**PERIODIC PAYMENT SCHEDULE**

PRESENT VALUE:           $544,139
INITIAL ANNUAL COST:     $29,991
LIFE EXPECTANCY:         20.0 YEARS
ANNUAL GROWTH RATE:        4.00%
FUTURE VALUE:            $669,806

| DATE | PAYMENT | |
|------|---------|---|
| 11/01/2015 | $1,874.44 | = $29,991 / 12 x 75.0% |
| 12/01/2015 | $1,874.44 | |
| 01/01/2016 | $1,874.44 | |
| 02/01/2016 | $1,874.44 | |
| 03/01/2016 | $1,874.44 | |
| 04/01/2016 | $1,874.44 | |
| 05/01/2016 | $1,874.44 | |
| 06/01/2016 | $1,874.44 | |
| 07/01/2016 | $1,874.44 | |
| 08/01/2016 | $1,874.44 | |
| 09/01/2016 | $1,874.44 | |
| 10/01/2016 | $1,874.44 | |
| 11/01/2016 | $1,949.42 | |
| 12/01/2016 | $1,949.42 | |
| 01/01/2017 | $1,949.42 | |
| 02/01/2017 | $1,949.42 | |
| 03/01/2017 | $1,949.42 | |
| 04/01/2017 | $1,949.42 | |
| 05/01/2017 | $1,949.42 | |
| 06/01/2017 | $1,949.42 | |
| 07/01/2017 | $1,949.42 | |
| 08/01/2017 | $1,949.42 | |
| 09/01/2017 | $1,949.42 | |
| 10/01/2017 | $1,949.42 | |
| 11/01/2017 | $2,027.39 | |
| 12/01/2017 | $2,027.39 | |
| 01/01/2018 | $2,027.39 | |
| 02/01/2018 | $2,027.39 | |
| 03/01/2018 | $2,027.39 | |
| 04/01/2018 | $2,027.39 | |
| 05/01/2018 | $2,027.39 | |
| 06/01/2018 | $2,027.39 | |
| 07/01/2018 | $2,027.39 | |
| 08/01/2018 | $2,027.39 | |
| 09/01/2018 | $2,027.39 | |
| 10/01/2018 | $2,027.39 | |
| 11/01/2018 | $2,108.49 | |
| 12/01/2018 | $2,108.49 | |
| 01/01/2019 | $2,108.49 | |
| 02/01/2019 | $2,108.49 | |
| 03/01/2019 | $2,108.49 | |
| 04/01/2019 | $2,108.49 | |
| 05/01/2019 | $2,108.49 | |
| 06/01/2019 | $2,108.49 | |
| 07/01/2019 | $2,108.49 | |
| 08/01/2019 | $2,108.49 | |
| 09/01/2019 | $2,108.49 | |
| 10/01/2019 | $2,108.49 | |
| 11/01/2019 | $2,192.83 | |
| 12/01/2019 | $2,192.83 | |
| 01/01/2020 | $2,192.83 | |
| 02/01/2020 | $2,192.83 | |
| 03/01/2020 | $2,192.83 | |
| 04/01/2020 | $2,192.83 | |
| 05/01/2020 | $2,192.83 | |

