```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | VICTORIA L. BOESCH
   | CHI SOO KIM
 3 | Assistant United States Attorneys
   | 501 I Street, Suite 10-100
 4 | Sacramento, CA 95814
   | Telephone: (916) 554-2700
 5 | Facsimile: (916) 554-2900
   | victoria.boesch@usdoj.gov
 6 | chi.soo.kim@usdoj.gov
```

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABELLA PALACIO, A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, FACUNDO PALACIO DIAZ; MICAELA PALACIO,<br><br>             Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant. | CASE NO. 2:13-CV-00755-JAM-CMK<br><br>**VICTORIA L. BOESCH DECLARATION SUPPORTING UNITED STATES' BRIEF ON THE APPLICATION OF CALIFORNIA'S PERIODIC-PAYMENT STATUTE** |

I, VICTORIA L. BOESCH, hereby declare as follows:

1. I am an Assistant United States Attorney, and I represent the United States in the above-captioned civil action.

2. I spoke to Plaintiffs' counsel Bruce Fagel by telephone on November 10, 2015. He told me that he has an agreement with Plaintiffs that entitles him to a fee of 25% of their recovery in this case.

3. Attached as Exhibit A is a Periodic Payment Illustration for an annuity quote that I received from JMW Settlements LLC. This illustration shows the annual amount of annuity payments (to be made in equal monthly installments) that increase each year by 4% compounded annually, with payments commencing 1 month from the date of funding. Payments would revert to the United States upon I.P.'s death. The premium for the quoted annuity is $6,885,088. The annuity quote is valid for 5 days from issuance.

4. Attached as Exhibit B is the Consent Order entered by the district court following remand by the Fourth Circuit in *Cibula v. United States*, 664 F.3d 428 (4th Cir. 2012).

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 16th day of November, 2015.

*/s/Victoria L. Boesch*
VICTORIA L. BOESCH
Assistant United States Attorney