## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MICAELA PALACIO, ET AL.,**

CASE NO: **2:13–CV–01012–JAM–CKD**

v.

**UNITED STATES OF AMERICA, ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/17/2015**

**Marianne Matherly**
Clerk of Court

ENTERED: **December 29, 2015**

by: /s/ K. Zignago
Deputy Clerk