EDCA Bill of Costs (Rev. 01/11)

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | | |
|---|---|---|
| Palacio, et al | ) | |
| | ) | |
| v. | ) | Case No.: 2:13-cv-01012 JAM-CKD |
| United States of America | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___12/29/2015___ against ___United States of America___ ,

Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 400.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 38,464.68 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11,456.02 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $ 50,320.70 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

## Affidavit

I declare under penalty of perjury that the foregoing costs are allowable by law, are correctly stated, were necessarily incurred and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: ___s/ Bruce G. Fagel___

Name of Attorney: ___Bruce G. Fagel___

For: ___Plaintiffs___          Date: ___01/05/2016___

Name of Claiming Party

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

| | | | |
|---|---|---|---|
| _____ | By: | _____ | _____ |
| Clerk of Court | | Deputy Clerk | Date |

EDCA Bill of Costs (Rev. 01/11)

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| (See Exhibits B-H) | | 11,456.02 | 9 | | | | $11,456.02 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $11,456.02 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

1   Bruce G. Fagel, (103674)
    LAW OFFICES OF BRUCE G. FAGEL &
2   ASSOCIATES
    100 North Crescent Drive, Suite 360
3   Beverly Hills, California 90210
    Tel: (310) 281-8700
4   Fax: (310) 281-5656
    BruceFagel@fagellaw.com
5
    Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11
    I.P., A MINOR, BY AND THROUGH         Case No. 2:13-cv-01012 JAM
12  HER GUARDIAN AD LITEM, FACUNDO        -CKD
    PALACIO DIAZ, MICAELA PALACIO,
13                                        **PLAINTIFFS' BILL OF COSTS**
          Plaintiffs,
14                                        **Judge: Hon. John A. Mendez**
    v.                                    **CTRM:  6,14th floor**
15  UNITED STATES OF AMERICA,

16        Defendant.

17
          Pursuant to Rule 54(d)(1) of the Federal Rules of Civil
18
    Procedure and Local Rule 292, the Plaintiffs respectfully submit
19
    their bill of costs for which the Court granted the Plaintiffs
20
    judgment. [Docket No. 177].
21
          An index is provided below and organized by category.
22
          Clerks Fees..............................................$400.00
23
          **Exhibit A**
24        Fees for depositions or electronically recorded transcripts.. $38,464.68

25        **Exhibit B**
          Fees for Dr. Formuzis' trial attendance and travel...........$707.60
26
          **Exhibit C**
27        Fees for Dr. Lott's trial attendance and travel..............$723.70

28

**Exhibit D**
Fees for Dr. Rhine's trial attendance and travel..............$364.90

**Exhibit E**
Fees for Dr. Manning's trial attendance and travel...........$2728.89

**Exhibit F**
Fees for Dr. Olson's trial attendance and travel..............$511.50

**Exhibit G**
Fees for Dr. Montes' trial attendance and travel..............$2907.55

**Exhibit H**
Fees for Mr & Mrs. Palacio trial attendance and travel.......$3511.88

**TOTAL:** ...............................................**$50,320.70**

                              Respectfully submitted,


Dated: January **6**, 2016            /S/ Bruce G. Fagel
                                     BRUCE G. FAGEL
                                     Attorney for Plaintiffs

Law Offices
of
Bruce G. Fagel
&
Associates

Plaintiffs' Bill of Costs

# EXHIBIT A

| DEPOSITION FEES | Cost | Invoice |
|---|---|---|
| Micaela Palacio | $226.15 | 108306 |
| Paul Davainis M.D. | $1809.90 | 695915 |
| Facundo Palacio Diaz | $121.00 | 108400 |
| Joel Paoner C.R.N.A. | $1113.60 | 698986 |
| Drondee Perez, R.T. | $754.90 | 701412 |
| Linda Ross R.N. | $1022.50 | 701816 |
| Dawn Amic R.N. | $413.50 | 701422 |
| Arlene Anderson, R.N. | $364.00 | 701812 |
| Kelly DelCarlo R.N. | $1994.00 | 701605 |
| Maurice Druzin, M.D. | $2145.15 | 727778 |
| Steven Day PhD | $658.30 | 727798 |
| Richard Paul, M.D. | $611.15 | 46603AC |
| Maurice Druzin, M.D. | $475.00 | 728153 |
| Karen Preston, R.N. | $615.55 | SB17817B |
| William D. Rhine, M.D. | $1761.47 | 46704AC |
| Patrick D. Barnes, MD | $582.65 | 46839AC |
| Peter Formuzis, PhD | $691.66 | 46940AC |
| Laura Mahlmesister R.N. | $1053.10 | DC17822C |
| Phillipe Friedlich MD | $1263.00 | 730470 |
| Michael Ross MD | $499.00 | 730426 |
| Ira Lott MD | $614.71 | 730644 |
| Michael Ross MD Videotape Deposition | $365.00 | 730791 |
| Tracy Weeber RN | $850.00 | 732700 |
| Joseph Capell MD | $1555.10 | 732984 |
| Kimberly BeDell MD | $1116.00 | 732516 |
| Donald Olson, MD | $1057.07 | 47052AC |
| Michael Sherman MD | $977.35 | 47055AC |
| Paul Adams | $588.50 | 733184 |

| | | |
|---|---|---|
| Daljeet Rai MD VideoTape Depositon | $365.00 | 735735 |
| Constatine Boukidis | $691.00 | 735196 |
| Jerome Barakos MD | $445.65 | 47347AC |
| Timothy Sells MA | $1120.50 | 736639 |
| Yvonne Wu MD | $1080.80 | 736674 |
| Scott Kush MD | $984.50 | 736347 |
| Luis Montes MD | $497.80 | 736829 |
| Frank Manning MD | $395.35 | 42685 |
| Michael Nageotte MD | $575.80 | 737724 |
| Richard Paul MD Vol II | $498.11 | 66967 |
| Erik Volk | $1055.90 | 739577 |
| Michael Nageotte MD Videotape Deposition | $590.00 | 737793 |
| Daljeet Rai MD | $905.84 | 736388 |
| Gordon Sze MD | $751.25 | 739526 |
| Linda Olzack RN | $855.70 | 740988 |
| Paul Holmes MD | $1374.70 | 697505 |
| Jay Goldsmith MD | $977.47 | 744246 |

| DEPOSITION TOTAL | $38,464.68 |
|---|---|

# INVOICE

Kim Thayer & Associates
1326 W. Herndon Avenue, Suite #101
Fresno, CA  93711
Phone:559-221-9000   Fax:559-221-9090

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108306 | 3/11/2014 | 52688 |
| **Job Date** | **Case No.** | |
| 3/4/2014 | 2:13-CV-02013 JAM-CKD/2:13-CV-0101 | |
| **Case Name** | | |
| Diaz vs. United States of America | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Eduardo J. Ascencio, Esq.
Bruce G. Fagel & Associates
100 North Crescent Drive, Suite 360
Beverly Hills, CA  90210

| | | | | |
|---|---|---|---|---|
| CERTIFIED COPY OR TRANSCRIPT OF: | | | | |
| Micaela Palacio | 124.00 Pages | @ | 1.55 | 192.20 |
| Exhibit | 17.00 Pages | @ | 0.35 | 5.95 |
| CD LITIGATION PACKAGE | | | 20.00 | 20.00 |
| DELIVERY/SHIPPING CHARGE | | | 8.00 | 8.00 |

**TOTAL DUE  >>>**                          **$226.15**

Thank you.
Condensed transcript and word index provided at no charge.

Please reference invoice number(s) on your check.
We now accept payment via MasterCard, Visa, AmEx & Discover.

Tax ID: 20-5056694

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio, Esq.
Bruce G. Fagel & Associates
100 North Crescent Drive, Suite 360
Beverly Hills, CA  90210

Invoice No.   :   108306
Invoice Date  :   3/11/2014
**Total Due**     :   **$ 226.15**

Remit To: **Kim Thayer & Associates**
**1326 W. Herndon Avenue, Suite #101**
**Fresno, CA  93711**

Job No.       :   52688
BU ID         :   1-MAIN
Case No.      :   2:13-CV-02013 JAM-CKD/2:13-CV-01012
Case Name     :   Diaz vs. United States of America

# INVOICE



**HUTCHINGS Litigation SERVICES**

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 695915 | 3/26/2014 | 491514 |

| Job Date | Case No. |
|---|---|
| 3/6/2014 | |

| Case Name |
|---|
| Palacio, Isabella v. Unitied States of America |

| Payment Terms |
|---|
| Net 30 |

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

| | |
|---|---|
| Original & One Certified Copy - Deposition of: | |
| Davainis M.D., Paul | |
| Attendance | 1,512.50 |
| Digital Litigation Package | 120.00 |
| Exhibits | 50.00 |
| After 5:00 pm | 47.40 |
| Handling Charges | 40.00 |
| | 40.00 |
| **TOTAL DUE  >>>** | **$1,809.90** |

Reference No.   : Anrae Wimberley

Location of Depo: Sacramento, CA

**Tax ID:** 95-2113145

---

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

Job No.    : 491514          BU ID      : AFLSRV-HCR
Case No.   :
Case Name  : Palacio, Isabella v. Unitied States of America

Invoice No.  : 695915          Invoice Date  : 3/26/2014
**Total Due**  : **$ 1,809.90**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Hutchings Court Reporters**
            **PO Box 98857**
            **Las Vegas NV  89193-8857**

# INVOICE

Kim Thayer & Associates
1326 W. Herndon Avenue, Suite #101
Fresno, CA  93711
Phone:559-221-9000   Fax:559-221-9090

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108400 | 3/28/2014 | 52787 |

| Job Date | Case No. | |
|---|---|---|
| 3/20/2014 | 2:13-CV-02013 JAM-CKD/2:13-CV-0101 | |

| Case Name |
|---|
| Diaz vs. United States of America |

| Payment Terms |
|---|
| Due upon receipt |

Eduardo J. Ascencio, Esq.
Bruce G. Fagel & Associates
100 North Crescent Drive, Suite 360
Beverly Hills, CA  90210

1 CERTIFIED COPY OF TRANSCRIPT OF:
~~Facundo Palacio Diaz~~

| | | | | |
|---|---|---|---|---|
| | 60.00  Pages | @ | 1.55 | 93.00 |
| CD LITIGATION PACKAGE | | | 20.00 | 20.00 |
| DELIVERY/SHIPPING CHARGE | | | 8.00 | 8.00 |

**TOTAL DUE  >>>**     **$121.00**

Thank you.
Condensed transcript and word index provided at no charge.

Please reference invoice number(s) on your check.
We now accept payment via MasterCard, Visa, AmEx & Discover.

