Bruce G. Fagel, (103674)
LAW OFFICES OF BRUCE G. FAGEL & ASSOCIATES
100 North Crescent Drive, Suite 360
Beverly Hills, California 90210
Tel: (310) 281-8700
Fax: (310) 281-5656
BruceFagel@fagellaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.P., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, FACUNDO PALACIO DIAZ, MICAELA PALACIO, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 2:13-cv-01012 JAM-CKD <br><br> **PLAINTIFFS' SUPPLEMENTAL DECLARATION IN SUPPORT OF BILL OF COSTS** <br><br> **Judge:** Hon. John A. Mendez <br> **CTRM:** 6,14th floor |

Plaintiffs respectfully submit the supplemental declaration of Bruce G. Fagel, attorney for Plaintiffs, in support of their Bill of Costs previously filed.

Defendant United States objected to Plaintiffs' claims for mileage expenses for their experts [Doc. 179], stating that Plaintiffs were required to present actual bills for airplane travel. See explanation below (¶¶ 1-6).

Defendant United States also objected to the Deposition fee of Dr. Paul Holmes, stating the United States prevailed regarding the claims against Dr. Holmes. See explanation below (¶ 7).

I Bruce Fagel, declare as follows.

1

Plaintiffs' Supplemental Dec

I am the attorney for Plaintiffs and declare as follows.

1. The following charges were necessarily incurred and the airline bills attached, are true and correct copies of the expenses actually incurred for the air travel by these witnesses.

2. Attached as Exhibit A is the airline travel bill for Dr. Lott in the amount of $506.00

3. Attached as Exhibit B is the airline travel bill for Dr. Manning in the amount of $1,007.98.

4. Attached as Exhibit C is the airline travel bill for Dr. Formuzis in the amount of $506.00

5. On information and belief, from speaking with Dr. Montes on the telephone on January 19, 2016, the cost of travel for Dr. Montes from Sarasota Florida to Sacramento and return, was $646.00. The airline ticket has been lost or misplaced.

6. Dr. Donald Olson actually drove from Ashland Oregon to Sacramento and back. The previously submitted charge of 552 miles x $0.575 per mile or $317.40 is the reasonable mileage charge for this trip.

7. The fee for Dr. Holmes' deposition of $1374.70 was in fact necessary, as Dr. Holmes was a witness in the case against Dr. Davainis, against whom Plaintiffs prevailed.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 19, 2016 at Beverly Hills, California

/S/ Bruce G. Fagel

BRUCE G. FAGEL

Law Offices
*of*
Bruce G. Fagel
&
Associates

Plaintiffs' Supplemental Dec

# EXHIBIT A

## Southwest Airlines® Receipt and Itinerary as of January 13, 2016 13:05 PM
**Confirmation Number: HBCFHA**
Confirmation Date: September 29, 2015

| Passenger Name | Account Number | Ticket# | Expiration[1] | Estimated Points Earned |
|---|---|---|---|---|
| LOTT/IRA TOTZ | - None Entered - | 5262139479835 | Aug 31, 2016 | 0 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

### Itinerary

| Date | Flight | Routing Details |
|---|---|---|
| Tue Sep 29 | # 497 | Depart ORANGE COUNTY/SANTA ANA, CA (SNA) at 2:05 PM<br>Arrive in SACRAMENTO, CA (SMF) at 3:30 PM<br>Travel Time 1 hrs 25 mins |
| Wed Sep 30 | # 2376 | Depart SACRAMENTO, CA (SMF) at 2:00 PM<br>Arrive in ORANGE COUNTY/SANTA ANA, CA (SNA) at 3:25 PM<br>Travel Time 1 hrs 25 mins |

Carry-on Items: 1 Bag + small personal item are free. Checked items: First and second bags are free.
Visit http://www.southwest.com/html/customer-service/baggage/checked-bags-pol.html

### Cost and Payment Summary

| | |
|---|---|
| Base Fare | $ 444.46 |
| + Excise Taxes | $ 33.34 |
| + Segment Fee | $ 8.00 |
| + Passenger Facility Charge | $ 9.00 |
| + September 11th Security Fee | $ 11.20 |
| **Total Air Cost** | **$ 506.00** |

