Bruce G. Fagel, (103674)
LAW OFFICES OF BRUCE G. FAGEL &
ASSOCIATES
100 North Crescent Drive, Suite 360
Beverly Hills, California 90210
Tel:  (310) 281-8700
Fax: (310) 281-5656
BruceFagel@fagellaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.P., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, FACUNDO PALACIO DIAZ, MICAELA PALACIO, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 2:13-cv-01012 JAM-CKD <br><br> [PROPOSED] ORDER APPROVING DISPOSITION OF PROCEEDS OF JUDGMENT <br><br> Courtroom 6, 14th floor <br> Judge: Hon. John A. Mendez |

1. Petitioner FACUNDO PALACIO DIAZ, parent and guardian ad litem of the minor plaintiff I.P., a female, age 4 years of age (born xx/xx/2012), has petitioned for court approval of a proposed disposition of the proceeds of a judgment for a minor.

2. Claimant I.P., is a minor described in California Probate Code section 3600 for which the Court gave judgment. The judgment was entered against defendant United States of America, the "payer":

3. **The Court Finds** that all notices required by law have been given.

4. **The Court Orders**:

    a. The petition is granted and the proposed disposition of the proceeds of the judgment is approved. The gross amount of the judgment in favor of claimant is $9,602,805, less $243,500 for a prior settlement with Banner Health, for a net judgment of

Law Offices
of
Bruce G. Fagel
&
Associates

1   $9,359,305. The Court previously awarded net court costs in the amount of $24,922 in favor

2   of Plaintiff I.P., for a total judgment award of $9,384,227. Up-front cash to be paid by payer

3   to Petitioner and his attorneys is $2,619,675.

4       b. The payer shall disburse the proceeds of the up-front cash approved by this order

5   in the following manner:

6       (1) **Payment of Fees and Expenses, Liens and Special Needs Trust**

7       Fees and expenses shall be paid by one or more checks or drafts, drawn

8   payable to the order of the petitioner and the petitioner's attorney, which are hereby

9   authorized to be paid out of the up-front cash proceeds of the judgment:

10      (a) Attorney's fees in the total amount of $2,293,329 payable to Bruce G.

11      Fagel, Esq.

12      (b) Reimbursement for  costs and expenses in the amount of

13      $98,467  payable to Bruce G. Fagel, Esq.

14      (c) Medi-Cal lien of $87,521.30 payable to Bruce G. Fagel, Esq., in trust, for

15      transmittal to Medi-Cal / Department of Health Services.

16      (d) $140,358 payable to Bruce G. Fagel, Esq., in trust, for deposit to the

17      Special Needs Trust of I.P.

18      (e) Total allowance for fees,costs and expenses and the Medi-Cal lien and

19      payment to the Special Needs Trust from the judgment is $2,619,675.

20      (2) **Balance**

21      The balance of the judgment available for claimant after payment of all

22  allowed fees and expenses, medical liens and Special Needs Trust deposit is:

23  $6,739,630.

24      The balance shall be disbursed as follows:

25      (a) By one or more checks or drafts in the total amount of $6,739,630 drawn

26  payable to the Trustee of I.P., according to the schedule of future payments referred to in

27  the Joint Amended Order Applying Periodic Payments (Document 175).

28

Law Offices
of
Bruce G. Fagel
&
Associates

(3) **Further Orders**

Upon payment of $6,739,630 to the Trustee of I.P., and $250,000 to Micaela Palacio and $2,619,675 to Petitioner for I.P., and his attorneys, Plaintiffs are ordered to file a satisfaction of judgment and dismissal of the entire case.

**IT IS SO ORDERED.**

Dated: **4-19-2016**

JOHN A. MENDEZ
United States District Court Judge

Order Approving Disposition of Proceeds of Judgment