| DATE | PAYMENT |
|---|---|
| 06/01/2020 | $2,192.83 |
| 07/01/2020 | $2,192.83 |
| 08/01/2020 | $2,192.83 |
| 09/01/2020 | $2,192.83 |
| 10/01/2020 | $2,192.83 |
| 11/01/2020 | $2,280.54 |
| 12/01/2020 | $2,280.54 |
| 01/01/2021 | $2,280.54 |
| 02/01/2021 | $2,280.54 |
| 03/01/2021 | $2,280.54 |
| 04/01/2021 | $2,280.54 |
| 05/01/2021 | $2,280.54 |
| 06/01/2021 | $2,280.54 |
| 07/01/2021 | $2,280.54 |
| 08/01/2021 | $2,280.54 |
| 09/01/2021 | $2,280.54 |
| 10/01/2021 | $2,280.54 |
| 11/01/2021 | $2,371.76 |
| 12/01/2021 | $2,371.76 |
| 01/01/2022 | $2,371.76 |
| 02/01/2022 | $2,371.76 |
| 03/01/2022 | $2,371.76 |
| 04/01/2022 | $2,371.76 |
| 05/01/2022 | $2,371.76 |
| 06/01/2022 | $2,371.76 |
| 07/01/2022 | $2,371.76 |
| 08/01/2022 | $2,371.76 |
| 09/01/2022 | $2,371.76 |
| 10/01/2022 | $2,371.76 |
| 11/01/2022 | $2,466.63 |
| 12/01/2022 | $2,466.63 |
| 01/01/2023 | $2,466.63 |
| 02/01/2023 | $2,466.63 |
| 03/01/2023 | $2,466.63 |
| 04/01/2023 | $2,466.63 |
| 05/01/2023 | $2,466.63 |
| 06/01/2023 | $2,466.63 |
| 07/01/2023 | $2,466.63 |
| 08/01/2023 | $2,466.63 |
| 09/01/2023 | $2,466.63 |
| 10/01/2023 | $2,466.63 |
| 11/01/2023 | $2,565.30 |
| 12/01/2023 | $2,565.30 |
| 01/01/2024 | $2,565.30 |
| 02/01/2024 | $2,565.30 |
| 03/01/2024 | $2,565.30 |
| 04/01/2024 | $2,565.30 |
| 05/01/2024 | $2,565.30 |
| 06/01/2024 | $2,565.30 |
| 07/01/2024 | $2,565.30 |
| 08/01/2024 | $2,565.30 |
| 09/01/2024 | $2,565.30 |
| 10/01/2024 | $2,565.30 |
| 11/01/2024 | $2,667.91 |
| 12/01/2024 | $2,667.91 |
| 01/01/2025 | $2,667.91 |
| 02/01/2025 | $2,667.91 |
| 03/01/2025 | $2,667.91 |
| 04/01/2025 | $2,667.91 |
| 05/01/2025 | $2,667.91 |
| 06/01/2025 | $2,667.91 |
| 07/01/2025 | $2,667.91 |
| 08/01/2025 | $2,667.91 |
| 09/01/2025 | $2,667.91 |

| DATE | PAYMENT |
|------|---------|
| 10/01/2025 | $2,667.91 |
| 11/01/2025 | $2,774.63 |
| 12/01/2025 | $2,774.63 |
| 01/01/2026 | $2,774.63 |
| 02/01/2026 | $2,774.63 |
| 03/01/2026 | $2,774.63 |
| 04/01/2026 | $2,774.63 |
| 05/01/2026 | $2,774.63 |
| 06/01/2026 | $2,774.63 |
| 07/01/2026 | $2,774.63 |
| 08/01/2026 | $2,774.63 |
| 09/01/2026 | $2,774.63 |
| 10/01/2026 | $2,774.63 |
| 11/01/2026 | $2,885.61 |
| 12/01/2026 | $2,885.61 |
| 01/01/2027 | $2,885.61 |
| 02/01/2027 | $2,885.61 |
| 03/01/2027 | $2,885.61 |
| 04/01/2027 | $2,885.61 |
| 05/01/2027 | $2,885.61 |
| 06/01/2027 | $2,885.61 |
| 07/01/2027 | $2,885.61 |
| 08/01/2027 | $2,885.61 |
| 09/01/2027 | $2,885.61 |
| 10/01/2027 | $2,885.61 |
| 11/01/2027 | $3,001.03 |
| 12/01/2027 | $3,001.03 |
| 01/01/2028 | $3,001.03 |
| 02/01/2028 | $3,001.03 |
| 03/01/2028 | $3,001.03 |
| 04/01/2028 | $3,001.03 |
| 05/01/2028 | $3,001.03 |
| 06/01/2028 | $3,001.03 |
| 07/01/2028 | $3,001.03 |
| 08/01/2028 | $3,001.03 |
| 09/01/2028 | $3,001.03 |
| 10/01/2028 | $3,001.03 |
| 11/01/2028 | $3,121.08 |
| 12/01/2028 | $3,121.08 |
| 01/01/2029 | $3,121.08 |
| 02/01/2029 | $3,121.08 |
| 03/01/2029 | $3,121.08 |
| 04/01/2029 | $3,121.08 |
| 05/01/2029 | $3,121.08 |
| 06/01/2029 | $3,121.08 |
| 07/01/2029 | $3,121.08 |
| 08/01/2029 | $3,121.08 |
| 09/01/2029 | $3,121.08 |
| 10/01/2029 | $3,121.08 |
| 11/01/2029 | $3,245.92 |
| 12/01/2029 | $3,245.92 |
| 01/01/2030 | $3,245.92 |
| 02/01/2030 | $3,245.92 |
| 03/01/2030 | $3,245.92 |
| 04/01/2030 | $3,245.92 |
| 05/01/2030 | $3,245.92 |
| 06/01/2030 | $3,245.92 |
| 07/01/2030 | $3,245.92 |
| 08/01/2030 | $3,245.92 |
| 09/01/2030 | $3,245.92 |
| 10/01/2030 | $3,245.92 |
| 11/01/2030 | $3,375.76 |
| 12/01/2030 | $3,375.76 |
| 01/01/2031 | $3,375.76 |