**Tax ID:** 20-5056694

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio, Esq.
Bruce G. Fagel & Associates
100 North Crescent Drive, Suite 360
Beverly Hills, CA  90210

Invoice No.    :  108400
Invoice Date  :  3/28/2014
**Total Due**     :  **$ 121.00**

Remit To:  **Kim Thayer & Associates**
           **1326 W. Herndon Avenue, Suite #101**
           **Fresno, CA  93711**

Job No.      :  52787
BU ID        :  1-MAIN
Case No.    :  2:13-CV-02013 JAM-CKD/2:13-CV-01012
Case Name  :  Diaz vs. United States of America

# STATEMENT

HUTCHINGS
Litigation
SERVICES

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Account No. | Date |
|---|---|
| F3360 | 6/27/2014 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $0.00 | $24,136.40 |

| 90 Days | 120 Days & Over | Total Due |
|---|---|---|
| $0.00 | $0.00 | **$24,136.40** |

Accounts Payable
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA 90210

Page 1 of 3

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 4/1/2014 | 695272 | 316.20 | 3/19/2014 | Goldman R.N., Loan | Woods, Aaliyah v. Panse, M.D., Swati |
| 4/1/2014 | 697505 | 1,374.70 | 3/12/2014 | Holmes M.D., Paul | Palacio, Isabella v. United States of America |
| 4/2/2014 | 694672 | 523.00 | 3/14/2014 | Rumbaoa, R.N., Rosemarie | Hernandez Ruiz, Elvin Daniel v. Memorial Hospital of Gardena |
| 4/3/2014 | 696769 | 652.50 | 3/27/2014 | Campbell MBA, RHIA, Thea | Owens, Jaxon v. Cedars-Sinai Medical Center |
| 4/7/2014 | 698377 | 910.90 | 3/17/2014 | Ayoubi M.D., Ahmed Siar | Richards, Terry v. Kaiser Foundation Hospitals |
| 4/8/2014 | 698627 | 1,892.50 | 3/11/2014 | Curkendell M.D., Jay | Garcia, Josiah v. Sutter Health Sacramento Sierra Region |
| 4/9/2014 | 698659 | 1,030.20 | 3/26/2014 | Boyd R.N., Rosemary | Guzman, Alexa v. Downey Regional Medical Center-Hospital, Inc. |
| 4/9/2014 | 698926 | 864.20 | 3/26/2014 | Mucheke R.N., Norah | Guzman, Alexa v. Downey Regional Medical Center-Hospital, Inc. |
| 4/11/2014 | 696547 | 960.00 | 3/25/2014 | Goldman, Barry | Hernandez Ruiz, Elvin Daniel v. Memorial Hospital of Gardena |
| 4/11/2014 | 698944 | 845.10 | 3/27/2014 | Bacay R.N., Michele | Guzman, Alexa v. Downey Regional Medical Center-Hospital, Inc. |

# INVOICE



**HUTCHINGS Litigation** SERVICES

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 698986 | 4/11/2014 | 497192 |

| Job Date | Case No. | |
|---|---|---|
| 3/28/2014 | 2:13-CV-2013-JAM-CKD | |

| Case Name | | |
|---|---|---|
| Palacio, Isabella v. United States of America | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA 90210

| Original & One Certified Copy - Deposition of: | |
|---|---|
| Paoner C.R.N.A., Joel | 891.00 |
| Attendance | 120.00 |
| Exhibits | 12.60 |
| Digital Litigation Package | 50.00 |
| Handling Charges | 40.00 |
| **TOTAL DUE >>>** | **$1,113.60** |

Reference No. : Anrae Wimberley
Location of Depo: Sacramento,CA

Tax ID: 95-2113145

---

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA 90210

Job No. : 497192        BU ID      :AFLSRV-HCR
Case No. : 2:13-CV-2013-JAM-CKD
Case Name : Palacio, Isabella v. United States of America

Invoice No. : 698986        Invoice Date : 4/11/2014
**Total Due : $ 1,113.60**

## PAYMENT WITH CREDIT CARD    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Hutchings Court Reporters
PO Box 98857
Las Vegas NV  89193-8857**

# INVOICE



**HUTCHINGS Litigation** SERVICES
400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 701412 | 4/25/2014 | 497195 |

| Job Date | Case No. | |
|---|---|---|
| 4/14/2014 | 2:13-CV-2013-JAM-CKD | |

| Case Name | | |
|---|---|---|
| Palacio, Isabella v. United States of America | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

| | |
|---|---:|
| Original & One Certified Copy ~ Deposition of: | |
| Perez R.T., Drondee | 504.90 |
| Exhibits | 12.00 |
| Conference Room Rental /a1 | 88.00 |
| Attendance | 60.00 |
| Digital Litigation Package | 50.00 |
| Handling Charges | 40.00 |
| **TOTAL DUE  >>>** | **$754.90** |

Reference No.  : Anrae Wimberley

Location of Depo: Susanville, CA

**Tax ID:** 95-2113145

---

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

Job No.      : 497195          BU ID       : AFLSRV-HCR
Case No.    : 2:13-CV-2013-JAM-CKD
Case Name : Palacio, Isabella v. United States of America

Invoice No.  : 701412          Invoice Date  : 4/25/2014
**Total Due  : $ 754.90**

Remit To: **Hutchings Court Reporters**
**PO Box 98857**
**Las Vegas NV  89193-8857**

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                          Phone#:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE



**HUTCHINGS Litigation** SERVICES

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 701816 | 4/28/2014 | 494922 |
| **Job Date** | **Case No.** | |
| 4/15/2014 | 2:13-CV-2013-JAM-CKD | |
| **Case Name** | | |
| Palacio, Isabella v. United States of America | | |
| **Payment Terms** | | |
| Net 30 | | |

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA 90210

| | |
|---|---|
| Original & One Certified Copy - Deposition of: | |
| Ross RN, Linda | |
| Attendance | 709.50 |
| Digital Litigation Package | 120.00 |
| | 50.00 |
| Exhibits | 15.00 |
| Conference Room Rental /a1 | 88.00 |
| Handling Charges | 40.00 |
| **TOTAL DUE  >>>** | **$1,022.50** |

Reference No.   : Anrae Wimberley

Location of Depo: Susanville, CA

**Tax ID:** 95-2113145

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA 90210

Job No.      : 494922          BU ID     : AFLSRV-HCR
Case No.    : 2:13-CV-2013-JAM-CKD
Case Name : Palacio, Isabella v. United States of America

Invoice No. : 701816          Invoice Date  :4/28/2014
**Total Due  :** **$ 1,022.50**

Remit To: **Hutchings Court Reporters**
         **PO Box 98857**
         **Las Vegas NV  89193-8857**

**PAYMENT WITH CREDIT CARD**   AMEX  MASTERCARD  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



**HUTCHINGS Litigation SERVICES**
400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 701422 | 4/28/2014 | 494922 |

| Job Date | Case No. | |
|---|---|---|
| 4/15/2014 | 2:13-CV-2013-JAM-CKD | |

| Case Name |
|---|
| Palacio, Isabella v. United States of America |

| Payment Terms |
|---|
| Net 30 |

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

| | |
|---|---:|
| Original & One Certified Copy - Deposition of: | |
| Amick RN, Dawn | 313.50 |
| Exhibits | 10.00 |
| Digital Litigation Package | 50.00 |
| Handling Charges | 40.00 |
| **TOTAL DUE  >>>** | **$413.50** |

Reference No.   :  Anrae Wimberley

Location of Depo: Susanville, CA

**Tax ID:** 95-2113145

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

Job No.      :  494922          BU ID      : AFLSRV-HCR
Case No.     :  2:13-CV-2013-JAM-CKD
Case Name  :  Palacio, Isabella v. United States of America

Invoice No.  :  701422          Invoice Date  : 4/28/2014
**Total Due  :  $ 413.50**

Remit To: **Hutchings Court Reporters**
          **PO Box 98857**
          **Las Vegas NV  89193-8857**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



**HUTCHINGS Litigation** SERVICES

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 701812 | 4/28/2014 | 494922 |

| Job Date | Case No. |
|---|---|
| 4/15/2014 | 2:13-CV-2013-JAM-CKD |

| Case Name |
|---|
| Palacio, Isabella v. United States of America |

| Payment Terms |
|---|
| Net 30 |

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

Original & One Certified Copy - Deposition of:

| | |
|---|---|
| Anderson RN, Arlene | 264.00 |
| Digital Litigation Package | 50.00 |
| Exhibits | 10.00 |
| Handling Charges | 40.00 |
| **TOTAL DUE  >>>** | **$364.00** |

Reference No.  : Anrae Wimberley
Location of Depo: Susanville, CA

**Tax ID:** 95-2113145

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

Job No.     : 494922          BU ID     : AFLSRV-HCR
Case No.    : 2:13-CV-2013-JAM-CKD
Case Name : Palacio, Isabella v. United States of America

Invoice No. : 701812          Invoice Date : 4/28/2014
**Total Due  : $ 364.00**

Remit To: **Hutchings Court Reporters**
**PO Box 98857**
**Las Vegas NV  89193-8857**

**PAYMENT WITH CREDIT CARD**  AMEX  MASTERCARD  VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                     Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



**HUTCHINGS Litigation SERVICES**

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 701605 | 4/28/2014 | 494923 |

| Job Date | Case No. | |
|---|---|---|
| 4/16/2014 | 2:13-CV-2013-JAM-CKD | |

| Case Name | | |
|---|---|---|
| Palacio, Isabella v. United States of America | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA 90210

Original & One Certified Copy - Deposition of:
   DelCarlo RN, Kelley                                                      1,655.50
         Attendance                                                           120.00
         Exhibits                                                              41.40
         Conference Room Rental Fee                                           88.00
         Digital Litigation Package                                          50.00
         Handling Charges                                                    40.00

   Reference No.  : Anrae Wimberley                      **TOTAL DUE  >>>        $1,994.90**

   Location of Depo: Susanville, CA

**Tax ID:** 95-2113145

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA 90210

| | | | |
|---|---|---|---|
| Job No. | : 494923 | BU ID | : AFLSRV-HCR |
| Case No. | : 2:13-CV-2013-JAM-CKD | | |
| Case Name | : Palacio, Isabella v. United States of America | | |
| Invoice No. | : 701605 | Invoice Date | : 4/28/2014 |
| **Total Due** | : **$ 1,994.90** | | |

## PAYMENT WITH CREDIT CARD    AMEX / / VISA

Cardholder's Name:

Card Number:

Exp. Date:                          Phone#:

Billing Address:

Zip:                        Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **Hutchings Court Reporters**
          **PO Box 98857**
          **Las Vegas NV  89193-8857**

# INVOICE



**HUTCHINGS Litigation SERVICES**

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 727778 | 10/7/2014 | 531558 |

| Job Date | Case No. |
|---|---|
| 10/1/2014 | 2:13-CV-2013-JAM-CKD |

| Case Name |
|---|
| Palacio, Isabella v. United States of America |

| Payment Terms |
|---|
| Net 30 |

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA 90210

Original & One Certified Copy - Deposition of:

Druzin M.D., Maurice | 1,546.60
Attendance | 60.00
Digital Litigation Package | 50.00
Exhibits | 177.30
Exhibits -Color | 10.00
Rough Draft Services | 231.00
Handling Charges | 70.25

**TOTAL DUE >>> $2,145.15**

Reference No. : Anrae Wimberley

Location of Depo: Palo Alto, CA

**Tax ID:** 95-2113145

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA 90210

Job No. : 531558 BU ID : AFLSRV-HCR
Case No. : 2:13-CV-2013-JAM-CKD
Case Name : Palacio, Isabella v. United States of America

Invoice No. : 727778 Invoice Date : 10/7/2014
**Total Due :** $ 2,145.15

**PAYMENT WITH CREDIT CARD**  AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Hutchings Court Reporters**
**PO Box 843296**
**Los Angeles CA 90084**

# I N V O I C E



**HUTCHINGS Litigation** SERVICES

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 727798 | 10/9/2014 | 530049 |
| **Job Date** | **Case No.** | |
| 10/6/2014 | 2:13-CV-2013-JAM-CKD | |
| **Case Name** | | |
| Palacio, Isabella v. United States of America | | |
| **Payment Terms** | | |
| Net 30 | | |

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

| | |
|---|---:|
| Original & One Certified Copy - Deposition of: | |
| Day Ph.D., Steven Matthew | 508.50 |
| Digital Litigation Package | 50.00 |
| Exhibits | 34.80 |
| Exhibits - Media Duplication | 25.00 |
| Handling Charges | 40.00 |
| **TOTAL DUE  >>>** | **$658.30** |

**Tax ID:** 95-2113145

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

Job No.    :  530049          BU ID          : PROCEED-LA
Case No.   :  2:13-CV-2013-JAM-CKD
Case Name  :  Palacio, Isabella v. United States of America

Invoice No. :  727798        Invoice Date  : 10/9/2014
**Total Due**  :  **$ 658.30**

Remit To: **Hutchings Court Reporters**
**PO Box 843296**
**Los Angeles CA  90084**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                      Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# Behmke Reporting and Video Services, Inc.                    Invoice

**Affinity Court Reporters, a Behmke Company**

160 Spear Street
Suite 300
San Francisco, CA  94105
Phone: (415) 597-5600          Fax: (415) 597-5606

| Invoice Date | Invoice # |
|---|---|
| Monday, October 13, 2014 | 46603AC |

Eduardo Ascencio
Law Offices of Bruce Fagel and Associates
100 North Crescent Drive
Suite 360
Beverly Hills, CA 90210