Current Payment(s):
Sep 1, 2015   Amer Express XXXXXXXXXXX8025   $506.00

SOUTHWEST AIRLINES CO. NOTICE OF INCORPORATED TERMS: Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are incorporated by reference. Incorporated terms include but are not limited to: (1) Limits on liability for loss, damage to, or delayed delivery of passenger baggage, including fragile, perishable, and certain other irreplaceable and/or high value goods or contents, as specified in Article 75 of the Contract of Carriage. Baggage liability for covered items (except disability assistive devices) is limited to $3,300.00 per fare paying Customer unless excess valuation coverage is purchased. (2) Claims restrictions, including timeperiods in which Customers must file a claim or bring an action against Southwest. (3) Our rights to change terms of the Contract. (4) Rules on reservations, checkin times, refusal to carry, and smoking. (5) Our rights and limits of liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft, and rerouting. (6) Overbooking: If we deny you boarding due to an oversale and you have obtained your boarding pass and are present and available for boarding in the departure gate area at least ten minutes before scheduled departure, with few exceptions, we compensate you. You may inspect Southwest's Contract of Carriage and Customer Service Commitment at any Southwest ticket counter or online at southwest.com, or obtain a copy by sending a request to: Southwest Airlines, V.P. Customer Relations, PO Box 36647, Dallas, TX 75235-1647. Note: When traveling on any flight operated by another carrier, that operating carrier's contract of carriage applies.

CHECKIN RULES: Passengers who do not obtain a boarding pass and are not present and available for boarding in the departure gate area at least ten minutes prior to scheduled departure time may have their reserved space cancelled and will not be eligible for denied boarding compensation.

REFUND AND EXCHANGES: Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any change to this itinerary may result in a fare increase.

NO SHOW POLICY: If you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to scheduled departure of the flight. Customers who fail to cancel reservations for a Wanna Get Away or DING! fare segment at least 10 minutes prior to travel and who do not board the flight will be considered a no show, and all remaining funds on this reservation, including Anytime and Business Select fares, will be forfeited.

# EXHIBIT B

## Itinerary confirmation

Download to calendar

You're all set to jet!

### Confirmation code: **ABSSRM**

### Travelers

Dr. Frank Manning

| Flight | Ticket Number | 2792137725676 | | |
|---|---|---|---|---|
| | Frequent Flyer | JetBlue - TrueBlue - 2029634281 | | |
| | | JFK | SMF | SMF | JFK |
| | Seat | 4C | | 4D |
| | Checked bags included | 1 bag | | 1 bag |

*(handwritten: Dr. Manning Palacio    HYJNA8)*

## Your flights

| | | | |
|---|---|---|---|
| New York City, NY (JFK)<br>Sun Oct 4 2015, 7:59 AM<br>A320 | Sacramento, CA (SMF)<br>Sun Oct 4 2015, 11:07 AM | Flight 161<br>JetBlue | Fare: Blue Plus Refundable<br>Nonstop |
| Sacramento, CA (SMF)<br>Mon Oct 5 2015, 10:50 PM<br>A320 | New York City, NY (JFK)<br>Tue Oct 6 2015, 7:05 AM | Flight 162<br>JetBlue | Fare: Blue Plus Refundable<br>Nonstop |

### Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $771.88 | $86.10 | $857.98 | x 1 | $857.98 USD |

JFK - SMF: Blue Plus Refundable details

SMF - JFK: Blue Plus Refundable details

Total fare: **$857.98** USD

### Extras

Seats

Even More Speed

Total Extras: **$150.00** USD

Charged to American Express ending in 8025: **$719.88** USD

Charged to Travel Bank: **$288.10** USD

Total **$1,007.98** USD

### Information

Terms and restrictions apply.

## Review Trip Details

### Your Flight

| Date | Departs/ Arrives | Route | Flight/ Aircraft | Fare | Travelers | Seats | Checked bags included |
|---|---|---|---|---|---|---|---|
| Sun, Oct 04 2015 | 7:59 AM 11:07 AM | New York City, NY (JFK) to Sacramento, CA (SMF) | 161 A320 | Blue Plus Refundable | Frank Manning | 4C* | 1 bag |
| Mon, Oct 05 2015 | 10:50 PM 7:05 AM+1 | Sacramento, CA (SMF) to New York City, NY (JFK) | 162 A320 | Blue Plus Refundable | Frank Manning | 4D* | 1 bag |

* Even More® Space    +1 Next day arrival

### Payment Details

Fare details: (Fare details)        $771.88 x 1 = $771.88 USD
Even More® Space: (details)                    $150.00 USD
Even More® Speed: (details)                       Included
Taxes & Fees:(details)                            $86.10 USD

**Total:**                                   $1,007.98 USD

### Payment Details

* Indicates a required field

#### Apply JetBlue Funds


**Travel Bank**    What's Travel Bank?

| Balance | Available What's available? | Use |
|---|---|---|
| $288.10 | $288.10 | $ 288.10 |