| DATE | PAYMENT |
|------|---------|
| 02/01/2031 | $3,375.76 |
| 03/01/2031 | $3,375.76 |
| 04/01/2031 | $3,375.76 |
| 05/01/2031 | $3,375.76 |
| 06/01/2031 | $3,375.76 |
| 07/01/2031 | $3,375.76 |
| 08/01/2031 | $3,375.76 |
| 09/01/2031 | $3,375.76 |
| 10/01/2031 | $3,375.76 |
| 11/01/2031 | $3,510.79 |
| 12/01/2031 | $3,510.79 |
| 01/01/2032 | $3,510.79 |
| 02/01/2032 | $3,510.79 |
| 03/01/2032 | $3,510.79 |
| 04/01/2032 | $3,510.79 |
| 05/01/2032 | $3,510.79 |
| 06/01/2032 | $3,510.79 |
| 07/01/2032 | $3,510.79 |
| 08/01/2032 | $3,510.79 |
| 09/01/2032 | $3,510.79 |
| 10/01/2032 | $3,510.79 |
| 11/01/2032 | $3,651.22 |
| 12/01/2032 | $3,651.22 |
| 01/01/2033 | $3,651.22 |
| 02/01/2033 | $3,651.22 |
| 03/01/2033 | $3,651.22 |
| 04/01/2033 | $3,651.22 |
| 05/01/2033 | $3,651.22 |
| 06/01/2033 | $3,651.22 |
| 07/01/2033 | $3,651.22 |
| 08/01/2033 | $3,651.22 |
| 09/01/2033 | $3,651.22 |
| 10/01/2033 | $3,651.22 |
| 11/01/2033 | $3,797.27 |
| 12/01/2033 | $3,797.27 |
| 01/01/2034 | $3,797.27 |
| 02/01/2034 | $3,797.27 |
| 03/01/2034 | $3,797.27 |
| 04/01/2034 | $3,797.27 |
| 05/01/2034 | $3,797.27 |
| 06/01/2034 | $3,797.27 |
| 07/01/2034 | $3,797.27 |
| 08/01/2034 | $3,797.27 |
| 09/01/2034 | $3,797.27 |
| 10/01/2034 | $3,797.27 |
| 11/01/2034 | $3,949.16 |
| 12/01/2034 | $3,949.16 |
| 01/01/2035 | $3,949.16 |
| 02/01/2035 | $3,949.16 |
| 03/01/2035 | $3,949.16 |
| 04/01/2035 | $3,949.16 |
| 05/01/2035 | $3,949.16 |
| 06/01/2035 | $3,949.16 |
| 07/01/2035 | $3,949.16 |
| 08/01/2035 | $3,949.16 |
| 09/01/2035 | $3,949.16 |
| 10/01/2035 | $3,949.16 |