Phone:      (310) 281-8700      Fax:

| | |
|---|---|
| **Witness:** | Richard H. Paul, M.D. |
| **Case:** | I.P., A Minor, by and Through her Guardian Ad Litem, Facundo Palacio Di |
| **Venue:** | U.S. District Court Eastern District of California |
| **Case #:** | 2:13-CV-01012-JAM- |
| **Date:** | 10/3/2014 |
| **Start Time:** | 11:00 AM |
| **End Time:** | 3:47 PM |
| **Reporter:** | n Luis Business Center |
| **Claim #:** | |
| **File #:** | 24925cc1 ·          24176SC |

| Description | Quan | Total |
|---|---|---|
| Certified Transcript | 137 | $376.75 |
| Reporter's Certificate | 1 | $5.00 |
| Exhibits - Electronic & Hard | 77 | $53.90 |
| Color Exhibits | 18 | $54.00 |
| DepoLaunch (Digitized bundle) | 1 | $75.00 |
| Administrative Charges & Delivery | 1 | $46.50 |
| | Sub Total | $611.15 |
| | Payments | $0.00 |
| | Balance Due | $611.15 |

*Videotaped deposition - no video copy ordered*

Fed. I.D. # 45-2048307

*Terms:  Payable upon receipt.  Accounts unpaid after 30 days subject to a 1.5% late
fee per month.*

# INVOICE



**HUTCHINGS Litigation SERVICES**

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 728153 | 10/15/2014 | 532210 |

| Job Date | Case No. |
|---|---|
| 10/1/2014 | 2:13-CV-2013-JAM-CKD |

| Case Name |
|---|
| Palacio, Isabella v. United States of America |

| Payment Terms |
|---|
| Net 30 |

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA 90210

---

Videotaped Deposition of:
Druzin M.D., Maurice

| | |
|---|---|
| Videographer Minimum /v1 | 325.00 |
| Video Hourly, Over Minimum /v1 | 110.00 |
| Media Handling & Processing | 40.00 |
| **TOTAL DUE >>>** | **$475.00** |

Reference No.  : 14093003

Location of Depo: Palo Alto, CA

---

**Tax ID:** 95-2113145

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA 90210

Job No.     : 532210          BU ID      : VIDHCR-AFL
Case No.    : 2:13-CV-2013-JAM-CKD
Case Name : Palacio, Isabella v. United States of America

Invoice No. : 728153          Invoice Date : 10/15/2014
**Total Due** : **$ 475.00**

Remit To:  **Hutchings Court Reporters**
**Video Services Division**
**PO Box 843296**
**Los Angeles CA  90084**

## PAYMENT WITH CREDIT CARD

AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature:

**Invoice**

**Royal Reporting Services, Inc.**

900 Howe Avenue, Ste. 150
Sacramento, CA  95825
(916) 564-0100
TAX I.D. #20-3755221

| Date | Invoice # |
|------|-----------|
| 10/17/2014 | sb17817b |

**Bill To**

Bruce G. Fagel, Esq.
100 North Crescent Dr., Ste. 360
Beverly Hills, CA  90212

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 3622 | Net 30 | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | PALACIO VS. USA | | |
| | | | |
| | DEPOSITION OF KAREN PRESTON, P.H.N., RN | | |
| | ATTENDED BY EDUARDO ASCENCIO  10/9/14 | | |
| | | | |
| 117 | Pages - 1 Copy - Expert/Technical | 2.85 | 333.45 |
| | Condensed, Index & E-Mail | 40.00 | 40.00 |
| 117 | Rough Ascii | 1.00 | 117.00 |
| 216 | Exhibits | 0.35 | 75.60 |
| 2 | Exhibits - SPECIAL - color laser | 2.25 | 4.50 |
| 2 | Exhibits - CD'S | 10.00 | 20.00 |
| | Handling & UPS Delivery | 25.00 | 25.00 |

| | Total | |
|---|-------|---|
| Please note - A $25.00 late fee will be assessed per month for balances exceeding 45 days. | **Total** | **$615.55** |

**Behmke Reporting and Video Services, Inc.**                                    **Statement**

Affinity Court Reporters, a Behmke Company

160 Spear Street
Suite 300
San Francisco, CA 94105
Phone: (415) 597-5600        Fax: (415) 597-5606

| | Date |
|---|---|
| | 11/11/2014 |

Eduardo Ascencio
Law Offices of Bruce Fagel and Associates
100 North Crescent Drive
Suite 360
Beverly Hills, CA 90210

**Phone** (310) 281-8700
**Fax**

| Invoice # | Billed | Job Date | Witness / Presiding Official | Claim No. | File No. | Balance |
|---|---|---|---|---|---|---|
| I.P., A Minor, by and Through her Guardian Ad Litem, Facundo Palacio Diez, et al. v. United States of America | | | | | | |
| 46704AC | 10/21/2014 | 10/15/2014 | William D. Rhine, M.D. | | 25010cc2 | $1,761.47 |
| 46839AC | 11/5/2014 | 10/15/2014 | Patrick D. Barnes, M.D. | | 25009cc1 | $582.65 |
| 46940AC | 11/9/2014 | 10/21/2014 | Peter Formuzis, Ph.D. | | 25066cc1 | $691.66 |
| | | | | | Case Total | $3,035.78 |
| | | | | | Grand Total | $3,035.78 |

| 0 - 30 | 31 - 60 | 61 - 90 | 91 + Days |
|---|---|---|---|
| $3,035.78 | | | |

*Terms:  Payable upon receipt.  Accounts unpaid after 30 days subject to a 1.5% late fee per month.*

## Behmke Reporting and Video Services, Inc.                Invoice

Affinity Court Reporters, a Behmke Company

160 Spear Street
Suite 300
San Francisco, CA 94105
Phone: (415) 597-5600        Fax: (415) 597-5606

| Invoice Date | Invoice # |
|---|---|
| Wednesday, November 5, 2014 | 46839AC |

Eduardo Ascencio
Law Offices of Bruce Fagel and Associates
100 North Crescent Drive
Suite 360
Beverly Hills, CA 90210

Phone:      (310) 281-8700      Fax:

| | |
|---|---|
| **Witness:** | Patrick D. Barnes, M.D. |
| **Case:** | I.P., A Minor, by and Through her Guardian Ad Litem, Facundo Palacio Di |
| **Venue:** | U.S. District Court Eastern District of California |
| **Case #:** | 2:13-CV-0012-JAM-C |
| **Date:** | 10/15/2014 |
| **Start Time:** | 9:00 AM |
| **End Time:** | 11:02 AM |
| **Reporter:** | Christine Triska |
| **Claim #:** | |
| **File #:** | 25009cc1                                 24240SC |

| Description | Quan | Total |
|---|---|---|
| Certified Transcript | 89 | $244.75 |
| Reporter's Certificate | 1 | $5.00 |
| Exhibits - Electronic & Hard | 202 | $141.40 |
| CD Disks - Exhibit | 2 | $70.00 |
| DepoLaunch (Digitized bundle) | 1 | $75.00 |
| Administrative Charges & Delivery | 1 | $46.50 |
| Sub Total | | $582.65 |
| Payments | | $0.00 |
| Balance Due | | $582.65 |

*We appreciate your business!*

Fed. I.D. # 45-2048307

*Terms:  Payable upon receipt.  Accounts unpaid after 30 days subject to a 1.5% late fee per month.*

## Behmke Reporting and Video Services, Inc.                    Invoice

**Affinity Court Reporters, a Behmke Company**

160 Spear Street
Suite 300
San Francisco, CA  94105
Phone: (415) 597-5600          Fax: (415) 597-5606

| Invoice Date | Invoice # |
|---|---|
| Sunday, November 9, 2014 | 46940AC |

Eduardo  Ascencio
Law Offices of Bruce Fagel and Associates
100 North Crescent Drive
Suite 360
Beverly Hills, CA 90210

Phone:     (310) 281-8700      Fax:

| | | |
|---|---|---|
| **Witness:** | Peter Formuzis, Ph.D. | |
| **Case:** | I.P., A Minor, by and Through her Guardian Ad Litem, Facundo Palacio Di | |
| **Venue:** | U.S. District Court Eastern District of California | |
| **Case #:** | 2:13-CV-0012-JAM-C | |
| **Date:** | 10/21/2014 | |
| **Start Time:** | 3:00 PM | |
| **End Time:** | 6:33 PM | |
| **Reporter:** | Kayla Lotstein | |
| **Claim #:** | | |
| **File #:** | 25066cc1 | *24294SC* |

| Description | Quan | Total |
|---|---|---|
| Certified Transcript | 102 | $280.50 |
| Reporter's Certificate | 1 | $5.00 |
| Exhibits - Electronic & Hard | 388 | $271.60 |
| DepoLaunch (Digitized bundle) | 1 | $75.00 |
| Administrative Charges & Delivery | 1 | $59.56 |
| **Sub Total** | | $691.66 |
| **Payments** | | $0.00 |
| **Balance Due** | | $691.66 |

*We appreciate your business!*

Fed. I.D. # 45-2048307

*Terms:  Payable upon receipt.  Accounts unpaid after 30 days subject to a 1.5% late fee per month.*

**Royal Reporting Services, Inc.**
900 Howe Avenue, Ste. 150
Sacramento, CA 95825
(916) 564-0100
TAX I.D. #20-3755221

**Invoice**

| Date | Invoice # |
|------|-----------|
| 10/23/2014 | dc17822c |

**Bill To**

Bruce G. Fagel, Esq.
100 North Crescent Dr., Ste. 360
Beverly Hills, CA 90212

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 3600 | Net 30 | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | PALACIO VS. USA | | |
| | DEPOSITION OF LAURA MAHLMEISTER | | |
| | ATTENDED BY EDUARDO ASCENCIO 10/13/14 | | |
| 127 | Pages - 1 Copy - Expert/Technical Condensed, Index & E-Mail | 2.85 | 361.95 |
| 259 | Exhibits | 40.00 | 40.00 |
| 238 | Exhibits - SPECIAL - color laser | 0.35 | 90.65 |
| | Handling & UPS Delivery | 2.25 | 535.50 |
| | | 25.00 | 25.00 |

Please note - A $25.00 late fee will be assessed per month for balances exceeding 45 days.

| Total | $1,053.10 |
|-------|-----------|

# INVOICE



**Hutchings Litigation SERVICES**

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 730470 | 10/24/2014 | 530062 |
| **Job Date** | **Case No.** | |
| 10/21/2014 | 2:13-CV-2013-JAM-CKD | |
| **Case Name** | | |
| Palacio, Isabella v. United States of America | | |
| **Payment Terms** | | |
| Net 30 | | |

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

| | |
|---|---:|
| Original & One Certified Copy - Deposition of: | |
| Friedlich M.D., Phillipe | 1,094.40 |
| Digital Litigation Package | 50.00 |
| Exhibits | 78.60 |
| Handling Charges | 40.00 |
| **TOTAL DUE  >>>** | **$1,263.00** |
| Expedited Rates Applied | |

**Tax ID:** 95-2113145

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

Job No.    : 530062        BU ID    : PROCEED-LA
Case No.   : 2:13-CV-2013-JAM-CKD
Case Name  : Palacio, Isabella v. United States of America

Invoice No. : 730470        Invoice Date : 10/24/2014
**Total Due** : **$ 1,263.00**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Hutchings Court Reporters**
**PO Box 843296**
**Los Angeles CA  90084**

# INVOICE



**HUTCHINGS Litigation** SERVICES

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 730426 | 10/28/2014 | 533263 |
| **Job Date** | **Case No.** | |
| 10/22/2014 | 2:13-CV-2013-JAM-CKD | |
| **Case Name** | | |
| Palacio, Isabella v. United States of America | | |
| **Payment Terms** | | |
| Net 30 | | |

Bruce G. Fagel, M.D.
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

Original & One Certified Copy - Deposition of:
    Ross M.D. M.P.H, Michael Glenn

| | |
|---|---|
| Digital Litigation Package | 400.00 |
| Exhibits | 50.00 |
| Handling Charges | 9.00 |
| | 40.00 |
| **TOTAL DUE  >>>** | **$499.00** |

**Tax ID:** 95-2113145

*Please detach bottom portion and return with payment.*

Bruce G. Fagel, M.D.
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

Job No.    : 533263         BU ID       :PROCEED-LA
Case No.    : 2:13-CV-2013-JAM-CKD
Case Name : Palacio, Isabella v. United States of America

Invoice No.  : 730426         Invoice Date : 10/28/2014
**Total Due**  **: $ 499.00**

Remit To: **Hutchings Court Reporters**
            **PO Box 843296**
            **Los Angeles CA  90084**

| **PAYMENT WITH CREDIT CARD** | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# INVOICE