**Apply Travel Bank Credits**

# EXHIBIT C

Español 

# Southwest

FLIGHT | HOTEL | CAR    SPECIAL OFFERS    RAPID REWARDS

## Southwest
# Thank you for your purchase!

Orange County/Santa Ana, CA - SNA to Sacramento, CA - SMF

### Air

Confirmation #HAQLWZ

**Orange County/Santa Ana, CA - SNA to Sacramento, CA - SMF**
Monday, September 28, 2015 - Tuesday, September 29, 2015

**Air Total: $506.00**

**Amount Paid**
$506.00

**Trip Total**
$506.00

### Join Rapid Rewards®

Please take a moment to complete and confirm the information to the right.

You could earn
**5,334**
points for this trip

Username

Check Availability

Password

Re-enter Password

PETER AUGUST FORMUZIS

☐ I have read and accepted the Rules and Regulations

Create My Account

---

**SEP 28**
**MON**  **09/28/15 - Sacramento**

#### AIR

Orange County/Santa Ana, CA - SNA to Sacramento, CA - SMF
09/28/2015 - 09/29/2015

Confirmation #
**HAQLWZ**

**Senior Passenger(s)**
PETER FORMUZIS

**Rapid Rewards #**
Add Rapid Rewards Number

Subscribe to Flight Status Messaging

| Travel Date | | Flight Segments | | Flight Summary |
|---|---|---|---|---|
| DEPART SEP 28 MON | 02:05 PM | Depart Orange County/Santa Ana, CA (SNA) on Southwest Airlines | Flight Southwest #497 | Monday, September 28, 2015 |
| | 03:30 PM | Arrive in Sacramento, CA (SMF) | WiFi available | Travel Time 1 h 25 m (Nonstop) Business Select |
| RETURN SEP 29 | 07:10 PM | Depart Sacramento, CA (SMF) on Southwest Airlines | Flight Southwest #667 | Tuesday, September 29, 2015 |

| | | | | | |
|---|---|---|---|---|---|
| TUE | 08:30 PM | Arrive in Orange County/Santa Ana, CA (SNA) | WiFi available | Travel Time 1 h 20 m (Nonstop) Business Select | |

### What you need to know to travel:

**Check-in:** Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before your scheduled departure time. Otherwise, your reserved space may be cancelled and you won't be eligible for denied booking compensation.

**No Show Policy:** If you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to scheduled departure of the flight. For tickets purchased on or after May 10, 2013 and travel beginning September 13, 2013, Customers who fail to cancel reservations for a Wanna Get Away or DING! fare segment at least ten (10) minutes prior to travel and who do not board the flight will be considered a no show, and all remaining, unused funds on this reservation will be forfeited, including Business Select and Anytime funds.

**PRICE: SENIOR**

| Trip | Routing | Fare Type \| View Fare Rules | Fare Details | | Quantity | Total |
|---|---|---|---|---|---|---|
| Depart | SNA-SMF | Business Select Superior Benefits | • Priority Boarding<br>• Premium Rapid Rewards Points<br>• Fully Refundable | • Fly By Security Lane<br>• Free Same-Day Changes<br>• Premium Drink | 1 | $253.00 |
| Return | SMF-SNA | Business Select Superior Benefits | • Priority Boarding<br>• Premium Rapid Rewards Points<br>• Fully Refundable | • Fly By Security Lane<br>• Free Same-Day Changes<br>• Premium Drink | 1 | $253.00 |

Enroll in Rapid Rewards and earn at least 5334 Points for this trip. Already a Member? Log in to ensure you are getting the points you deserve.

          **Subtotal**    **$506.00**
          Fare Breakdown

Carry-on Items: 1 bag + 1 small personal item are free, see full details.
Checked Items: First and second bags are free, size and weight limits apply.

          **Bag Charge**    **$0.00**

**Air Total: $506.00**

*Gov't taxes & fees now included*

| | | |
|---|---|---|
| Purchaser Name    PETER FORMUZIS | Billing Address | 123 VIA JUCAR<br>NEWPORT BEACH, CA US 92663 |

**Form of Payment**          **Amount Applied**

Visa - XXXXXXXXXXXX-1172          **$506.00**

**Amount Paid**
**$506.00**

**Trip Total**
**$506.00**

© 2015 Southwest Airlines Co. All Rights Reserved. Use of the Southwest websites and our Company information constitutes acceptance of our Terms and Conditions, Privacy Policy