# EXHIBIT "C"

**OTHER FUTURE CARE COSTS**
**PERIODIC PAYMENT SCHEDULE**

| | |
|---|---|
| PRESENT VALUE: | $494,139 |
| INITIAL ANNUAL COST: | $27,236 |
| LIFE EXPECTANCY: | 20.0 YEARS |
| ANNUAL GROWTH RATE: | 4.00% |
| FUTURE VALUE: | $608,277 |

| DATE | PAYMENT | |
|---|---|---|
| 11/01/2015 | $1,702.25 | = $27,236 / 12 x 75.0% |
| 12/01/2015 | $1,702.25 | |
| 01/01/2016 | $1,702.25 | |
| 02/01/2016 | $1,702.25 | |
| 03/01/2016 | $1,702.25 | |
| 04/01/2016 | $1,702.25 | |
| 05/01/2016 | $1,702.25 | |
| 06/01/2016 | $1,702.25 | |
| 07/01/2016 | $1,702.25 | |
| 08/01/2016 | $1,702.25 | |
| 09/01/2016 | $1,702.25 | |
| 10/01/2016 | $1,702.25 | |
| 11/01/2016 | $1,770.34 | |
| 12/01/2016 | $1,770.34 | |
| 01/01/2017 | $1,770.34 | |
| 02/01/2017 | $1,770.34 | |
| 03/01/2017 | $1,770.34 | |
| 04/01/2017 | $1,770.34 | |
| 05/01/2017 | $1,770.34 | |
| 06/01/2017 | $1,770.34 | |
| 07/01/2017 | $1,770.34 | |
| 08/01/2017 | $1,770.34 | |
| 09/01/2017 | $1,770.34 | |
| 10/01/2017 | $1,770.34 | |
| 11/01/2017 | $1,841.15 | |
| 12/01/2017 | $1,841.15 | |
| 01/01/2018 | $1,841.15 | |
| 02/01/2018 | $1,841.15 | |
| 03/01/2018 | $1,841.15 | |
| 04/01/2018 | $1,841.15 | |
| 05/01/2018 | $1,841.15 | |
| 06/01/2018 | $1,841.15 | |
| 07/01/2018 | $1,841.15 | |
| 08/01/2018 | $1,841.15 | |
| 09/01/2018 | $1,841.15 | |
| 10/01/2018 | $1,841.15 | |
| 11/01/2018 | $1,914.80 | |
| 12/01/2018 | $1,914.80 | |
| 01/01/2019 | $1,914.80 | |
| 02/01/2019 | $1,914.80 | |
| 03/01/2019 | $1,914.80 | |
| 04/01/2019 | $1,914.80 | |
| 05/01/2019 | $1,914.80 | |
| 06/01/2019 | $1,914.80 | |
| 07/01/2019 | $1,914.80 | |
| 08/01/2019 | $1,914.80 | |
| 09/01/2019 | $1,914.80 | |
| 10/01/2019 | $1,914.80 | |
| 11/01/2019 | $1,991.39 | |
| 12/01/2019 | $1,991.39 | |
| 01/01/2020 | $1,991.39 | |
| 02/01/2020 | $1,991.39 | |
| 03/01/2020 | $1,991.39 | |
| 04/01/2020 | $1,991.39 | |
| 05/01/2020 | $1,991.39 | |