**HUTCHINGS Litigation SERVICES**

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 730644 | 10/28/2014 | 536114 |

| Job Date | Case No. | |
|---|---|---|
| 10/23/2014 | 2:13-CV-01012 JAM-CKD | |

| Case Name | | |
|---|---|---|
| I.P., a minor; Diaz, Facundo Palacio v. United States of America | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

| | |
|---|---|
| One Certified Copy - Deposition of: | |
|    Lott M.D., Ira | |
|       Exhibits | 310.00 |
|       Delivery Charge- | 225.00 |
|       Handling Charges | 39.71 |
| | 40.00 |
| **TOTAL DUE  >>>** | **$614.71** |

**Tax ID:** 95-2113145

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

Job No.   : 536114      BU ID    : PROCEED-SA
Case No.   : 2:13-CV-01012 JAM-CKD
Case Name : I.P., a minor; Diaz, Facundo Palacio v. United
          States of America

Invoice No. : 730644      Invoice Date : 10/28/2014
**Total Due**  : **$ 614.71**

**PAYMENT WITH CREDIT CARD**  AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Hutchings Court Reporters**
         **PO Box 843296**
         **Los Angeles CA  90084**

# INVOICE



**HUTCHINGS Litigation** SERVICES

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 730791 | 10/28/2014 | 533264 |
| **Job Date** | **Case No.** | |
| 10/22/2014 | 2:13-CV-2013-JAM-CKD | |
| **Case Name** | | |
| Palacio, Isabella v. United States of America | | |
| **Payment Terms** | | |
| Net 30 | | |

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

| Videotaped Deposition of: | |
|---|---|
| Ross M.D. M.P.H, Michael Glenn | 0.00 |
| Videographer Minimum | 325.00 |
| Handling Charges | 40.00 |
| **TOTAL DUE  >>>** | **$365.00** |

**Tax ID:** 95-2113145

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

Job No.      : 533264         BU ID        : VIDHCR-LA
Case No.    : 2:13-CV-2013-JAM-CKD
Case Name : Palacio, Isabella v. United States of America

Invoice No.  : 730791          Invoice Date  : 10/28/2014
**Total Due** : **$ 365.00**

### PAYMENT WITH CREDIT CARD

AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:                          Phone#:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **Hutchings Court Reporters**
**Video Services Division**
**PO Box 843296**
**Los Angeles CA  90084**

# INVOICE



**HUTCHINGS Litigation SERVICES**

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 732700 | 11/6/2014 | 529868 |

| Job Date | Case No. |
|---|---|
| 10/24/2014 | 2:13-CV-2013-JAM-CKD |

| Case Name |
|---|
| Palacio, Isabella v. United States of America |

| Payment Terms |
|---|
| Net 30 |

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA 90210

Original & One Certified Copy - Deposition of:

Weeber R.N.C., Tracy                                              632.50
    Attendance                                 60.00
    Exhibits                                   61.50
    Exhibits -Color                             6.00
    Digital Litigation Package                 50.00
    Handling Charges                           40.00

**TOTAL DUE  >>>**                                            **$850.00**

Reference No.   : Ahrae Wimberley

Location of Depot: Chico, CA

(-) Payments/Credits:                                            0.00
(+) Finance Charges/Debits:                                     0.00
(=) New Balance:                                              850.00

**Tax ID:** 95-2113145

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA 90210

| | | | |
|---|---|---|---|
| Job No. | : 529868 | BU ID | : AFLSRV-HCR |
| Case No. | : 2:13-CV-2013-JAM-CKD | | |
| Case Name | : Palacio, Isabella v. United States of America | | |
| Invoice No. | : 732700 | Invoice Date | : 11/6/2014 |
| **Total Due** | **: $ 850.00** | | |

### PAYMENT WITH CREDIT CARD

AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Hutchings Court Reporters**
**PO Box 843296**
**Los Angeles CA 90084**

# INVOICE



**HUTCHINGS Litigation SERVICES**

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 732984 | 11/6/2014 | 529869 |

| Job Date | Case No. |
|---|---|
| 11/3/2014 | 2:13-CV-2013-JAM-CKD |

| Case Name |
|---|
| Palacio, Isabella v. United States of America |

| Payment Terms |
|---|
| Net 30 |

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA 90210

Original & One Certified Copy - Deposition of:
    Capell M.D., Joseph T.

|  |  |
|---|---|
| | 1,295.80 |
| Hourly, After 5:00 p.m. | 40.00 |
| Digital Litigation Package | 50.00 |
| Exhibits | 129.30 |
| Handling Charges | 40.00 |

**TOTAL DUE >>>**   **$1,555.10**

Reference No. : 35271

Location of Depo: Fresno, CA

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 1,555.10 |

**Tax ID: 95-2113145**

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA 90210

Job No.    : 529869          BU ID        : AFLSRV-HCR
Case No.   : 2:13-CV-2013-JAM-CKD
Case Name  : Palacio, Isabella v. United States of America

Invoice No. : 732984          Invoice Date : 11/6/2014
**Total Due : $ 1,555.10**

**Remit To: Hutchings Court Reporters**
    **PO Box 843296**
    **Los Angeles CA 90084**

**PAYMENT WITH CREDIT CARD**   AMEX  MASTERCARD  VISA

Cardholder's Name:
Card Number:
Exp. Date:                      Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



**HUTCHINGS Litigation SERVICES**

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 732516 | 11/11/2014 | 532866 |

| Job Date | Case No. | |
|---|---|---|
| 11/4/2014 | 2:13-CV-2013-JAM-CKD | |

| Case Name | | |
|---|---|---|
| Palacio, Isabella v. United States of America | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

| | |
|---|---|
| Original & One Certified Copy - Deposition of: | |
| BeDell M.D., Kimberly K. | 945.00 |
| Digital Litigation Package | 50.00 |
| Exhibits | 81.00 |
| Handling Charges | 40.00 |
| **TOTAL DUE  >>>** | **$1,116.00** |

Expedited Rates Applied

**Tax ID:** 95-2113145

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

Job No.     : 532866          BU ID       : PROCEED-LA
Case No.    : 2:13-CV-2013-JAM-CKD
Case Name   : Palacio, Isabella v. United States of America

Invoice No. : 732516          Invoice Date : 11/11/2014
**Total Due  : $ 1,116.00**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Hutchings Court Reporters**
**PO Box 843296**
**Los Angeles CA  90084**

**Behmke Reporting and Video Services, Inc.**                                    Statement

Affinity Court Reporters, a Behmke Company

160 Spear Street
Suite 300
San Francisco, CA  94105
Phone: (415) 597-5600        Fax: (415) 597-5606

| Date |
|------|
| 12/17/2014 |

Eduardo  Ascencio
Law Offices of Bruce Fagel and Associates
100 North Crescent Drive
Suite 360
Beverly Hills, CA 90210

Phone  (310) 281-8700
Fax

| Invoice # | Billed | Job Date | Witness / Presiding Official | Claim No. | File No. | Balance |
|-----------|--------|----------|------------------------------|-----------|----------|---------|
| I.P., A Minor, by and Through her Guardian Ad Litem, Facundo Palacio Diez, et al. v. United States of America | | | | | | |
| 47052AC | 11/14/2014 | 10/27/2014 | Donald M. Olson, M.D. | | 25117cc1 | $1,057.07 |
| 47055AC | 11/14/2014 | 10/30/2014 | Michael P.S Sherman, M.D. | | 25164cc1 | $977.35 |
| | | | | | Case Total | $2,034.42 |
| | | | | | Grand Total | $2,034.42 |

*(handwritten: 1075.03  993.99)*

| 0 - 30 | 31 - 60 | 61 - 90 | 91 + Days |
|--------|---------|---------|-----------|
| | $2,034.42 | | |

*Terms:  Payable upon receipt.  Accounts unpaid after 30 days subject to a 1.5% late fee per month.*

# INVOICE



**HUTCHINGS Litigation SERVICES**

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 733184 | 11/24/2014 | 537483 |

| Job Date | Case No. |
|---|---|
| 11/7/2014 | 2:13-CV-2013-JAM-CKD |

| Case Name |
|---|
| Palacio, Isabella v. United States of America |

| Payment Terms |
|---|
| Net 30 |

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA 90210

Original & One Certified Copy - Deposition of:
    Adams, Paul A.                                                    418.50
        Digital Litigation Package                            50.00
        Exhibits                                           19.50
        Exhibits -Color                                 10.50
        Exhibits - Media Duplication                      50.00
        Handling Charges                               40.00

**TOTAL DUE >>>**      **$588.50**

**Tax ID:** 95-2113145

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA 90210

Job No.    : 537483         BU ID      : PROCEED-SA
Case No.   : 2:13-CV-2013-JAM-CKD
Case Name : Palacio, Isabella v. United States of America

Invoice No. : 733184      Invoice Date : 11/24/2014
**Total Due  : $ 588.50**

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Hutchings Court Reporters**
          **PO Box 843296**
          **Los Angeles CA 90084**

# INVOICE



**HUTCHINGS Litigation** SERVICES

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 735735 | 11/26/2014 | 541179 |

| Job Date | Case No. |
|---|---|
| 11/17/2014 | 2:13-CV-2013-JAM-CKD |

| Case Name |
|---|
| Palacio, Isabella v. United States of America |

| Payment Terms |
|---|
| Net 30 |

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA 90210

| | |
|---|---|
| Videotaped Deposition of: | |
| Rai M.D., Daljeet | 0.00 |
| Videographer Minimum /v1 | 325.00 |
| Handling Charges | 40.00 |
| **TOTAL DUE  >>>** | **$365.00** |

Reference No.   : 18361

Location of Depo: San Jose, CA

**Tax ID:** 95-2113145

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA 90210

Job No.    : 541179          BU ID        : VIDHCR-AFL
Case No.    : 2:13-CV-2013-JAM-CKD
Case Name : Palacio, Isabella v. United States of America

Invoice No. : 735735          Invoice Date : 11/26/2014
**Total Due  : $ 365.00**

**Remit To:  Hutchings Court Reporters**
**Video Services Division**
**PO Box 843296**
**Los Angeles CA  90084**

**PAYMENT WITH CREDIT CARD**     AMEX  MASTERCARD  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



**HUTCHINGS Litigation** SERVICES

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 735196 | 12/3/2014 | 536643 |

| Job Date | Case No. | |
|---|---|---|
| 11/20/2014 | 2:13-CV-2013-JAM-CKD | |

| Case Name | | |
|---|---|---|
| Palacio, Isabella v. United States of America | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

| | |
|---|---|
| Original & One Certified Copy - Deposition of: | |
| Boukidis, Constatine M. | 283.50 |
| Digital Litigation Package | 50.00 |
| Exhibits | 187.50 |
| Exhibits -Color | 30.00 |
| Exhibits - Media Duplication | 100.00 |
| Handling Charges | 40.00 |
| **TOTAL DUE  >>>** | **$691.00** |

**Tax ID:** 95-2113145

---

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

Job No.      : 536643          BU ID       : PROCEED-LA
Case No.    : 2:13-CV-2013-JAM-CKD
Case Name : Palacio, Isabella v. United States of America

Invoice No. : 735196          Invoice Date : 12/3/2014
**Total Due** : **$ 691.00**

**Remit To: Hutchings Court Reporters**
**PO Box 843296**
**Los Angeles CA  90084**

## PAYMENT WITH CREDIT CARD

AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                 Card Security Code:

Amount to Charge:

Cardholder's Signature:

# Behmke Reporting and Video Services, Inc.                    **Invoice**

Affinity Court Reporters, a Behmke Company

160 Spear Street
Suite 300
San Francisco, CA 94105
Phone: (415) 597-5600          Fax: (415) 597-5606

| Invoice Date | Invoice # |
|---|---|
| Thursday, December 4, 2014 | 47347AC |

Bruce G. Fagel, M.D., J.D.
Law Offices of Bruce G. Fagel and Associates
100 North Crescent Drive
Suite 360
Beverly Hills, CA 90210