| DATE | PAYMENT |
|------|---------|
| 06/01/2020 | $1,991.39 |
| 07/01/2020 | $1,991.39 |
| 08/01/2020 | $1,991.39 |
| 09/01/2020 | $1,991.39 |
| 10/01/2020 | $1,991.39 |
| 11/01/2020 | $2,071.05 |
| 12/01/2020 | $2,071.05 |
| 01/01/2021 | $2,071.05 |
| 02/01/2021 | $2,071.05 |
| 03/01/2021 | $2,071.05 |
| 04/01/2021 | $2,071.05 |
| 05/01/2021 | $2,071.05 |
| 06/01/2021 | $2,071.05 |
| 07/01/2021 | $2,071.05 |
| 08/01/2021 | $2,071.05 |
| 09/01/2021 | $2,071.05 |
| 10/01/2021 | $2,071.05 |
| 11/01/2021 | $2,153.89 |
| 12/01/2021 | $2,153.89 |
| 01/01/2022 | $2,153.89 |
| 02/01/2022 | $2,153.89 |
| 03/01/2022 | $2,153.89 |
| 04/01/2022 | $2,153.89 |
| 05/01/2022 | $2,153.89 |
| 06/01/2022 | $2,153.89 |
| 07/01/2022 | $2,153.89 |
| 08/01/2022 | $2,153.89 |
| 09/01/2022 | $2,153.89 |
| 10/01/2022 | $2,153.89 |
| 11/01/2022 | $2,240.04 |
| 12/01/2022 | $2,240.04 |
| 01/01/2023 | $2,240.04 |
| 02/01/2023 | $2,240.04 |
| 03/01/2023 | $2,240.04 |
| 04/01/2023 | $2,240.04 |
| 05/01/2023 | $2,240.04 |
| 06/01/2023 | $2,240.04 |
| 07/01/2023 | $2,240.04 |
| 08/01/2023 | $2,240.04 |
| 09/01/2023 | $2,240.04 |
| 10/01/2023 | $2,240.04 |
| 11/01/2023 | $2,329.65 |
| 12/01/2023 | $2,329.65 |
| 01/01/2024 | $2,329.65 |
| 02/01/2024 | $2,329.65 |
| 03/01/2024 | $2,329.65 |
| 04/01/2024 | $2,329.65 |
| 05/01/2024 | $2,329.65 |
| 06/01/2024 | $2,329.65 |
| 07/01/2024 | $2,329.65 |
| 08/01/2024 | $2,329.65 |
| 09/01/2024 | $2,329.65 |
| 10/01/2024 | $2,329.65 |
| 11/01/2024 | $2,422.83 |
| 12/01/2024 | $2,422.83 |
| 01/01/2025 | $2,422.83 |
| 02/01/2025 | $2,422.83 |
| 03/01/2025 | $2,422.83 |
| 04/01/2025 | $2,422.83 |
| 05/01/2025 | $2,422.83 |
| 06/01/2025 | $2,422.83 |
| 07/01/2025 | $2,422.83 |
| 08/01/2025 | $2,422.83 |
| 09/01/2025 | $2,422.83 |

| DATE | PAYMENT |
|------|---------|
| 10/01/2025 | $2,422.83 |
| 11/01/2025 | $2,519.75 |
| 12/01/2025 | $2,519.75 |
| 01/01/2026 | $2,519.75 |
| 02/01/2026 | $2,519.75 |
| 03/01/2026 | $2,519.75 |
| 04/01/2026 | $2,519.75 |
| 05/01/2026 | $2,519.75 |
| 06/01/2026 | $2,519.75 |
| 07/01/2026 | $2,519.75 |
| 08/01/2026 | $2,519.75 |
| 09/01/2026 | $2,519.75 |
| 10/01/2026 | $2,519.75 |
| 11/01/2026 | $2,620.54 |
| 12/01/2026 | $2,620.54 |
| 01/01/2027 | $2,620.54 |
| 02/01/2027 | $2,620.54 |
| 03/01/2027 | $2,620.54 |
| 04/01/2027 | $2,620.54 |
| 05/01/2027 | $2,620.54 |
| 06/01/2027 | $2,620.54 |
| 07/01/2027 | $2,620.54 |
| 08/01/2027 | $2,620.54 |
| 09/01/2027 | $2,620.54 |
| 10/01/2027 | $2,620.54 |
| 11/01/2027 | $2,725.36 |
| 12/01/2027 | $2,725.36 |
| 01/01/2028 | $2,725.36 |
| 02/01/2028 | $2,725.36 |
| 03/01/2028 | $2,725.36 |
| 04/01/2028 | $2,725.36 |
| 05/01/2028 | $2,725.36 |
| 06/01/2028 | $2,725.36 |
| 07/01/2028 | $2,725.36 |
| 08/01/2028 | $2,725.36 |
| 09/01/2028 | $2,725.36 |
| 10/01/2028 | $2,725.36 |
| 11/01/2028 | $2,834.37 |
| 12/01/2028 | $2,834.37 |
| 01/01/2029 | $2,834.37 |
| 02/01/2029 | $2,834.37 |
| 03/01/2029 | $2,834.37 |
| 04/01/2029 | $2,834.37 |
| 05/01/2029 | $2,834.37 |
| 06/01/2029 | $2,834.37 |
| 07/01/2029 | $2,834.37 |
| 08/01/2029 | $2,834.37 |
| 09/01/2029 | $2,834.37 |
| 10/01/2029 | $2,834.37 |
| 11/01/2029 | $2,947.75 |
| 12/01/2029 | $2,947.75 |
| 01/01/2030 | $2,947.75 |
| 02/01/2030 | $2,947.75 |
| 03/01/2030 | $2,947.75 |
| 04/01/2030 | $2,947.75 |
| 05/01/2030 | $2,947.75 |
| 06/01/2030 | $2,947.75 |
| 07/01/2030 | $2,947.75 |
| 08/01/2030 | $2,947.75 |
| 09/01/2030 | $2,947.75 |
| 10/01/2030 | $2,947.75 |
| 11/01/2030 | $3,065.66 |
| 12/01/2030 | $3,065.66 |
| 01/01/2031 | $3,065.66 |