Phone:     (310) 281-8700     Fax:

| | |
|---|---|
| **Witness:** | Jerome A. Barakos, M.D. |
| **Case:** | I.P., A Minor, by and Through her Guardian Ad Litem, Facundo Palacio Di |
| **Venue:** | U.S. District Court Eastern District of California |
| **Case #:** | 2:13-CV-0012-JAM-C |
| **Date:** | 11/18/2014 |
| **Start Time:** | 5:30 PM |
| **End Time:** | 6:50 PM |
| **Reporter:** | Linda Shryack |
| **Claim #:** | |
| **File #:** | 25358cc1 |

24145SCC

| Description | Quan | Total |
|---|---|---|
| Certified Transcript - 3-day expedite | 53 | $262.35 |
| Reporter's Certificate | 1 | $5.00 |
| Exhibits - Electronic & Hard | 34 | $23.80 |
| Color Exhibits | 4 | $12.00 |
| DepoLaunch (Digitized bundle) | 1 | $75.00 |
| Delivery & Handling - Expedite | 1 | $67.50 |
| **Sub Total** | | $445.65 |
| **Payments** | | $0.00 |
| **Balance Due** | | $445.65 |

## *We appreciate your business!*

Fed. I.D. # 45-2048307

*Terms:  Payable upon receipt.  Accounts unpaid after 30 days subject to a 1.5% late fee per month.*

# INVOICE



**HUTCHINGS Litigation SERVICES**

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 736639 | 12/5/2014 | 536641 |

| Job Date | Case No. |
|---|---|
| 12/2/2014 | 2:13-CV-2013-JAM-CKD |

| Case Name |
|---|
| Palacio, Isabella v. United States of America |

| Payment Terms |
|---|
| Net 30 |

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

Original & One Certified Copy - Deposition of:

| | |
|---|---:|
| Sells, M.A., Timothy R. | 869.00 |
| Attendance | 60.00 |
| Exhibits | 63.00 |
| Exhibits -Color | 13.50 |
| Digital Litigation Package | 50.00 |
| Exhibits - Media Duplication | 25.00 |
| Handling Charges | 40.00 |
| **TOTAL DUE  >>>** | **$1,120.50** |

Reference No.   : Anrae Wimberley

Location of Depo: Sacramento, CA

**Tax ID:** 95-2113145

---

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

Job No.     : 536641          BU ID       : AFLSRV-HCR
Case No.    : 2:13-CV-2013-JAM-CKD
Case Name   : Palacio, Isabella v. United States of America

Invoice No. : 736639          Invoice Date : 12/5/2014
**Total Due  :  $ 1,120.50**

Remit To: **Hutchings Court Reporters**
**PO Box 843296**
**Los Angeles CA  90084**

## PAYMENT WITH CREDIT CARD

AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:               Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE



**HUTCHINGS Litigation SERVICES**

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 736674 | 12/5/2014 | 534095 |

| Job Date | Case No. |
|---|---|
| 11/18/2014 | 2:13-CV-2013-JAM-CKD |

| Case Name |
|---|
| Palacio, Isabella v. United States of America |

| Payment Terms |
|---|
| Net 30 |

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

| | |
|---|---|
| Original & One Certified Copy - Deposition of: | |
| Wu M.D., Yvonne | 770.00 |
| Attendance | 60.00 |
| Exhibits | 157.80 |
| Exhibits -Color | 3.00 |
| Digital Litigation Package | 50.00 |
| Handling Charges | 40.00 |

| TOTAL DUE  >>> | **$1,080.80** |
|---|---|

Reference No.   : Anrae Wimberley
Location of Depo: San Francisco, CA

**Tax ID:** 95-2113145

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

Job No.      : 534095          BU ID        : AFLSRV-HCR
Case No.    : 2:13-CV-2013-JAM-CKD
Case Name : Palacio, Isabella v. United States of America

Invoice No.  : 736674          Invoice Date  : 12/5/2014
**Total Due  : $ 1,080.80**

## PAYMENT WITH CREDIT CARD

AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                         Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Hutchings Court Reporters**
**PO Box 843296**
**Los Angeles CA  90084**

# INVOICE



**HUTCHINGS Litigation SERVICES**

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 736347 | 12/8/2014 | 534078 |

| Job Date | Case No. |
|---|---|
| 11/19/2014 | 2:13-CV-2013-JAM-CKD |

| Case Name |
|---|
| Palacio, Isabella v. United States of America |

| Payment Terms |
|---|
| Net 30 |

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA 90210

Original & One Certified Copy - Deposition of:

| | |
|---|---|
| Kush M.D., Scott | 632.50 |
| Attendance | 60.00 |
| Digital Litigation Package | 50.00 |
| Exhibits | 25.50 |
| Exhibits - Color | 1.50 |
| Exhibits - Media Duplication | 175.00 |
| Handling Charges | 40.00 |

**TOTAL DUE  >>>    $984.50**

Reference No.  : Anrae Wimberley

Location of Depo: Palo Alto, CA

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 984.50 |

**Tax ID:** 95-2113145

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA 90210

Job No.   : 534078          BU ID   : AFLSRV-HCR
Case No.  : 2:13-CV-2013-JAM-CKD
Case Name : Palacio, Isabella v. United States of America

Invoice No. : 736347       Invoice Date : 12/8/2014
**Total Due  : $ 984.50**

Remit To: **Hutchings Court Reporters**
**PO Box 843296**
**Los Angeles CA  90084**

## PAYMENT WITH CREDIT CARD

AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



**HUTCHINGS Litigation SERVICES**

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 736829 | 12/12/2014 | 540942 |

| Job Date | Case No. |
|---|---|
| 11/20/2014 | 2:13-CV-01012 JAM-CKD |

| Case Name |
|---|
| I.P., a minor; Diaz, Facundo Palacio v. United States of America |

| Payment Terms |
|---|
| Net 30 |

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA 90210

One Certified Copy - Deposition of:
Montes M.D., Luis

| | |
|---|---|
| Exhibits | 382.50 |
| Exhibits -Color | 73.80 |
| Handling Charges | 1.50 |
| | 40.00 |

| | |
|---|---|
| **TOTAL DUE >>>** | **$497.80** |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 497.80 |

**Tax ID:** 95-2113145

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA 90210

| | | | |
|---|---|---|---|
| Job No. | : 540942 | BU ID | : PROCEED-LA |
| Case No. | : 2:13-CV-01012 JAM-CKD | | |
| Case Name | : I.P., a minor; Diaz, Facundo Palacio v. United States of America | | |
| Invoice No. | : 736829 | Invoice Date | : 12/12/2014 |
| **Total Due** | **: $ 497.80** | | |

**Remit To:** Hutchings Court Reporters
PO Box 843296
Los Angeles CA 90084

**PAYMENT WITH CREDIT CARD**   AMEX  MASTERCARD  VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



## DALCO Reporting, Inc.
170 Hamilton Avenue, Suite 303
White Plains, NY 10601
914.684.9009 fax 914.684.6561

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42685 | 12/17/2014 | 16770 |

| Job Date | Case No. |
|---|---|
| 12/12/2014 | 2:13-CV-01012-JAM-CKD |

| Case Name |
|---|
| Palacio vs. United States |

| Payment Terms |
|---|
| Net 30: 1.5% not to exceed legal limit |

Bruce G. Fagel
Bruce G. Fagel Law Offices
100 N. Crescent Drive, Suite #360
Beverly Hills, CA 90210

| | | | | |
|---|---|---|---|---|
| CERTIFIED DEPOSITION TRANSCRIPT OF: | | | | |
| Frank Manning, M.D. | | | | 292.60 |
| Package/Handling | | | 15.00 | 15.00 |
| Condensed Transcript | 133.00 | Pages | | |
| Complimentary Hyperlinked Exhibits | | | 0.00 | 0.00 |
| Optical Character Recognition (OCR) | 117.00 | Pages @ | 0.75 | 87.75 |
| E-Bundle (ASCII,PDF & E-Tran) w/ Linked Exhibits | | | 0.00 | 0.00 |
| | | **TOTAL DUE >>>** | | **$395.35** |

**Tax ID:** 13-3668189

Phone: 800-541-9376    Fax:

*Please detach bottom portion and return with payment.*

Bruce G. Fagel
Bruce G. Fagel Law Offices
100 N. Crescent Drive, Suite #360
Beverly Hills, CA 90210

Job No.   : 16770       BU ID       : DALCO-Dep
Case No.  : 2:13-CV-01012-JAM-CKD
Case Name : Palacio vs. United States

Invoice No. : 42685        Invoice Date :12/17/2014
**Total Due : $ 395.35**

Remit To: **DALCO Reporting, Inc.**
         **170 Hamilton Avenue, Suite 303**
         **White Plains, NY 10601**

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



**HUTCHINGS Litigation SERVICES**

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 737724 | 12/23/2014 | 534579 |

| Job Date | Case No. |
|---|---|
| 12/10/2014 | 2:13-CV-2013-JAM-CKD |

| Case Name |
|---|
| Palacio, Isabella v. United States of America |

| Payment Terms |
|---|
| Net 30 |

Bruce G. Fagel, M.D.
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

Original & One Certified Copy - Deposition of:
Nageotte M.D., Michael P.

| | |
|---|---|
| | 441.00 |
| CSR Video Surcharge | 43.00 |
| Digital Litigation Package | 50.00 |
| Exhibits | 1.80 |
| Handling Charges | 40.00 |
| **TOTAL DUE >>>** | **$575.80** |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 575.80 |

**Tax ID:** 95-2113145

*Please detach bottom portion and return with payment.*

Bruce G. Fagel, M.D.
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

Job No.      : 534579          BU ID          : PROCEED-LA
Case No.     : 2:13-CV-2013-JAM-CKD
Case Name  : Palacio, Isabella v. United States of America

Invoice No.  : 737724          Invoice Date  : 12/23/2014
**Total Due**  : $ 575.80

**Remit To:** **Hutchings Court Reporters**
**PO Box 843296**
**Los Angeles CA  90084**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



Jeri Cain, CSR, Inc.
A Professional Corporation

**Merit Court Reporting**
& Video

San Luis Obispo · Santa Maria · Santa Barbara
PO Box 1039 · San Luis Obispo, CA 93406-1039

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 66967 | 12/28/2014 | 213265 |

| Job Date | Case No. |
|---|---|
| 12/1/2014 | 2:13-CV-01012-JAM-CKD |

| Case Name |
|---|
| I.P., A MINOR, THROUGH FACUNDO PALACIO DIAZ; MICHAELA PALACIO vs USA |

| Payment Terms |
|---|
| Due upon receipt |

Eduardo Ascencio, Esq.
LAW OFFICES OF BRUCE G. FAGEL
& ASSOCIATES
100 N. Crescent Drive, Suite 360
Beverly Hills, CA  90210-5400

ONE CERTIFIED COPY OF THE DEPOSITION OF:
    RICHARD H. PAUL, M.D. VOLUME II

498.15

**TOTAL DUE >>>**     **$498.15**
AFTER 2/1/2015  PAY     $538.00

Payment is due upon receipt of invoice.  In the event of a legal action in order to collect amounts due, Merit will claim an award of reasonable attorney's fees and costs.  This contract is entered into and governed by the State of California, County of San Luis Obispo. Checks payable to Jeri Cain, CSR, Inc.  Thank you for choosing Merit!  Your business is important to us!