| DATE | PAYMENT |
|------|---------|
| 02/01/2031 | $3,065.66 |
| 03/01/2031 | $3,065.66 |
| 04/01/2031 | $3,065.66 |
| 05/01/2031 | $3,065.66 |
| 06/01/2031 | $3,065.66 |
| 07/01/2031 | $3,065.66 |
| 08/01/2031 | $3,065.66 |
| 09/01/2031 | $3,065.66 |
| 10/01/2031 | $3,065.66 |
| 11/01/2031 | $3,188.28 |
| 12/01/2031 | $3,188.28 |
| 01/01/2032 | $3,188.28 |
| 02/01/2032 | $3,188.28 |
| 03/01/2032 | $3,188.28 |
| 04/01/2032 | $3,188.28 |
| 05/01/2032 | $3,188.28 |
| 06/01/2032 | $3,188.28 |
| 07/01/2032 | $3,188.28 |
| 08/01/2032 | $3,188.28 |
| 09/01/2032 | $3,188.28 |
| 10/01/2032 | $3,188.28 |
| 11/01/2032 | $3,315.81 |
| 12/01/2032 | $3,315.81 |
| 01/01/2033 | $3,315.81 |
| 02/01/2033 | $3,315.81 |
| 03/01/2033 | $3,315.81 |
| 04/01/2033 | $3,315.81 |
| 05/01/2033 | $3,315.81 |
| 06/01/2033 | $3,315.81 |
| 07/01/2033 | $3,315.81 |
| 08/01/2033 | $3,315.81 |
| 09/01/2033 | $3,315.81 |
| 10/01/2033 | $3,315.81 |
| 11/01/2033 | $3,448.45 |
| 12/01/2033 | $3,448.45 |
| 01/01/2034 | $3,448.45 |
| 02/01/2034 | $3,448.45 |
| 03/01/2034 | $3,448.45 |
| 04/01/2034 | $3,448.45 |
| 05/01/2034 | $3,448.45 |
| 06/01/2034 | $3,448.45 |
| 07/01/2034 | $3,448.45 |
| 08/01/2034 | $3,448.45 |
| 09/01/2034 | $3,448.45 |
| 10/01/2034 | $3,448.45 |
| 11/01/2034 | $3,586.38 |
| 12/01/2034 | $3,586.38 |
| 01/01/2035 | $3,586.38 |
| 02/01/2035 | $3,586.38 |
| 03/01/2035 | $3,586.38 |
| 04/01/2035 | $3,586.38 |
| 05/01/2035 | $3,586.38 |
| 06/01/2035 | $3,586.38 |
| 07/01/2035 | $3,586.38 |
| 08/01/2035 | $3,586.38 |
| 09/01/2035 | $3,586.38 |
| 10/01/2035 | $3,586.38 |