**Tax ID:** 20-3438808

Phone: 310-277-1288    Fax: 310-277-0835

*Please detach bottom portion and return with payment.*

Eduardo Ascencio, Esq.
LAW OFFICES OF BRUCE G. FAGEL
& ASSOCIATES
100 N. Crescent Drive, Suite 360
Beverly Hills, CA  90210-5400

| | | | |
|---|---|---|---|
| Job No. | : 213265 | BU ID | : 1-MAIN |
| Case No. | : 2:13-CV-01012-JAM-CKD | | |
| Case Name | : I.P., A MINOR, THROUGH FACUNDO PALACIO DIAZ; MICHAELA PALACIO vs USA | | |
| Invoice No. | : 66967 | Invoice Date | : 12/28/2014 |

**Total Due :** **$ 498.15**
AFTER 2/1/2015  PAY  $538.00

## PAYMENT WITH CREDIT CARD

AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:     Phone#:
Billing Address:
Zip:     Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **JERI CAIN, CSR, INC.**
    **dba MERIT COURT REPORTING & VIDEO**
    **P.O. Box 1039 | info@MeritReporting.com**
    **Phone: 805-541-0333**
    **San Luis Obispo, CA  93406-1039**

# INVOICE



**HUTCHINGS Litigation SERVICES**

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 739577 | 12/29/2014 | 535660 |

| Job Date | Case No. |
|---|---|
| 12/5/2014 | 2:13-CV-2013-JAM-CKD |

| Case Name |
|---|
| Palacio, Isabella v. United States of America |

| Payment Terms |
|---|
| Net 30 |

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

Original & One Certified Copy - Deposition of:

Volk, Erik Karl

| | |
|---|---|
| Attendance | 550.00 |
| Digital Litigation Package | 60.00 |
| Exhibits | 50.00 |
| Exhibits - Media Duplication | 330.90 |
| Handling Charges | 25.00 |
| | 40.00 |

**TOTAL DUE >>>**    **$1,055.90**

Location of Depo: Sacramento, CA

**Tax ID:** 95-2113145

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

Job No.      : 535660       BU ID       : AFLSRV-HCR
Case No.    : 2:13-CV-2013-JAM-CKD
Case Name : Palacio, Isabella v. United States of America

Invoice No.  : 739577       Invoice Date  : 12/29/2014
**Total Due  : $ 1,055.90**

Remit To:  **Hutchings Court Reporters**
           **PO Box 843296**
           **Los Angeles CA  90084**

## PAYMENT WITH CREDIT CARD

AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



HUTCHINGS
Litigation
SERVICES

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 737793 | 12/30/2014 | 534612 |

| Job Date | Case No. |
|---|---|
| 12/10/2014 | 2:13-CV-2013-JAM-CKD |

| Case Name |
|---|
| Palacio, Isabella v. United States of America |

| Payment Terms |
|---|
| Net 30 |

Bruce G. Fagel, M.D.
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

| | |
|---|---|
| Videotaped Deposition of: | |
| Nageotte M.D., Michael | 0.00 |
| Videographer Minimum | 325.00 |
| Videographer Minimum | 225.00 |
| Handling Charges | 40.00 |
| **TOTAL DUE  >>>** | **$590.00** |

Reference No.   :  1412-009

Note: 2 cameras were in use simultaneously - one on witness / one on Dr. Fagel.  The second minimum charge is for the second camera.

**Tax ID:** 95-2113145

*Please detach bottom portion and return with payment.*

Bruce G. Fagel, M.D.
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

Job No.      :  534612            BU ID        : VIDHCR-LA
Case No.     :  2:13-CV-2013-JAM-CKD
Case Name  :  Palacio, Isabella v. United States of America

Invoice No.  :  737793            Invoice Date  : 12/30/2014
**Total Due  : $ 590.00**

### PAYMENT WITH CREDIT CARD

AMEX          MasterCard          VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Hutchings Court Reporters**
**Video Services Division**
**PO Box 843296**
**Los Angeles CA  90084**

# INVOICE



**HUTCHINGS Litigation** SERVICES

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 736388 | 12/30/2014 | 537484 |
| **Job Date** | **Case No.** | |
| 11/17/2014 | 2:13-CV-2013-JAM-CKD | |
| **Case Name** | | |
| Palacio, Isabella v. United States of America | | |
| **Payment Terms** | | |
| Net 30 | | |

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA 90210

| | | |
|---|---|---|
| Original & One Certified Copy - Deposition of: | | |
| Rai M.D., Daljeet | | 539.00 |
| Attendance | | 60.00 |
| Exhibits | | 91.84 |
| Exhibits - Media Duplication | | 125.00 |
| Digital Litigation Package | | 50.00 |
| Handling Charges | | 40.00 |
| | **TOTAL DUE  >>>** | **$905.84** |
| Location of Depo: San Jose, CA | | |

**Tax ID:** 95-2113145

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA 90210

Job No.    : 537484        BU ID    : AFLSRV-HCR
Case No.   : 2:13-CV-2013-JAM-CKD
Case Name  : Palacio, Isabella v. United States of America

Invoice No. : 736388      Invoice Date  : 12/30/2014
**Total Due**  : **$ 905.84**

## PAYMENT WITH CREDIT CARD

AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Hutchings Court Reporters**
**PO Box 843296**
**Los Angeles CA  90084**

# INVOICE



**HUTCHINGS Litigation SERVICES**

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 739526 | 1/2/2015 | 536922 |

| Job Date | Case No. | |
|---|---|---|
| 11/24/2014 | 2:13-CV-2013-JAM-CKD | |

| Case Name | | |
|---|---|---|
| Palacio, Isabella v. United States of America | | |

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

| Payment Terms |
|---|
| Net 30 |

---

Original & One Certified Copy - Deposition of:
   Sze M.D., Gordon

|  |  |
|---|---|
| Attendance | 553.35 |
| Digital Litigation Package | 50.00 |
| Exhibits | 50.00 |
| Handling Charges | 57.90 |
|  | 40.00 |

Reference No.   : 126393

**TOTAL DUE  >>>**   **$751.25**

Location of Depo: New York, NY

**Tax ID:** 95-2113145

---

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

Job No.   : 536922         BU ID         : AFLSRV-HCR
Case No.  : 2:13-CV-2013-JAM-CKD
Case Name : Palacio, Isabella v. United States of America

Invoice No.  : 739526        Invoice Date  : 1/2/2015
**Total Due  : $ 751.25**

Remit To: **Hutchings Court Reporters**
          **PO Box 843296**
          **Los Angeles CA  90084**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



**HUTCHINGS Litigation SERVICES**

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 740988 | 1/6/2015 | 536691 |

| Job Date | Case No. | |
|---|---|---|
| 12/15/2014 | 2:13-CV-2013-JAM-CKD | |

| Case Name | | |
|---|---|---|
| Palacio, Isabella v. United States of America | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

| Original & One Certified Copy - Deposition of: | |
|---|---|
| Olzack  R.N., Linda | 385.40 |
| Attendance | 70.00 |
| Conference Room Rental | 150.00 |
| Exhibits | 165.30 |
| Exhibits -Color | 45.00 |
| Handling Charges | 40.00 |
| **TOTAL DUE  >>>** | **$855.70** |

Reference No.   :   6258

Location of Depo: Merced, CA

**Tax ID:** 95-2113145

---

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

| | | | |
|---|---|---|---|
| Job No. | : 536691 | BU ID | : AFLSRV-HCR |
| Case No. | : 2:13-CV-2013-JAM-CKD | | |
| Case Name | : Palacio, Isabella v. United States of America | | |

| | | | |
|---|---|---|---|
| Invoice No. | : 740988 | Invoice Date | : 1/6/2015 |
| **Total Due** | : **$855.70** | | |

Remit To:   **Hutchings Court Reporters**
**PO Box 843296**
**Los Angeles CA  90084**

**PAYMENT WITH CREDIT CARD**      AMEX   MASTERCARD   VISA

Cardholder's Name:

Card Number:

Exp. Date:                              Phone#:

Billing Address:

Zip:                   Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE



**HUTCHINGS Litigation SERVICES**

400 N Tustin Ave.,
Ste 350
Santa Ana, CA 92705
Phone: 800-697-3210
www.hutchings.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 744246 | 1/30/2015 | 534715 |

| Job Date | Case No. |
|---|---|
| 12/3/2014 | 2:13-CV-2013-JAM-CKD |

| Case Name |
|---|
| Palacio, Isabella v. United States of America |

| Payment Terms |
|---|
| Net 30 |

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

| | |
|---|---|
| Original & One Certified Copy - Deposition of: | |
| Goldsmith M.D., Jay Paul | |
| Digital Litigation Package | 826.80 |
| Exhibits | 50.00 |
| Shipping | 39.90 |
| Handling Charges | 20.77 |
| | 40.00 |
| **TOTAL DUE  >>>** | **$977.47** |

Reference No.  :  86824

Location of Depo: New Orleans, LA

**Tax ID:** 95-2113145

*Please detach bottom portion and return with payment.*

Eduardo J. Ascencio
Bruce G. Fagel & Associates
100 N. Crescent Drive, #360
Beverly Hills CA  90210

| | | | |
|---|---|---|---|
| Job No. | : 534715 | BU ID | :AFLSRV-LA |
| Case No. | : 2:13-CV-2013-JAM-CKD | | |
| Case Name | : Palacio, Isabella v. United States of America | | |
| Invoice No. | : 744246 | Invoice Date | :1/30/2015 |
| **Total Due** | **: $ 977.47** | | |

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **Hutchings Court Reporters**
**PO Box 843296**
**Los Angeles CA  90084**

# EXHIBIT B

| TRAVEL/TRIAL FEES - DR. PETER FORMUZIS (ECONOMIST | Unit | Cost per Unit | Total |
|---|---|---|---|
| **Mileage** | | | |
| 9/28/2015-9/29/2015 - Trial - Santa Ana, CA to Sacramento, CA (ONT to SAC - round trip) | 752 miles | $0.575 | $432.40 |
| | | TOTAL | $432.40 |

| **Lodging** | $229.45 | 1 night | $229.45 |
|---|---|---|---|
| 9/28/2015-9/29/2015 Trial, Room Hyatt Regency Sac. Invoice 680661 | | | |
| | | TOTAL | $229.45 |

| **Per Diem** | | | |
|---|---|---|---|
| 9/29/2015 Trial Attendance | $45.75 | 1 | $45.75 |
| | | TOTAL | $45.75 |

| | | FORMUZIS TRAVEL TOTAL: | $707.60 |
|---|---|---|---|

# HYATT REGENCY®

Hyatt Regency Sacramento
at Capitol Park
1209 L Street
Sacramento, CA 95814
916 443 1234
916 321 3618

INFORMATION INVOICE

Guest   Formuzis, Peter

Payee   Bruce Fagel
        1890 Carla Ridge
        Beverly Hills CA 90210
        United States

Confirmation No.    209127201
Group Name

| | | |
|---|---|---|
| Room No. | | 0933 |
| Arrival | | 09-28-15 |
| Departure | | 09-29-15 |
| Page No. | | 1 of 1 |
| Folio Window | | 2 |
| Folio No. | | 680661 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 09-28-15 | Servibar Food | Room# 0933 : CHECK# 40314 Chivas Regal Scotch | 9.22 | |
| 09-28-15 | Guest Room | | 199.00 | |
| 09-28-15 | Occupancy Tax | | 23.88 | |
| 09-28-15 | Sacramento Tourism Assessment | | 5.97 | |
| 09-28-15 | CA Tourism Assessment | | 0.60 | |
| 09-29-15 | American Express | XXXXXXXXXXX8025 XX/XX | | 238.67 |

| | | | |
|---|---|---|---|
| **Total** | | 238.67 | 238.67 |
| **Balance** | | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

### Hyatt Gold Passport Summary

No Membership to be credited

Join Hyatt Gold Passport today and start earning points for stays, dining and more. Visit goldpassport.com

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

Thank you for choosing Hyatt Regency Sacramento. We hope that you enjoyed your stay with us. Our goal is to exceed our guests' expectations. If you have any comments regarding your stay please share them with us.

Consumer Affairs: Ernesto Fernandez, 916-321-3632 or Ernesto.Fernandez@hyatt.com
LOST & FOUND: www.ileftmystuff.com
        CLICK "Get it back now!"
        Client Identification Number = 49317

Please remit payment to:
Hyatt Regency Sacramento
PO Box 202649
Dallas, TX 75320-2649

For inquiries concerning your bill please call 888-588-4384

# EXHIBIT C

| TRAVEL/TRIAL FEES - DR. IRA LOTT | Unit | Cost per Unit | Total |
|---|---|---|---|

| Mileage | | | |
|---|---|---|---|
| 9/29/2015-9/30/2015 Trial - Santa Ana to Sacramento, California (SNA-SAC - round trip) | 780 mi | $0.575 | $448.50 |
| TOTAL | | | $448.50 |

| Lodging | $229.45 | 1 night | $229.45 |
|---|---|---|---|
| 9/29/2015-9/30/2015 Trial - Room Hyatt Regency Sac. Invoice 680803 | | | |
| TOTAL | | | $229.45 |

| Per Diem | | | |
|---|---|---|---|
| 9/30/2015 Trial Attendance | $45.75 | 1 | $45.75 |
| TOTAL | | | $45.75 |

| LOTT   TRAVEL TOTAL: | $723.70 |
|---|---|

# HYATT REGENCY®

Hyatt Regency Sacramento
at Capitol Park
1209 L Street
Sacramento, CA 95814
916 443 1234
916 321 3618

**INFORMATION INVOICE**

| | | | |
|---|---|---|---|
| Guest | Lott, Ira | | |
| Payee | Bruce Fagel | Room No. | 0731 |
| | 1890 Carla Ridge | Arrival | 09-29-15 |
| | Beverly Hills CA 90210 | Departure | 09-30-15 |
| | United States | Page No. | 1 of 1 |
| Confirmation No. | 209142501 | Folio Window | 2 |
| Group Name | | Folio No. | 680803 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 09-29-15 | Guest Room | | 199.00 | |
| 09-29-15 | Occupancy Tax | | 23.88 | |
| 09-29-15 | Sacramento Tourism Assessment | | 5.97 | |
| 09-29-15 | CA Tourism Assessment | | 0.60 | |
| 09-30-15 | American Express | XXXXXXXXXX8025 XX/XX | | 229.45 |
| | **Total** | | **229.45** | **229.45** |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association falls to pay for any part or
the full amount of these charges.

| | |
|---|---|
| **Balance** | **0.00** |

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

Thank you for choosing Hyatt Regency Sacramento. We hope that you enjoyed your
stay with us. Our goal is to exceed our guests' expectations. If you have any comments
regarding your stay please share them with us.

Consumer Affairs: Ernesto Fernandez, 916-321-3632 or Ernesto.Fernandez@hyatt.com
LOST & FOUND: www.ileftmystuff.com
        CLICK "Get it back now!"
        Client Identification Number = 49317

Please remit payment to:
Hyatt Regency Sacramento
PO Box 202649
Dallas, TX 75320-2649

For inquiries concerning your bill please call 888-588-4384

**Hyatt Gold Passport Summary**

| | |
|---|---|
| Membership: | 506382103R |
| Bonus Codes: | |
| Qualifying Nights: | 1 |
| Eligible Spend: | 199.00 |
| Redemption Eligible: | 0.00 |

Summary Invoice, please see front desk
for eligibility details.

# EXHIBIT D

| TRAVEL/TRIAL FEES - DR. WILLIAM RHINE | Unit | Cost per Unit | Total |
|---|---|---|---|

| Mileage | | | |
|---|---|---|---|
| **9/28/2015-9/29/2015 - Trial - Menlo Park, CA to Sacramento, CA (SFO to SAC - round trip)** | 156 miles | $0.575 | $89.70 |
| | | TOTAL | $89.70 |

| Lodging | $229.45 | 1 night | $229.45 |
|---|---|---|---|
| 9/28/2015-9/29/2015 Trial, Room Hyatt Regency Sac. Invoice 680614 | | | |
| | | TOTAL | $229.45 |

| Per Diem | | | |
|---|---|---|---|
| 9/29/2015 Trial Attendance | $45.75 | 1 | $45.75 |
| | | TOTAL | $45.75 |

| | | RHINE   TRAVEL TOTAL: | $364.90 |
|---|---|---|---|

# HYATT REGENCY®

Hyatt Regency Sacramento
at Capitol Park
1209 L Street
Sacramento, CA 95814
916 443 1234
916 321 3618

INFORMATION INVOICE

Guest   Rhine, William

Payee   Bruce Fagel
        1890 Carla Ridge
        Beverly Hills CA 90210
        United States

Confirmation No.   209122201

Group Name

| | Room No. | 0829 |
|---|---|---|
| | Arrival | 09-28-15 |
| | Departure | 09-29-15 |
| | Page No. | 1 of 1 |
| | Folio Window | 2 |
| | Folio No. | 680614 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 09-28-15 | Guest Room | | 199.00 | |
| 09-28-15 | Occupancy Tax | | 23.88 | |
| 09-28-15 | Sacramento Tourism Assessment | | 5.97 | |
| 09-28-15 | CA Tourism Assessment | | 0.60 | |
| 09-29-15 | American Express | XXXXXXXXXXX8025 XX/XX | | 229.45 |
| | **Total** | | 229.45 | 229.45 |
| | **Balance** | | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

**Hyatt Gold Passport Summary**

| | |
|---|---|
| Membership: | G71079971F |
| Bonus Codes: | |
| Qualifying Nights: | 1 |
| Eligible Spend: | 199.00 |
| Redemption Eligible: | 0.00 |

Summary Invoice, please see front desk
for eligibility details.

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

Thank you for choosing Hyatt Regency Sacramento. We hope that you enjoyed your
stay with us. Our goal is to exceed our guests' expectations. If you have any comments
regarding your stay please share them with us.

Consumer Affairs: Ernesto Fernandez, 916-321-3632 or Ernesto.Fernandez@hyatt.com
LOST & FOUND: www.ileftmystuff.com
             CLICK "Get it back now!"
             Client Identification Number = 49317

Please remit payment to:
Hyatt Regency Sacramento
PO Box 202649
Dallas, TX 75320-2649

For inquiries concerning your bill please call 888-588-4384

# EXHIBIT E

| TRAVEL/TRIAL FEES - DR. FRANK MANNING | Unit | Cost per Unit | Total |
|---|---|---|---|

| Mileage | | | |
|---|---|---|---|
| 10/4/2015-10/5/2015 Trial (JFK to SAC - round trip) | 4376 mi | $0.575 | $2516.20 |
| | | TOTAL | $2516.20 |

| Lodging | $166.94 | 1 night | $166.94 |
|---|---|---|---|
| 10/4/2015-10/5/2015 Trial, Room Hyatt Regency Sac. Invoice 682562 | | | |
| | | TOTAL | $166.94 |

| Per Diem | | | |
|---|---|---|---|
| 10/5/2015 Trial Attendance | $45.75 | 1 | $45.75 |
| | | TOTAL | $45.75 |

| | MANNING TRAVEL TOTAL: | $2728.89 |
|---|---|---|



# HYATT REGENCY®

Hyatt Regency Sacramento
at Capitol Park
1209 L Street
Sacramento, CA 95814
916 443 1234
916 321 3618

INFORMATION INVOICE

Guest   Manning, Frank

Payee   Bruce Fagel
        1890 Carla Ridge
        Beverly Hills CA 90210
        United States

| | |
|---|---|
| Room No. | 1131 |
| Arrival | 10-04-15 |
| Departure | 10-05-15 |
| Page No. | 1 of 1 |

Confirmation No.   209158501

Group Name

| | |
|---|---|
| Folio Window | 2 |
| Folio No. | 682562 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 10-04-15 | OCV Movies | TV Services | 17.99 | |
| 10-04-15 | Guest Room | | 129.00 | |
| 10-04-15 | Occupancy Tax | | 15.48 | |
| 10-04-15 | Sacramento Tourism Assessment | | 3.87 | |
| 10-04-15 | CA Tourism Assessment | | 0.60 | |
| 10-05-15 | American Express | XXXXXXXXXXX9023 XX/XX | | 166.94 |

| | Total | 166.94 | 166.94 |
|---|---|---|---|

**Guest Signature**

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

| **Balance** | 0.00 |
|---|---|

### Hyatt Gold Passport Summary

No Membership to be credited

Join Hyatt Gold Passport today and start
earning points for stays, dining and more.
Visit goldpassport.com

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

Thank you for choosing Hyatt Regency Sacramento. We hope that you enjoyed your
stay with us. Our goal is to exceed our guests' expectations. If you have any comments
regarding your stay please share them with us.

Consumer Affairs: Ernesto Fernandez, 916-321-3632 or Ernesto.Fernandez@hyatt.com
LOST & FOUND: www.ileftmystuff.com
                CLICK "Get it back now!"
                Client Identification Number = 49317

Please remit payment to:
Hyatt Regency Sacramento
PO Box 202649
Dallas, TX 75320-2649

For inquiries concerning your bill please call 888-588-4384

# EXHIBIT F

| TRAVEL/TRIAL FEES - DR. DONALD OLSON | Unit | Cost per Unit | Total |
|---|---|---|---|

| Mileage | | | |
|---|---|---|---|
| 9/27/2015-9/28/2015 - Trial - Ashland, Oregon to Sacramento, CA (MFR to SAC - round trip) | 552 miles | $0.575 | $317.40 |
| | | TOTAL | $317.40 |

| Lodging | $148.35 | 1 night | $148.35 |
|---|---|---|---|
| 9/27/2015-9/28/2015 Trial, Room Hyatt Regency Sac. Invoice 680517 | | | |
| | | TOTAL | $148.35 |

| Per Diem | | | |
|---|---|---|---|
| 9/28/2015 Trial Attendance | $45.75 | 1 | $45.75 |
| | | TOTAL | $45.75 |

| | | OLSON TRAVEL TOTAL: | $511.50 |
|---|---|---|---|

# HYATT REGENCY®

Hyatt Regency Sacramento
at Capitol Park
1209 L Street
Sacramento, CA 95814
916 443 1234
916 321 3618

**INFORMATION INVOICE**

Guest   Olson, Donald

Payee   Bruce Fagel
1890 Carla Ridge
Beverly Hills CA 90210
United States

| | |
|---|---|
| Room No. | 0760 |
| Arrival | 09-27-15 |
| Departure | 09-28-15 |
| Page No. | 1 of 1 |
| Folio Window | 2 |
| Folio No. | 680517 |

Confirmation No.   209101801

Group Name

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 09-27-15 | Guest Room | | 129.00 | |
| 09-27-15 | Occupancy Tax | | 15.48 | |
| 09-27-15 | Sacramento Tourism Assessment | | 3.87 | |
| 09-27-15 | CA Tourism Assessment | | 0.60 | |
| 09-27-15 | Parking Overnight - Self | | 17.00 | |
| 09-28-15 | American Express | XXXXXXXXXX8025 XX/XX | | 165.95 |

| | | |
|---|---|---|
| **Total** | 165.95 | 165.95 |
| **Balance** | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

## Hyatt Gold Passport Summary

No Membership to be credited

Join Hyatt Gold Passport today and start
earning points for stays, dining and more.
Visit goldpassport.com

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

Thank you for choosing Hyatt Regency Sacramento. We hope that you enjoyed your
stay with us. Our goal is to exceed our guests' expectations. If you have any comments
regarding your stay please share them with us.

Consumer Affairs: Ernesto Fernandez, 916-321-3632 or Ernesto.Fernandez@hyatt.com
LOST & FOUND: www.ileftmystuff.com
CLICK "Get it back now!"
Client Identification Number = 49317

Please remit payment to:
Hyatt Regency Sacramento
PO Box 202649
Dallas, TX 75320-2649

For inquiries concerning your bill please call 888-588-4384

# EXHIBIT G

| TRAVEL/TRIAL FEES - DR. LUIS MONTES | Unit | Cost per Unit | Total |
|---|---|---|---|
| **Mileage** | | | |
| 9/24/2015-9/25/2015 Trial - Sarasota Florida to Sacramento, California (SRQ-SAC - round trip) | 4578 mi | $0.575 | $2632.35 |
| **TOTAL** | | | **$2632.35** |

| Lodging | $229.45 | 1 night | $229.45 |
|---|---|---|---|
| 9/24/2015-9/25/2015 Trial - Room Hyatt Regency Sac. Invoice 679634 | | | |
| **TOTAL** | | | **$229.45** |

| Per Diem | | | |
|---|---|---|---|
| 9/25/2015 Trial Attendance | $45.75 | 1 | $45.75 |
| **TOTAL** | | | **$45.75** |

| MONTES TRAVEL TOTAL: | $2907.55 |
|---|---|

# HYATT REGENCY®

Hyatt Regency Sacramento
at Capitol Park
1209 L Street
Sacramento, CA 95814
916 443 1234
916 321 3618

INFORMATION INVOICE

Guest   Montes, Luis

| | | |
|---|---|---|
| Payee   Bruce Fagel | Room No. | 0925 |
| 1890 Carla Ridge | Arrival | 09-24-15 |
| Beverly Hills CA 90210 | Departure | 09-25-15 |
| United States | Page No. | 1 of 1 |
| | Folio Window | 2 |
| Confirmation No.   209147901 | | |
| Group Name | Folio No. | 679634 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 09-24-15 | Guest Room | | 199.00 | |
| 09-24-15 | Occupancy Tax | | 23.88 | |
| 09-24-15 | Sacramento Tourism Assessment | | 5.97 | |
| 09-24-15 | CA Tourism Assessment | | 0.60 | |
| 09-24-15 | - Amourath Lounge Dinner Bev | Room# 0925 : CHECK# 6140 | 34.30 | |
| 09-25-15 | - Vines Cafe Breakfast Food | Room# 0925 : CHECK# 5681 | 51.40 | |
| 09-25-15 | Servibar Food | Room# 0925 : CHECK# 39657 | 4.00 | |
| | Pringles Potato Chip | | | |
| 09-25-15 | American Express | XXXXXXXXXXX8025 XX/XX | | 319.15 |

| | | |
|---|---|---|
| **Total** | 319.15 | 319.15 |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association falls to pay for any part or
the full amount of these charges.

| | |
|---|---|
| **Balance** | 0.00 |

### WE HOPE YOU ENJOYED YOUR STAY WITH US!

**Hyatt Gold Passport Summary**

No Membership to be credited

Join Hyatt Gold Passport today and start
earning points for stays, dining and more.
Visit goldpassport.com

Thank you for choosing Hyatt Regency Sacramento. We hope that you enjoyed your
stay with us. Our goal is to exceed our guests' expectations. If you have any comments
regarding your stay please share them with us.

Consumer Affairs: Ernesto Fernandez, 916-321-3632 or Ernesto.Fernandez@hyatt.com
LOST & FOUND: www.ileftmystuff.com
         CLICK "Get it back now!"
         Client Identification Number = 49317

Please remit payment to:
Hyatt Regency Sacramento
PO Box 202649
Dallas, TX 75320-2649

For inquiries concerning your bill please call 888-588-4384

# EXHIBIT H

| TRAVEL/TRIAL FEES --PLAINTIFFS-MR & MRS PALACIO | Unit | Cost per Unit | Total |
|---|---|---|---|

| Mileage | | | |
|---|---|---|---|
| 9/24/2015-10/07/2015 Trial - Avenal, CA 93204 to Sacramento, CA 95814 -210 miles ( 2  round trips) | 840 mi | $0.575 | $471.50 |
| | | TOTAL | $471.50 |

| Lodging | | | |
|---|---|---|---|
| 9/23/2015-10/01/2015 Trial - Room Hyatt Regency Sac. Invoice 681384 | $1594.10 | 9 nights | $1594.10 |
| 10/04/2015-10-10-07-2015 - Room Hyatt Regency Sac Invoice 683044 | $622.78 | 3 nights | |
| | | TOTAL | $2216.88 |

| Per Diem | | | |
|---|---|---|---|
| Mr. Palacio: Sept. 24,25,28,29,30. Oct.1,5,6,7 -  9 days Trial Attendance | $45.75 | 9 | $411.75 |
| Mrs. Palacio: Same- 9 days Trial Attendance | $45.75 | 9 | $411.75 |
| | | TOTAL | $823.50 |

| PALACIO TRAVEL TOTAL: | $3511.88 |
|---|---|


**HYATT REGENCY**®

Hyatt Regency Sacramento
at Capitol Park
1209 L Street
Sacramento, CA 95814
916 443 1234
916 321 3618

INFORMATION INVOICE

Guest   Palacio, Facundo

Payee   Bruce Fagel
        1890 Carla Ridge
        Beverly Hills CA 90210
        United States

Confirmation No.   348124001
Group Name

| | | |
|---|---|---|
| Room No. | 0833 |
| Arrival | 09-23-15 |
| Departure | 10-01-15 |
| Page No. | 1 of 2 |
| Folio Window | 2 |
| Folio No. | 681384 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09-23-15 | Guest Room | 199.00 | |
| 09-23-15 | Occupancy Tax | 23.88 | |
| 09-23-15 | Sacramento Tourism Assessment | 5.97 | |
| 09-23-15 | CA Tourism Assessment | 0.60 | |
| 09-23-15 | Parking Overnight - Self | 17.00 | |
| 09-24-15 | Guest Room | 199.00 | |
| 09-24-15 | Occupancy Tax | 23.88 | |
| 09-24-15 | Sacramento Tourism Assessment | 5.97 | |
| 09-24-15 | CA Tourism Assessment | 0.60 | |
| 09-24-15 | Parking Overnight - Self | 17.00 | |
| 09-25-15 | Guest Room | 129.00 | |
| 09-25-15 | Occupancy Tax | 15.48 | |
| 09-25-15 | Sacramento Tourism Assessment | 3.87 | |
| 09-25-15 | CA Tourism Assessment | 0.60 | |
| 09-25-15 | Parking Overnight - Self | 17.00 | |
| 09-26-15 | - Vines Cafe Breakfast Food    Room# 0833 : CHECK# 5817 | 28.21 | |
| 09-26-15 | Guest Room | 129.00 | |
| 09-26-15 | Occupancy Tax | 15.48 | |
| 09-26-15 | Sacramento Tourism Assessment | 3.87 | |
| 09-26-15 | CA Tourism Assessment | 0.60 | |
| 09-26-15 | Parking Overnight - Self | 17.00 | |
| 09-27-15 | - Vines Cafe Lunch Food    Room# 0833 : CHECK# 5996 | 54.25 | |
| 09-27-15 | - Dawson's Restaurant Dinner Food    Room# 0833 : CHECK# 1989 | 70.53 | |
| 09-27-15 | Guest Room | 129.00 | |
| 09-27-15 | Occupancy Tax | 15.48 | |
| 09-27-15 | Sacramento Tourism Assessment | 3.87 | |
| 09-27-15 | CA Tourism Assessment | 0.60 | |
| 09-27-15 | Parking Overnight - Self | 17.00 | |
| 09-28-15 | - Vines Cafe Breakfast Food    Room# 0833 : CHECK# 5040 | 35.81 | |
| 09-28-15 | Guest Room | 199.00 | |
| 09-28-15 | Occupancy Tax | 23.88 | |
| 09-28-15 | Sacramento Tourism Assessment | 5.97 | |
| 09-28-15 | CA Tourism Assessment | 0.60 | |
| 09-28-15 | Parking Overnight - Self | 17.00 | |
| 09-29-15 | - Vines Cafe Breakfast Food    Room# 0833 : CHECK# 5165 | 41.23 | |
| 09-29-15 | Guest Room | 199.00 | |
| 09-29-15 | Occupancy Tax | 23.88 | |
| 09-29-15 | Sacramento Tourism Assessment | 5.97 | |
| 09-29-15 | CA Tourism Assessment | 0.60 | |
| 09-29-15 | Parking Overnight - Self | 17.00 | |
| 09-30-15 | - Vines Cafe Breakfast Food    Room# 0833 : CHECK# 5257 | 56.42 | |
| 09-30-15 | Guest Room | 199.00 | |
| 09-30-15 | Occupancy Tax | 23.88 | |

 **HYATT REGENCY**®

Hyatt Regency Sacramento
at Capitol Park
1209 L Street
Sacramento, CA 95814
916 443 1234
916 321 3618

**INFORMATION INVOICE**

Guest  Palacio, Facundo

Payee  Bruce Fagel
       1890 Carla Ridge
       Beverly Hills CA 90210
       United States

| | |
|---|---|
| Room No. | 0833 |
| Arrival | 09-23-15 |
| Departure | 10-01-15 |
| Page No. | 2 of 2 |
| Folio Window | 2 |

Confirmation No.   348124001
Group Name

Folio No.   681384

| Date | Description | | Charges | Credits |
|------|-------------|--|---------|---------|
| 09-30-15 | Sacramento Tourism Assessment | | 5.97 | |
| 09-30-15 | CA Tourism Assessment | | 0.60 | |
| ~~09-30-15~~ | ~~Parking Overnight - Self~~ | | ~~17.00~~ | |
| ~~10-01-15~~ | ~~- In Room Dining Breakfast Food~~ | ~~Room# 0833 : CHECK# 3032~~ | ~~14.34~~ | |
| ~~10-01-15~~ | ~~- Vines Cafe Breakfast Food~~ | ~~Room# 0833 : CHECK# 5371~~ | ~~51.00~~ | |
| 10-01-15 | American Express | XXXXXXXXXX8025 XX/XX | | 2,081.89 |

*1594.10*

| **Total** | 2,081.89 | 2,081.89 |
|---|---|---|
| **Balance** | | 0.00 |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

Thank you for choosing Hyatt Regency Sacramento. We hope that you enjoyed your
stay with us. Our goal is to exceed our guests' expectations. If you have any comments
regarding your stay please share them with us.

Consumer Affairs: Ernesto Fernandez, 916-321-3632 or Ernesto.Fernandez@hyatt.com
LOST & FOUND: www.ileftmystuff.com
        CLICK "Get it back now!"
        Client Identification Number = 49317

Please remit payment to:
Hyatt Regency Sacramento
PO Box 202649
Dallas, TX 75320-2649

For inquiries concerning your bill please call 888-588-4384

**Hyatt Gold Passport Summary**

No Membership to be credited

Join Hyatt Gold Passport today and start
earning points for stays, dining and more.
Visit goldpassport.com



# HYATT
## REGENCY®

Hyatt Regency Sacramento
at Capitol Park
1209 L Street
Sacramento, CA 95814
916 443 1234
916 321 3618

INFORMATION INVOICE

Guest   Palacio, Facundo

| Payee | Bruce Fagel | | | Room No. | 0934 |
|---|---|---|---|---|---|
| | 1890 Carla Ridge | | | Arrival | 10-04-15 |
| | Beverly Hills CA 90210 | | | Departure | 10-07-15 |
| | United States | | | Page No. | 1 of 2 |
| | | | | Folio Window | 2 |
| Confirmation No. | 348148901 | | | Folio No. | 683044 |
| Group Name | | | | | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 10-04-15 | Guest Room | | 129.00 | |
| 10-04-15 | Occupancy Tax | | 15.48 | |
| 10-04-15 | Sacramento Tourism Assessment | | 3.87 | |
| 10-04-15 | CA Tourism Assessment | | 0.60 | |
| 10-04-15 | Parking Overnight - Self | | 17.00 | |
| 10-05-15 | - Vines Cafe Breakfast Food | Room# 0934 ; CHECK# 5042 | 56.42 | |
| 10-05-15 | Guest Room | | 199.00 | |
| 10-05-15 | Occupancy Tax | | 23.88 | |
| 10-05-15 | Sacramento Tourism Assessment | | 5.97 | |
| 10-05-15 | CA Tourism Assessment | | 0.60 | |
| 10-05-15 | Parking Overnight - Self | | 17.00 | |
| 10-06-15 | - In Room Dining Dinner Food | Room# 0934 ; CHECK# 3420 | 40.81 | |
| 10-06-15 | Guest Room | | 199.00 | |
| 10-06-15 | Occupancy Tax | | 23.88 | |
| 10-06-15 | Sacramento Tourism Assessment | | 5.97 | |
| 10-06-15 | CA Tourism Assessment | | 0.60 | |
| 10-06-15 | Parking Overnight - Self | | 17.00 | |
| 10-06-15 | Late Checkout | | 99.50 | |
| 10-06-15 | Occupancy Tax | | 11.94 | |
| 10-06-15 | Sacramento Tourism Assessment | | 2.99 | |
| 10-07-15 | - Vines Cafe Breakfast Food | Room# 0934 ; CHECK# 5436 | 57.51 | 622.78 |
| 10-07-15 | American Express | XXXXXXXXXXX9023 XX/XX | 928.02 | |

| | | | |
|---|---|---|---|
| **Total** | | 622.78 | 928.02 | 928.02 |
| **Balance** | | | | 0.00 |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

**Hyatt Gold Passport Summary**

No Membership to be credited

Join Hyatt Gold Passport today and start
earning points for stays, dining and more.
Visit goldpassport.com

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

Thank you for choosing Hyatt Regency Sacramento. We hope that you enjoyed your
stay with us. Our goal is to exceed our guests' expectations. If you have any comments
regarding your stay please share them with us.

Consumer Affairs: Ernesto Fernandez, 916-321-3632 or Ernesto.Fernandez@hyatt.com
LOST & FOUND: www.ileftmystuff.com
          CLICK "Get it back now!"
          Client Identification Number = 49317

Please remit payment to:
Hyatt Regency Sacramento
PO Box 202649
Dallas, TX 75320-2649